(Rev. 4/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983



UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

05 - 399

JAMES A. WILSON, ET.AL. see Attachment.
(Enter above the full name of the plaintiff in this action)

JURY TRIAL DEMANDED

V.

STANLEY TAYLOR, Individually and Official Capacity as Commissioner D.O.C.

RICK KEARNEY, Individually and Official Capacity as Warden, S.C.I.

(Enter above the full name of the defendant(s) in this action



I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       YES [X]    NO

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

       1.  Parties to this previous lawsuit

       Plaintiffs  Gregory Hubbard, et.al.   C.A. No:. oo-531 SLR

       Overcrodedness

       Defendants  Stanley Taylor, Raphael Williams, M. Jane Brady

2. Court (if federal court, name the district; if state court, name the county)
   UNITED STATES DISTRICT COURT, DISTRICT DELAWARE

3. Docket number   Civil Action No.: 00-531

4. Name of judge to whom case was assigned   Sue L. Robinson

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   Remanded back to District Court by Order of Court of Appeals

6. Approximate date of filing lawsuit   4/25/00

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [y] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [y] No [n]

C. If your answer is YES,

   1. What steps did you take?   Filed Grievance for some things that was Grieable and received no change and other claims not Grieable

   2. What was the result?   No change, and was told not Grievable

D. If your answer is NO, explain why not _____
   some Claims are not Grievable

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [n]

F. If your answer is YES,

   1. What steps did you take?   N/A

   2. What was the result? _____

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff __James A. Wilson, ET.Al. see Attachment__

   Address __S.C.I. P.O.Box 500 Georgetown, DE. 19947__

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant __Stanley Taylor__ is employed as __Commissioner__
   at __Department of Corrections__

C. Additional Defendants __Rick Kearney n Warden of S.C.I.__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

__See Attached__

STATEMENT OF CLAIM

1. Black Inmate's are denied procedural due process hearings at S.C.I., in classification, jobs, and disciplinary actions.

2. Black Inmate's are the majority at the prison.

3. Blacks are more likely to be sprayed with meace because of their race.

4. Black Inmate's are more likely to be classified to higher security and moved before due process proceedings are done.

4. Black Inmate's are being discriminated against in Classification, Jobs, and Disciplinary Actions.

5. Black Inmates are being denied Equal Protection Clause in Jobs, Classification, and Disciplinary proceedings.

6. Inmates are being sold out dated products from commissary.

7. Inmates are being sold product that contain pork without notice.

8. Commissary prices are increasing and Inmate wages remain the same.

9. Phone call rates are too high for Inmates to call home on regular basis.

10. Inmate Fund is being used inappropriately by the institution.

11. All Muslim Sects are being forced to worship together.

EXAMPLE

An example of Black Inmates being denied Equal Protection and Due Process in Disciplinary Hearings as well as Classification is when Inmate Nathan Henry was found guilty for Disobeying an order write up written by CPL. J. Stolzenbach by LT. Hollis who is the Merit Building LT. and who also sit in on Inmate Henry Classification which resorted in himbeing Classified to a higher security.

Inmate Henry Appealed his write up, however, he was classified and moved out of the building before receiving any response from his appeal. Inmate Henry lost his job liberty as well as his Merit/Minimum Status before Due Process was complete. This is a typical action toward Black Inmates at S.C.I. while white Inmates gets to remain at there status and find a new job which is supported by Classification Counselor and Lt. of the building as well as the MDT Board. S.C.I. only has one Black Counselor while the majority of inmates are black.

Inmate Henry also served his disciplinary sanction while his appeal was still in motion. Inmate Henry was given an order by Cpl. Stozenbach to clean the showers because he was the tier man. Inmate Henry cleaned the showers and then returned to his daily activities. Cpl. Stozenbach made a statement to Inmate Henry that he did a half hearted job, then walked away an wrote Inmate Henry up for disobeying an order. Cpl. Stozenbach never gave Inmate Henry another order to redue the showers. There is no specific rule stating that the showers has to be clean a certain way, yet Inmate Henry was sanctioned for a rule that was never displayed concerning how the showers was to be clean. Due Process requires that inmates receive fair notice of a rule before they can be sanctioned for its violation.

Another example of Black Inmates being denied Equal Protection and Due Process is when Inmate Pedro Cintra was was spryed with mace as he walked bakcwards from Sgt. Mears who requested his ID, Inmate Pedro was taken to A.S.D.A., lost his job and his Merit/Minimum status. Inmate Pedro is also Black. Refusing to give up an ID do not require the action of being spryed with mace nor does it require excess force. Sgt. Mears was accompanied by Cpl. Stolzenbach who could have did something to prevent this, however, blacks are more likely to receive excess force by Officers than white inmates.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

See Attachment

Signed this JUNE day of 10, 2005

*James A. Wilson et al*
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

6/10/05
Date

*James A. Wilson et al*
( Signature of Plaintiff)

-4-

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, individually and on behalf of all others similarly situated, request that this Court:

a. Assume jurisdiction of this action;
b. Issue an order certifying this action to proceed as a class pursuant to Rule 23 (a) and(b) (2) of the Federal Rules of Civil Procedure;
c. Issue a declaratory judment pursuant the Federal Rules of Civil Procedure, that the policies,practicees,acts and omissions complained of herein violate Plaintiff' rights;
d. Issue a preliminary and permanent injunctive relief sufficient to rectify the unconstitutional and unlawful acts,policies,practices complained of herein;
e. Retain jurisdiction over Defendants until such time as the Court is satisfied that their unlawful policies,practices,acts and emissions complained of herein no longer exist and will not recur;
f. Order a temporary restraining order be issued against the Defendants to prevent any physical,mental, direct or indirect harassment,treatment, or unfair classification,administrative movement,or illegal transfers of Plaintiff's as a result of their filing this Class Action Civil Complaint
g. Award damages to the Plainitffs in an amount in excess of $100,000;
h. Award such other further relief as to this Court seems just and proper

*James A. Wilson,*
*et, al*
*S. C. I*
*P.O. BOX 500 Georgetown, De. 19947*

Signature

1.) JAMES A. WILSON #163663
2.) Anthony Morris #300343
3.) Davis Young 00282852
4) Eldon Potts #211193
5) Jerry Weston #329478
6) Dereck Stones #303183
7) Robert Oxford #226781
8) Roderick Brown 315951
9) Samuel Jones 465297
10.) FRANK Williams # 261847
11.) Dedrick Chase #168185
12) Jerome Green 147772
13) ANTONIO Frisby 215613
14) Luis SERPA 350322
15.) Brian Briscoe #342223
16. George A. Jackson #171250
17) HARRELL RICHARDS #316998
18.) Gilbert Williams #137575
19) Norman Deshields 171016
20) Charles Quillen 241182
21 Tim Goodwin 178038
22. Kevin Spencer 258693
23. Shawn Smith 281928
24. Howard Pakn
25. Randall Reed 276408
26. James Johnson 155123
27) Shaun Lee / Shaun Lee
28) Charles B. Sanders 160425
29) Nathan Henry



James Wilson M/B
S.C.I.
P.O. Box 500
Georgetown, De. 19947

Office of The Clerk
United State District Court
844 N. King st., Lockbox 18
Wilm, De. 19801-3570

