IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES A WILSON,ET,AL.                                    05- 399

       Plaintiffs

v.



STANLEY TAYLOR, COMMISSIONER,

RICK KEARNEY, WARDEN

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiffs in the above matter and pursuant to sec. 1915, requests this court to appoint counsel to represent them in this case for the following reasons:

1. The Plaintiffs is unable to afford counsel.

2. The issue involved in this case are complex.

3. The case will require discovery of documents and depositions of a number of witnesses.

4. The plaintiffs has a limited knowledge of the law.

5. This is a Class Action with numberous Plaintiffs.

6. Plaintiffs only receive 2½ hours a week for law library.

Date: 6/12/05

James Wilson
  P.O.BOX500

Georgetown, DE. 19947





Office of The Clerk
United State District Court
844 N. King st., Lockbox 18
Wilm, De. 19801-3570



James Wilson M/B
S.C.I.
P.O. Box 500
Georgetown, De. 19947