05cv399

IN THE NAME of Allah, THE Beneficent, THE Merciful

6/14/05

FILED
JUN 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO whom may concern:

I need you to add this signature name of the Civil Complaint I filed. This signature list has Pedro Cintra on it who was to be apart of the initial complaint, but do to him being moved we just contacted him.

Thank you very much

James A. Wilson
JAMES A. WILSON

1) Anthony Morris #300343
2) Dario Young 00282852
3) Eldon Potts #211193
4) Jerry Neston #329478
5) Dereck Stones #303183
6) Robert Oxford #226911
8) Roderick Brown 315951
9) Samuel Jones 465297
10.) FRANK WILLIAMS # 261867
1.) Dedrick Chase #168185
2) Jerome Green 147772
3) Antonio Frisby 215613
4) Jose Serpa 350322
5.) Brian Briscoe #342223
6. George A. Jackson #171250
7) Harrell Richards #316998
8) Gilbert Williams #137575
9) Norman Deshields 171016
6) Charles Quillen 211182
- Tim Loo... 178038
- Kevin Spivey 258693
- Shawn Smith 281528
- Howard Pakn
- Kendall Reed 276409
- James Johnson 155123

27) Shaun Lee — Shaun Lee
28) Charles D. ... N00428
29) Nathen Henry 324881
30. Pedro Cintia 351589

I/M: James Wilson BLDG: west/east
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S. X-RAY

Office of The Clerk
United States District court
844 N. King st Lockbox 18
Wilm, De. 19801-3570

U.S. POSTAGE $00.370 JUN 15 05
FROM ZIP CODE 19947