

IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL,

James Wilson et.Al

v.

6/23/05    Taylor Et.Al                    1:05-cv-399(jjf)

As-Salaam-Alaikum, which means peace be unto you.

This letter is giving as a correct spelling of the foll owing Plaintiff's Name

1.De'Shawn Smith, Darus Young #002822852,Nathan Henry   #00324881

I/M: James Wilson    BLDG: West/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of The Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm DE. 19801-3570

U.S. POSTAGE $00.370
PB 2230370
JUN 24 05
19947