| Pay-To | CLERK OF DISTRICT | 6/16/2005 | ($250.00) | $0.00 | $0.00 | $0.00 | $152.23 |

In the name of Allah, The Beneficent, The Merciful,

7/12/05

As-Salaam-Alaikum
(Peace be unto you)

Civ. No. 05-399-JJF

To letter comes to ask you to use the $250.00 that I sent from the institution 6/16/05 to Civil Case # 05-399-JJF.

All plaintiffs received this order today, and was given 30 days to file IN FORM pauperis. Therefore, we need this situation handled immediately.

Thank you
very much

James A. Wilson et. al.

FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: JAMES WILSON BLDG: MERIT/EAST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

```
*       *   *
1325  U.S. POSTAGE   PB 2230370
7985  $00.370        JUL 13 05
1146  FROM ZIP CODE  19947
```

Office of The Clerk
United States District Court
844 N. King St.
Lockbox 18 Wilm, DE, 19801-7510

U.S.M.S. X-RAY