**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et. al.,<br>on Behalf of Themselves And all<br>Others Similarly Situated at the<br>Sussex Correctional Institution,<br>Georgetown, Delaware.<br><br>   Plaintiffs<br><br>   v.<br><br>STANLEY TAYLOR, RICK<br>KEARNEY, Individually and<br>in Their Official Capacity,<br>and DELAWARE DEPARTMENT<br>OF CORRECTIONS. | CLASS ACTION<br><br>AMENDED COMPLAINT<br><br>Civil Action No. 05-399-JJF |

FILED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiffs, pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., requests leave to file an amended complaint adding a party and class action allegations.

1. The plaintiffs in the original complaint inadvertently failed to caption "Class Action" on the complaint. However, plaintiffs did state class action in the Prayer For Relief (b). Class Action caption has been added to complaint.

2. Plaintiffs has amended statement of claim to add paragraphs 12 through 25 with class action allegations.

3. Since the filing of the complaint the plaintiffs has determined that the Delaware Department of Corrections should be added as an Defendant.

4. This Court should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227 (1962).

Respectfully submitted

James A. Wilson
James A. Wilson, et. al

DATED: 7/14/05

ORIGINAL



I/M: James Wilson BLDG. Merit / East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S.
X-RAY

Office of the Clerk
United States District
Court Bldg N. King St.
Lockbox 18 Wilm, De.
19801-3570

Case 1:05-cv-00399-JJF   Document 7   Filed 07/18/2005   Page 4 of 4