IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

James A. Wilson, et, al )  Civ. No. 05-399-JJF
      Plaintiffs, )
)
V. )
)
)
Comm. Stanley Taylor, and )
Warden Rick Kearney, )
      Defendants. )

FILED
AUG - ? 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. Plaintiffs filed Pro Se litigation on or about 6-10-05 sending a check from the institution dated 6-16-05.
2. Plaintiffs received Order from court saying that Plaintiffs have filed this action on June, 16 2005, Pursuant to 42 U.S.C.§ 1983 without prepayment of the filing fee or request to proceed In Forma Pauperis.
3. Plaintiffs wrote The District Court Clerk explaining to them that the check that came from the Institution was for the Complaint that was being filed.
4. However, plaintiffs still received Order requesting In Forma Pauperis
5. Plaintiffs do not understand why such Order if Complaint has been paid for.
6. However, James Wilson is sending six month statement
7. Plaintiffs believe that that 28 U.S.C. §1915 (a) (1) and (2) do not apply to them since payment was prepaid.
8. In Forma Pauperis or for scheduling payment of filing fee.
9. Plaintiffs did not file In Forma Pauperis because Plaintiffs sent payment out on June 16,05

WHEREFORE, PLAINTIFFS ask that the Order be dissmissed and that the payment sent be accepted


James A. Wilson, Et, al

S.C.I. P.O. Box 500

Georgetown, DE. 19947                                    Dated. 7/1/05



I/M: James Wilson    BLDG: Merit/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

District Court

844 N. King St, Lockbox 18

Wilm., DE. 19801-3570

U.S. POSTAGE PB22230370  AUG 02 05  $00.830  19947
U.S.M.S. X-RAY