# INMATE ACCOUNT STATEMENT

TO:   Inmate Name: **Wilson**, **James**, **A**
                  (Last)    (First)    (M.I.)

     SBI Number: **16 3663**
     Housing Unit: **Merit / East**

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account

..............................................................

Attached is your account statement for the six month period of **12-01, 2004** through **05-31, 2005**.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ **363.01**.

Attachment

        PHYLLIS A. MAY
    NOTARY PUBLIC, STATE OF DELAWARE
    My Commission Expires March 2, 2006

Notary *Phyllis A. May*



**REQUEST FORM
FOR
INMATE ACCOUNT ACTIVITY STATEMENT**

Inmate Name: Wilson  First  A
     (Last)  (First) (M.I.)

SBI Number: 163663

Housing Unit: merit/east

RECEIVED
SCI Business Office
JUN ~ ~

RECEIVED
SCI Business Office
JUN 0 9 2005

·········································································

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

James a. Wilson 6/8/05
_James a. Wilson_
Inmate Signature

_Rhonda Lee Zawora_
Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: _____.

RHONDA LEE ZAWORA
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires April 20, 2006