# Prior Month -- Individual Statement

Date Printed: 7/27/2005                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $751.99 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | GLORIA RUE - CHILD | 6/1/2005 | ($500.00) | $0.00 | $0.00 | $0.00 | $251.99 |
| Visit MO | JANET PURNELL | 6/1/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $301.99 |
| Mail MO | BESSIE WILSON | 6/2/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $351.99 |
| Commissary | | 6/2/2005 | ($24.52) | $0.00 | $0.00 | $0.00 | $327.47 |
| Visit MO | JANET PURNELL | 6/3/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $352.47 |
| Payroll | | 6/7/2005 | $48.40 | $0.00 | $0.00 | $0.00 | $400.87 |
| Commissary | | 6/9/2005 | ($10.15) | $0.00 | $0.00 | $0.00 | $390.72 |
| Mail MO | CHRISSY HOLMES | 6/10/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $410.72 |
| Mail MO | CHRISSY GUINN | 6/10/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $430.72 |
| Medical No Sh | | 6/12/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $430.72 |
| Medical No Sh | | 6/12/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $426.72 |
| Postage | | 6/14/2005 | $0.00 | $0.00 | ($1.15) | $0.00 | $426.72 |
| Commissary | | 6/16/2005 | ($24.49) | $0.00 | $0.00 | $0.00 | $402.23 |
| Pay-To | CLERK OF DISTRICT | 6/16/2005 | ($250.00) | $0.00 | $0.00 | $0.00 | $152.23 |
| Commissary | | 6/23/2005 | ($43.94) | $0.00 | $0.00 | $0.00 | $108.29 |
| Mail MO | BESSIE WILSON | 6/27/2005 | $200.00 | $0.00 | $0.00 | $0.00 | $308.29 |
| Postage | | 6/28/2005 | ($1.15) | $0.00 | $0.00 | $0.00 | $307.14 |
| Mail MO | KING | 6/28/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $357.14 |
| Mail MO | DEGRAW | 6/30/2005 | $125.00 | $0.00 | $0.00 | $0.00 | $482.14 |
| Mail MO | MISSIE HAYSE | 6/30/2005 | $150.00 | $0.00 | $0.00 | $0.00 | $632.14 |
| | | | | | Ending Mth Balance: | | $632.14 |

FILED
AUG - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE