Printed: 6/9/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 12/1/2004 through 5/31/2005*

Page 1 of 4

SBI: 00163663        NAME:   WILSON, JAMES A J

| Date | Balance |
|---|---|
| 12/01/2004 | $157.61 |
| 12/02/2004 | $157.61 |
| 12/03/2004 | $197.61 |
| 12/04/2004 | $197.61 |
| 12/05/2004 | $197.61 |
| 12/06/2004 | $237.61 |
| 12/07/2004 | $219.41 |
| 12/08/2004 | $202.41 |
| 12/09/2004 | $202.41 |
| 12/10/2004 | $202.41 |
| 12/11/2004 | $202.41 |
| 12/12/2004 | $202.41 |
| 12/13/2004 | $202.41 |
| 12/14/2004 | $202.41 |
| 12/15/2004 | $202.41 |
| 12/16/2004 | $202.41 |
| 12/17/2004 | $202.41 |
| 12/18/2004 | $202.41 |
| 12/19/2004 | $202.41 |
| 12/20/2004 | $132.41 |
| 12/21/2004 | $132.41 |
| 12/22/2004 | $132.41 |
| 12/23/2004 | $157.41 |
| 12/24/2004 | $157.41 |
| 12/25/2004 | $157.41 |
| 12/26/2004 | $157.41 |
| 12/27/2004 | $157.41 |
| 12/28/2004 | $157.41 |
| 12/29/2004 | $155.97 |
| 12/30/2004 | $147.62 |
| 12/31/2004 | $147.62 |
| 01/01/2005 | $147.62 |
| 01/02/2005 | $147.62 |
| 01/03/2005 | $147.62 |
| 01/04/2005 | $77.62 |
| 01/05/2005 | $77.62 |
| 01/06/2005 | $77.62 |
| 01/07/2005 | $114.42 |
| 01/08/2005 | $114.42 |
| 01/09/2005 | $114.42 |
| 01/10/2005 | $114.42 |
| 01/11/2005 | $114.42 |
| 01/12/2005 | $154.42 |
| 01/13/2005 | $137.18 |
| 01/14/2005 | $137.18 |
| 01/15/2005 | $137.18 |
| 01/16/2005 | $137.18 |
| 01/17/2005 | $137.18 |

Printed: 6/9/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 12/1/2004 through 5/31/2005

Page 2 of 4

SBI: 00163663     NAME:   WILSON, JAMES A J

| Date | Balance |
|---|---|
| 01/18/2005 | $137.18 |
| 01/19/2005 | $132.18 |
| 01/20/2005 | $115.99 |
| 01/21/2005 | $115.99 |
| 01/22/2005 | $115.99 |
| 01/23/2005 | $115.99 |
| 01/24/2005 | $115.99 |
| 01/25/2005 | $113.99 |
| 01/26/2005 | $113.99 |
| 01/27/2005 | $110.00 |
| 01/28/2005 | $110.00 |
| 01/29/2005 | $110.00 |
| 01/30/2005 | $110.00 |
| 01/31/2005 | $110.00 |
| 02/01/2005 | $110.00 |
| 02/02/2005 | $160.00 |
| 02/03/2005 | $231.20 |
| 02/04/2005 | $231.20 |
| 02/05/2005 | $231.20 |
| 02/06/2005 | $231.20 |
| 02/07/2005 | $231.20 |
| 02/08/2005 | $226.20 |
| 02/09/2005 | $226.20 |
| 02/10/2005 | $226.20 |
| 02/11/2005 | $76.20 |
| 02/12/2005 | $76.20 |
| 02/13/2005 | $76.20 |
| 02/14/2005 | $76.20 |
| 02/15/2005 | $76.20 |
| 02/16/2005 | $76.20 |
| 02/17/2005 | $226.20 |
| 02/18/2005 | $226.20 |
| 02/19/2005 | $226.20 |
| 02/20/2005 | $226.20 |
| 02/21/2005 | $226.20 |
| 02/22/2005 | $226.20 |
| 02/23/2005 | $226.20 |
| 02/24/2005 | $226.20 |
| 02/25/2005 | $226.20 |
| 02/26/2005 | $226.20 |
| 02/27/2005 | $226.20 |
| 02/28/2005 | $263.00 |
| 03/01/2005 | $288.00 |
| 03/02/2005 | $288.00 |
| 03/03/2005 | $188.00 |
| 03/04/2005 | $188.00 |
| 03/05/2005 | $188.00 |
| 03/06/2005 | $188.00 |

