OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 11, 2005

**TO:** James A. Wilson
#163663
SCI
P.O. Box 500
Georgetown, DE 19947

**RE: Payment of Filing Fees in CA 05-399 JJF, Wilson et.al. v. Taylor et.al.**

Dear Mr. Wilson:

This office received your letter dated 7/1/05 regarding payment of the $250.00 filing fees in subject case. Your letter appears to have been mailed from SCI on 8/2/05, and was docketed by the Clerk's Office on 8/4/05.

After further research, we have concluded that your payment was in fact received on 6/20/05, and receipt number 139687 was issued on that date. This information has now been added to the docket; a copy of the receipt and docket are provided herewith.

Thank you for your assistance in clearing up this matter.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr, CA 05-399 JJF
    CAF
    Financial Admin.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

James A. Wilson, et, al )  Civ. No. 05-399-JJF
      Plaintiffs, )
 )
V. )
 )
 )
Comm. Stanley Taylor, and )
Warden Rick Kearney, )
      Defendants. )
 )

FILED
AUG - ? 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. Plaintiffs filed Pro Se litigation on or about 6-10-05 sending a check from the institution dated 6-16-05.
2. Plaintiffs received Order from court saying that Plaintiffs have filed this action on June,16 2005, Pursuant to 42 U.S.C.§ 1983 without prepayment of the filing fee or request to proceed In Forma Pauperis.
3. Plaintiffs wrote The District Court Clerk explaining to them that the check that came from the Institution was for the Complaint that was being filed.
4. However, plaintiffs still received Order requesting In Forma Pauperis
5. Plaintiffs do not understand why such Order if Complaint has been paid for.
6. However, James Wilson is sending six month statement
7. Plaintiffs believe that that 28 U.S.C. §1915 (a) (1) and (2) do not apply to them since payment was prepaid.
8. In Forma Pauperis or for scheduling payment of filing fee.
9. Plaintiffs did not file In Forma Pauperis because Plaintiffs sent payment out on June 16,05

WHEREFORE, PLAINTIFFS ask that the Order be dissmissed and that the payment sent be accepted

James A. Wilson, Et,al
S.C.I. P.O.Box 500
Georgetown, DE. 19947
Dated.7/1/05

I/M: James Wilson    BLDG: Merit/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

District Court

844 N. King St, Lockbox 18

Wilm., DE. 19801-3570

U.S. POSTAGE PB2230370
$00.830 AUG 02 05
19947

1675
7955
6480

S.M.S X-RAY

```
            UNITED STATES
            DISTRICT COURT
             District of Delaware
              Wilm. Division

           #  139687  -  EW
           June 20, 2005


    Code       Case #        Qty      Amount
   510000
    FL5110    1-05-CV-399             190.00 CH
    PL0057    1-05-CV-399              60.00 CH
   086980
              NOT PLRA
    Total-->                          250.00


   FROM: SUSSEX CORRECTIONAL
         CK# 42653
         WILM TRUST
   FOR:  JAMES G. WILSON, et al
```

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00399-JJF
### Internal Use Only

Wilson et al v. Taylor et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/15/2005
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**
**James A. Wilson**	represented by **James A. Wilson**
#163663
SCI
P.O. Box 500
Georgetown, DE 19947
PRO SE

**Plaintiff**
**Anthony Morris**	represented by **Anthony Morris**
SBI# 300363
PRO SE

**Plaintiff**
**Darus Young**	represented by **Darus Young**
SBI# 00282852
PRO SE

**Plaintiff**
**Eldon Potts**	represented by **Eldon Potts**
SBI# 211193
PRO SE

**Plaintiff**
**Jerry Weston**	represented by **Jerry Weston**
SBI# 329478
PRO SE

**Plaintiff**
**Dereck Stones**	represented by **Dereck Stones**
SBI# 303183

                                                                                             SCI
                                                                                              P.O. Box 500
                                                                                              Georgetown, DE 19947
                                                                                              PRO SE

**Plaintiff**

**Robert Oxford**　　　　　　　　　　represented by **Robert Oxford**
                                                                                             SBI# 226731
                                                                                             PRO SE

