IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, ANTHONY MORRIS, DARUS YOUNG, ELDON POTTS, JERRY WESTON, DERECK STONE, ROBERT OXFORD, RODERICK BROWN, SAMUEL JONES, FRANK WILLIAMS, DEDRICK CHASE, JEROME GREEN, ANTONIO FRISBY, JOSE SERPA, BRIAN BRISCOE, GEORGE A. JACKSON, H. RICHARDS, GILBERT WILLIAMS, NORMAN DESHIELDS, CHARLES QUILLEN, TIM SOODAIN, KEVIN SPIVEY, DE'SHAWN SMITH, HOWARD PARKER, KENDALL REED, JAMES JOHNSON, SHAUN LEE, CHARLES B. SANDERS, NATHAN HENRY, and PEDRO CINTRA,<br><br>       Plaintiffs,<br><br>       v.<br><br>COMM. STANLEY TAYLOR, and WARDEN RICK KEARNEY,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-399-JJF<br>)<br>)<br>)<br>)<br>) |

**ORDER**

WHEREAS, on June 15, 2005, plaintiffs filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 20, 2005, plaintiffs paid the $250 filing fee, receipt 139687;

WHEREAS, the Clerk's Office inadvertently failed to docket the receipt in Civ. Act. No. 05-399;

WHEREAS, on July 7, 2005, the Court entered an order

requiring plaintiffs to file requests for leave to proceed <u>in forma pauperis</u> and certified copies of their prison trust account statement within thirty days or the complaint would be dismissed (D.I. 5);

    WHEREAS, on July 14, 2005, plaintiff James A. Wilson wrote a letter to the Clerk of the Court stating that he had paid the $250 filing fee and requesting information receipt of his payment (D.I. 6);

    WHEREAS, on August 3, 2005, plaintiff James A. Wilson filed a request for leave to proceed <u>in forma pauperis</u> (D.I. 10);

    THEREFORE, at Wilmington this __11__ day of ___August___, 2005, IT IS HEREBY ORDERED that:

    1.    The Court's order dated July 7, 2005 (D.I. 5) is rescinded.

    2.    Plaintiff James A. Wilson's request to proceed <u>in forma pauperis</u> (D.I. 10) is moot.

    3.    The Clerk of the Court shall mail a copy of receipt 139687 to plaintiff James A. Wilson.

    4.    The Court shall review plaintiffs' complaint pursuant to 28 U.S.C. § 1915A(b)(1) in due course.

                                      _/s/ Joseph J. Farnan_
                                      United States District Judge