Printed: 6/9/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 12/1/2004 through 5/31/2005

Page 3 of 4

SBI: 00163663   NAME: WILSON, JAMES A J

| Date | Balance |
|---|---|
| 03/07/2005 | $134.20 |
| 03/08/2005 | $105.20 |
| 03/09/2005 | $105.20 |
| 03/10/2005 | $105.20 |
| 03/11/2005 | $205.20 |
| 03/12/2005 | $205.20 |
| 03/13/2005 | $205.20 |
| 03/14/2005 | $205.20 |
| 03/15/2005 | $654.20 |
| 03/16/2005 | $654.20 |
| 03/17/2005 | $654.20 |
| 03/18/2005 | $654.20 |
| 03/19/2005 | $654.20 |
| 03/20/2005 | $654.20 |
| 03/21/2005 | $654.20 |
| 03/22/2005 | $652.20 |
| 03/23/2005 | $852.20 |
| 03/24/2005 | $832.24 |
| 03/25/2005 | $832.24 |
| 03/26/2005 | $832.24 |
| 03/27/2005 | $832.24 |
| 03/28/2005 | $882.24 |
| 03/29/2005 | $882.24 |
| 03/30/2005 | $881.09 |
| 03/31/2005 | $881.09 |
| 04/01/2005 | $131.09 |
| 04/02/2005 | $131.09 |
| 04/03/2005 | $131.09 |
| 04/04/2005 | $131.09 |
| 04/05/2005 | $231.09 |
| 04/06/2005 | $272.89 |
| 04/07/2005 | $322.89 |
| 04/08/2005 | $305.89 |
| 04/09/2005 | $305.89 |
| 04/10/2005 | $305.89 |
| 04/11/2005 | $305.89 |
| 04/12/2005 | $305.89 |
| 04/13/2005 | $605.89 |
| 04/14/2005 | $605.89 |
| 04/15/2005 | $605.89 |
| 04/16/2005 | $605.89 |
| 04/17/2005 | $605.89 |
| 04/18/2005 | $561.89 |
| 04/19/2005 | $771.89 |
| 04/20/2005 | $771.89 |
| 04/21/2005 | $759.24 |
| 04/22/2005 | $559.24 |
| 04/23/2005 | $559.24 |

Printed: 6/9/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 12/1/2004 through 5/31/2005

Page 4 of 4

**SBI:** 00163663    **NAME:** WILSON, JAMES A J

| Date | Balance |
|---|---|
| 04/24/2005 | $559.24 |
| 04/25/2005 | $559.24 |
| 04/26/2005 | $589.24 |
| 04/27/2005 | $589.24 |
| 04/28/2005 | $624.15 |
| 04/29/2005 | $624.15 |
| 04/30/2005 | $624.15 |
| 05/01/2005 | $624.15 |
| 05/02/2005 | $624.15 |
| 05/03/2005 | $794.15 |
| 05/04/2005 | $1,025.55 |
| 05/05/2005 | $511.86 |
| 05/06/2005 | $561.86 |
| 05/07/2005 | $561.86 |
| 05/08/2005 | $561.86 |
| 05/09/2005 | $561.86 |
| 05/10/2005 | $561.86 |
| 05/11/2005 | $661.86 |
| 05/12/2005 | $648.65 |
| 05/13/2005 | $740.65 |
| 05/14/2005 | $740.65 |
| 05/15/2005 | $740.65 |
| 05/16/2005 | $738.65 |
| 05/17/2005 | $738.65 |
| 05/18/2005 | $738.65 |
| 05/19/2005 | $733.73 |
| 05/20/2005 | $733.73 |
| 05/21/2005 | $733.73 |
| 05/22/2005 | $733.73 |
| 05/23/2005 | $733.73 |
| 05/24/2005 | $758.73 |
| 05/25/2005 | $754.73 |
| 05/26/2005 | $751.99 |
| 05/27/2005 | $751.99 |
| 05/28/2005 | $751.99 |
| 05/29/2005 | $751.99 |
| 05/30/2005 | $751.99 |
| 05/31/2005 | $751.99 |