**Plaintiff**

**Roderick Brown**　　　　　　　　　represented by **Roderick Brown**
                                                                                             SBI# 315954
                                                                                             PRO SE

**Plaintiff**

**Samuel Jones**　　　　　　　　　　represented by **Samuel Jones**
                                                                                             SBI# 465297
                                                                                             PRO SE

**Plaintiff**

**Frank Williams**　　　　　　　　　represented by **Frank Williams**
                                                                                             SBI# 261867
                                                                                             PRO SE

**Plaintiff**

**Dedrick Chase**　　　　　　　　　　represented by **Dedrick Chase**
                                                                                             SBI# 168185
                                                                                             SCI
                                                                                             P.O. Box 500
                                                                                             Georgetown, DE 19947
                                                                                             PRO SE

**Plaintiff**

**Jerome Green**　　　　　　　　　　represented by **Jerome Green**
                                                                                             SBI# 147772
                                                                                             PRO SE

**Plaintiff**

**Antonio Frisby**　　　　　　　　　　represented by **Antonio Frisby**
                                                                                             SBI# 215613
                                                                                             PRO SE

**Plaintiff**

**Jose Serpa**                          represented by **Jose Serpa**
                                                        SBI# 350322
                                                        PRO SE

**Plaintiff**

**Brian Briscoe**                       represented by **Brian Briscoe**
                                                        SBI# 342223
                                                        PRO SE

**Plaintiff**

**George A. Jackson**                   represented by **George A. Jackson**
                                                        SBI #171250
                                                        SCI
                                                        P.O. Box 500
                                                        Georgetown, DE 19947
                                                        PRO SE

**Plaintiff**

**H. Richards**                         represented by **H. Richards**
                                                        SBI# 316998
                                                        PRO SE

**Plaintiff**

**Gilbert Williams**                    represented by **Gilbert Williams**
                                                        SBI# 137575
                                                        PRO SE

**Plaintiff**

**Norman Deshields**                    represented by **Norman Deshields**
                                                        SBI# 171016
                                                        PRO SE

**Plaintiff**

**Charles Quillen**                     represented by **Charles Quillen**
                                                        SBI# 211182
                                                        PRO SE

**Plaintiff**

**Tim Soodain**                         represented by **Tim Soodain**
                                                        SBI# 178038
                                                        PRO SE

**Plaintiff**

| | |
|---|---|
| **Kevin Spivey** | represented by **Kevin Spivey**<br>SBI# 258693<br>PRO SE |
| **Plaintiff** | |
| **De'Shawn Smith** | represented by **De'Shawn Smith**<br>SBI# 281928<br>PRO SE |
| **Plaintiff** | |
| **Howard Parker** | represented by **Howard Parker**<br>PRO SE |
| **Plaintiff** | |
| **Kendall Reed** | represented by **Kendall Reed**<br>SBI# 276408<br>FCI Allenwood<br>P.O. Box 2000<br>White Deer, PA 17887<br>PRO SE |
| **Plaintiff** | |
| **James Johnson** | represented by **James Johnson**<br>SBI# 155123<br>PRO SE |
| **Plaintiff** | |
| **Shaun Lee** | represented by **Shaun Lee**<br>PRO SE |
| **Plaintiff** | |
| **Charles B. Sanders** | represented by **Charles B. Sanders**<br>SBI# 160428<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977<br>PRO SE |
| **Plaintiff** | |
| **Nathan Henry** | represented by **Nathan Henry**<br>PRO SE |
| **Plaintiff** | |

Pedro Cintra                    represented by **Pedro Cintra**
                                                PRO SE

V.