Summary for 'SBI' = 00163663 (182 detail records)    **Average Daily Balance:** $363.01

## Prior Month -- Individual Statement

Date Printed: 6/9/2005                                                                 Page 1 of 1

### For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $157.61 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | B. WILSON | 12/3/2004 | $40.00 | $0.00 | $0.00 | $0.00 | $197.61 |
| Mail MO | JAMAR MUHANNAD? | 12/6/2004 | $40.00 | $0.00 | $0.00 | $0.00 | $237.61 |
| Payroll | | 12/7/2004 | $41.80 | $0.00 | $0.00 | $0.00 | $279.41 |
| Pay-To | CHERYL LEWIS | 12/7/2004 | ($60.00) | $0.00 | $0.00 | $0.00 | $219.41 |
| Pay-To | | 12/8/2004 | ($17.00) | $0.00 | $0.00 | $0.00 | $202.41 |
| Pay-To | CHERYL LEWIS | 12/20/2004 | ($70.00) | $0.00 | $0.00 | $0.00 | $132.41 |
| Mail MO | BESSIE SMITH | 12/23/2004 | $25.00 | $0.00 | $0.00 | $0.00 | $157.41 |
| Postage-Com | | 12/29/2004 | ($0.69) | $0.00 | $0.00 | $0.00 | $156.72 |
| Copies | | 12/29/2004 | ($0.75) | $0.00 | $0.00 | $0.00 | $155.97 |
| Commissary | | 12/30/2004 | ($8.35) | $0.00 | $0.00 | $0.00 | $147.62 |
| | | | | | | Ending Mth Balance: | $147.62 |

## Prior Month -- Individual Statement

Date Printed: 6/9/2005                 Page 1 of 1

### For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $147.62 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | CHERYL LEWIS | 1/4/2005 | ($70.00) | $0.00 | $0.00 | $0.00 | $77.62 |
| Payroll | | 1/7/2005 | $41.80 | $0.00 | $0.00 | $0.00 | $119.42 |
| Pay-To | | 1/7/2005 | ($5.00) | $0.00 | $0.00 | $0.00 | $114.42 |
| Copies | | 1/12/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $114.42 |
| Mail MO | SIS BESSIE WILSON | 1/12/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $154.42 |
| Commissary | | 1/13/2005 | ($17.24) | $0.00 | $0.00 | $0.00 | $137.18 |
| Pay-To | ISLAMIC RELIEF | 1/19/2005 | ($5.00) | $0.00 | $0.00 | $0.00 | $132.18 |
| Commissary | | 1/20/2005 | ($16.19) | $0.00 | $0.00 | $0.00 | $115.99 |
| Copies | | 1/25/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | $113.99 |
| Copies | | 1/26/2005 | $0.00 | $0.00 | ($9.75) | $0.00 | $113.99 |
| Postage-Com | | 1/26/2005 | $0.00 | $0.00 | ($0.92) | $0.00 | $113.99 |
| Postage-Com | | 1/26/2005 | $0.00 | $0.00 | ($0.92) | $0.00 | $113.99 |
| Postage-Com | | 1/26/2005 | $0.00 | $0.00 | ($0.92) | $0.00 | $113.99 |
| Commissary | | 1/27/2005 | ($3.99) | $0.00 | $0.00 | $0.00 | $110.00 |
| | | | | | **Ending Mth Balance:** | | **$110.00** |