**Defendant**

**Comm. Stanley Taylor**
*Individually and Official Capacity*
*as Commissioner D.O.C.*

**Defendant**

**Warden Rick Kearney**
*Individually and Official Capacity*
*as Warden, S.C.I.*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2005 | 1 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against Stanley Taylor, Rick Kearney - filed by James A. Wilson, Anthony Morris, Davis Young, Eldon Potts, Jerry Weston, Dereck Stones, Robert Oxford, Roderick Brown, Samuel Jones, Frank Williams, Dedrick Chase, Jerome Green, Antonio Frisby, Jose Serpa, Brian Briscoe, George A. Jackson, H. Richards, Gilbert Williams, Norman Deshields, Charles Quillen, Tim Soodain, Kevin Spivey, Shawn Smith, Howard Parker, Kendall Reed, James Johnson, Shaun Lee, Charles B. Sanders, Nathon Henry.(els, ) (Entered: 06/16/2005) |
| 06/15/2005 | 2 | MOTION to Appoint Counsel - filed by James A. Wilson. (els, ) (Entered: 06/16/2005) |
| 06/20/2005 |   | Filing fee received, receipt number 139687 (rbe, ) (Entered: 08/11/2005) |
| 06/22/2005 |   | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 06/22/2005) |
| 06/22/2005 | 3 | Letter Amending Complaint to The Clerk of the Court from James A. Wilson, dtd. 06/22/05 requesting the Clerk to add the signature name of Pedro Cintra to the Civil Complaint. (afb, ) Modified on 6/30/2005 (afb, ). (Entered: 06/27/2005) |
| 06/22/2005 |   | ***Plaintiff Pedro Cintra added per D.I. 3. (afb, ) (Entered: |

| | | |
|---|---|---|
| | | 06/30/2005) |
| 06/27/2005 | 4 | LETTER MOTION to the Clerk of the Court from James A. Wilson, dtd. 06/23/05 to correct the spelling of the following Pltfs.' names: 1. De'Shawn Smith, Darus Young, Nathan Henry.(afb, ) (Entered: 06/30/2005) |
| 06/30/2005 | | CORRECTING ENTRY: Pedro Cintra added as pltf. per D.I. 3 and the spelling of pltfs.' names: De'Shawn Smith, Darus Young and Nathan Henry corrected per D.I. 4. (afb, ) (Entered: 06/30/2005) |
| 07/07/2005 | 5 | ORDER that Filing Fee of $250.00 Assessed. Each Plaintiff requested to submit IFP application and certified copy of Prison Trust Fund Account Statement. Failure to submit items within 30 days will result in dismissal of action without prejudice. Pltfs.' Motion to Amend the Complaint (D.I. 4) is GRANTED. The Clerk of the Court shall correct the docket to reflect the correct spelling of the pltfs.' names. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 8/8/2005. (SEE ORDER FOR DETAILS). Signed by Judge Joseph J. Farnan, Jr. on 07/07/05. (afb, ) (Entered: 07/07/2005) |
| 07/14/2005 | 6 | Letter to The Court from James A. Wilson, dated 07/12/05 responding to Order (D.I. 5) regarding IFP. (Attachments: # 1 attachment)(afb, ) (Entered: 07/21/2005) |
| 07/18/2005 | 7 | MOTION for Leave to File an Amended Complaint - filed by James A. Wilson, et al. (Attachments: # 1 proposed amended complaint)(afb, ) Modified on 7/27/2005 (afb, ). (Entered: 07/27/2005) |
| 07/18/2005 | 8 | MOTION for Class Certification - filed by James A. Wilson, et al. (afb, ) Modified on 7/27/2005 (afb, ). (Entered: 07/27/2005) |
| 08/03/2005 | 10 | Application To Proceed Without Prepayment Of Fees and Affidavit - filed by James A. Wilson. (afb, ) (Entered: 08/09/2005) |
| 08/03/2005 | 11 | Trust Fund Account Statement by James A. Wilson (Attachments: # 1 Financial Stmt. June 2005# 2 Average Daily Balance Stmt.) (afb, ) (Entered: 08/09/2005) |
| 08/04/2005 | 9 | Letter to The Clerk of the Court from James Wilson, pro se, dtd. 07/01/05 stating case filed on or about 06/10/05 and check was sent from the institution dtd. 06/16/05 and Order received by pltfs. requesting prepayment of filing fee or request to |

| | | proceed ifp. (afb, ) (Entered: 08/09/2005) | |