## Prior Month -- Individual Statement

Date Printed: 6/9/2005                                    Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $110.00 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | CATHRYN HAYSE | 2/2/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $160.00 |
| Mail MO | BESSIE WILSON | 2/3/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $185.00 |
| Payroll | | 2/3/2005 | $46.20 | $0.00 | $0.00 | $0.00 | $231.20 |
| Pay-To | | 2/8/2005 | ($17.00) | $0.00 | $0.00 | $0.00 | $214.20 |
| Mail MO | TAWANNAS DURHAM | 2/8/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $229.20 |
| Pay-To | LIFERS GROUP | 2/8/2005 | ($3.00) | $0.00 | $0.00 | $0.00 | $226.20 |
| Pay-To | CHARLES WHITEHUR | 2/11/2005 | ($150.00) | $0.00 | $0.00 | $0.00 | $76.20 |
| Postage-Com | | 2/11/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | $76.20 |
| Pay-To | CHARLES WHITEHUR | 2/17/2005 | $150.00 | $0.00 | $0.00 | $0.00 | $226.20 |
| Visit MO | JOHNSON | 2/28/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $276.20 |
| Copies | | 2/28/2005 | ($9.75) | $0.00 | $0.00 | $0.00 | $266.45 |
| Postage-Com | | 2/28/2005 | ($0.92) | $0.00 | $0.00 | $0.00 | $265.53 |
| Postage-Com | | 2/28/2005 | ($0.92) | $0.00 | $0.00 | $0.00 | $264.61 |
| Postage-Com | | 2/28/2005 | ($0.92) | $0.00 | $0.00 | $0.00 | $263.69 |
| Postage-Com | | 2/28/2005 | ($0.69) | $0.00 | $0.00 | $0.00 | $263.00 |
| | | | | | Ending Mth Balance: | | $263.00 |

# Prior Month -- Individual Statement

Date Printed: 6/9/2005                                                                                                Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $263.00 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage-Com | | 3/1/2005 | $0.00 | $0.00 | ($0.92) | $0.00 | $263.00 |
| Mail MO | BESSIE WILSON | 3/1/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $288.00 |
| Pay-To | AMANDA KOLLOCK | 3/3/2005 | ($100.00) | $0.00 | $0.00 | $0.00 | $188.00 |
| Payroll | | 3/7/2005 | $46.20 | $0.00 | $0.00 | $0.00 | $234.20 |
| Pay-To | BESSIE WILSON | 3/7/2005 | ($100.00) | $0.00 | $0.00 | $0.00 | $134.20 |
| Medical No Sh | | 3/8/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $134.20 |
| Medical No Sh | | 3/8/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $130.20 |
| Pay-To | LIFERS GROUP | 3/8/2005 | ($25.00) | $0.00 | $0.00 | $0.00 | $105.20 |
| Postage-Com | | 3/9/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $105.20 |
| Visit MO | JOHNSON | 3/11/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $205.20 |
| Mail MO | JOYCE WILSON | 3/15/2005 | $300.00 | $0.00 | $0.00 | $0.00 | $505.20 |
| Mail MO | JOYCE WILSON | 3/15/2005 | $99.00 | $0.00 | $0.00 | $0.00 | $604.20 |
| Mail MO | J.L. | 3/15/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $654.20 |
| Medical | | 3/22/2005 | $0.00 | ($2.00) | $0.00 | $0.00 | $654.20 |
| Medical | | 3/22/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | $652.20 |
| Mail MO | BESSIE WILSON | 3/23/2005 | $200.00 | $0.00 | $0.00 | $0.00 | $852.20 |
| Commissary | | 3/24/2005 | ($19.96) | $0.00 | $0.00 | $0.00 | $832.24 |
| Mail MO | BESSIE WILSON | 3/28/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $882.24 |
| Postage-Com | | 3/30/2005 | ($0.92) | $0.00 | $0.00 | $0.00 | $881.32 |
| Postage-Com | | 3/30/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $881.09 |
| | | | | | Ending Mth Balance: | | $881.09 |

# Prior Month -- Individual Statement

Date Printed: 6/9/2005             Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $881.09 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | TOM BYRD | 4/1/2005 | ($750.00) | $0.00 | $0.00 | $0.00 | $131.09 |
| Visit MO | BESSIE WILSON | 4/5/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $231.09 |
| Payroll | | 4/6/2005 | $41.80 | $0.00 | $0.00 | $0.00 | $272.89 |
| Visit MO | ELEVLYN DARLING | 4/7/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $322.89 |
| Pay-To | | 4/8/2005 | ($17.00) | $0.00 | $0.00 | $0.00 | $305.89 |
| Mail MO | RAMONA WHITE | 4/13/2005 | $300.00 | $0.00 | $0.00 | $0.00 | $605.89 |
| Pay-To | FINAL CALL PUBLISHI | 4/18/2005 | ($24.00) | $0.00 | $0.00 | $0.00 | $581.89 |
| Mail MO | ELSIE DARLING | 4/19/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $621.89 |
| Mail MO | BESSIE WILSON | 4/19/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $671.89 |
| Mail MO | TYRONE ? | 4/19/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $721.89 |
| Mail MO | BESSIE WILSON | 4/19/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $771.89 |
| Commissary | | 4/21/2005 | ($12.65) | $0.00 | $0.00 | $0.00 | $759.24 |
| Pay-To | CHERYL LEWIS | 4/22/2005 | ($200.00) | $0.00 | $0.00 | $0.00 | $559.24 |
| Visit MO | JANET PURNELL | 4/26/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $589.24 |
| Visit MO | YVETTE PURNELL | 4/28/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $639.24 |
| Commissary | | 4/28/2005 | ($15.09) | $0.00 | $0.00 | $0.00 | $624.15 |
| | | | | | | **Ending Mth Balance:** | **$624.15** |

# Prior Month -- Individual Statement

Date Printed: 6/9/2005                                         Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $624.15 |
|---|---|---|---|---|---|---|
| 00163663 | WILSON | JAMES | A | J | | |
| Current Location: | MERIT EAST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | J.A. JOHNSON | 5/3/2005 | $120.00 | $0.00 | $0.00 | $0.00 | $744.15 |
| Mail MO | JENNIFER ARGE? | 5/3/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $794.15 |
| Pay-To | | 5/4/2005 | ($17.00) | $0.00 | $0.00 | $0.00 | $777.15 |
| Payroll | | 5/4/2005 | $48.40 | $0.00 | $0.00 | $0.00 | $825.55 |
| Mail MO | DONNA BROOKS | 5/4/2005 | $200.00 | $0.00 | $0.00 | $0.00 | $1,025.55 |
| Postage | | 5/5/2005 | $0.00 | $0.00 | ($0.90) | $0.00 | $1,025.55 |
| Commissary | | 5/5/2005 | ($13.69) | $0.00 | $0.00 | $0.00 | $1,011.86 |
| Pay-To | GLORIA RUE | 5/5/2005 | ($500.00) | $0.00 | $0.00 | $0.00 | $511.86 |
| Postage | | 5/6/2005 | $0.00 | $0.00 | ($0.92) | $0.00 | $511.86 |
| Visit MO | J. PURNELL | 5/6/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $561.86 |
| Mail MO | CARMEN DEGRAW | 5/11/2005 | $100.00 | $0.00 | $0.00 | $0.00 | $661.86 |
| Commissary | | 5/12/2005 | ($13.21) | $0.00 | $0.00 | $0.00 | $648.65 |
| Visit MO | JANET PURNELL | 5/13/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $688.65 |
| Visit MO | BIG E | 5/13/2005 | $52.00 | $0.00 | $0.00 | $0.00 | $740.65 |
| Medical | | 5/16/2005 | $0.00 | ($2.00) | $0.00 | $0.00 | $740.65 |
| Medical | | 5/16/2005 | ($2.00) | $0.00 | $0.00 | $0.00 | $738.65 |
| Commissary | | 5/19/2005 | ($4.92) | $0.00 | $0.00 | $0.00 | $733.73 |
| Mail MO | SIS BESSIE WILSON | 5/24/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $758.73 |
| Medical | | 5/25/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $758.73 |
| Medical | | 5/25/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $754.73 |
| Postage | | 5/26/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $754.73 |
| Postage | | 5/26/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | $754.73 |
| Postage | | 5/26/2005 | ($0.90) | $0.00 | $0.00 | $0.00 | $753.83 |
| Postage | | 5/26/2005 | ($0.92) | $0.00 | $0.00 | $0.00 | $752.91 |
| Postage | | 5/26/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $752.45 |
| Postage | | 5/26/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $751.99 |
| | | | | | Ending Mth Balance: | | $751.99 |