IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, ANTHONY MORRIS, DARUS YOUNG, ELDON POTTS, JERRY WESTON, DERECK STONE, ROBERT OXFORD, RODERICK BROWN, SAMUEL JONES, FRANK WILLIAMS, DEDRICK CHASE, JEROME GREEN, ANTONIO FRISBY, JOSE SERPA, BRIAN BRISCOE, GEORGE A. JACKSON, H. RICHARDS, GILBERT WILLIAMS, NORMAN DESHIELDS, CHARLES QUILLEN, TIM SOODAIN, KEVIN SPIVEY, DE'SHAWN SMITH, HOWARD PARKER, KENDALL REED, JAMES JOHNSON, SHAUN LEE, CHARLES B. SANDERS, NATHAN HENRY, and PEDRO CINTRA, Plaintiffs, v. COMM. STANLEY TAYLOR, and WARDEN RICK KEARNEY, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 05-399-JJF ) ) ) ) ) ) |

RECEIVED AUG 24 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**ORDER**

WHEREAS, on June 15, 2005, plaintiffs filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 20, 2005, plaintiffs paid the $250 filing fee, receipt 139687;

WHEREAS, the Clerk's Office inadvertently failed to docket the receipt in Civ. Act. No. 05-399;

WHEREAS, on July 7, 2005, the Court entered an order

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER
X INMATE UNKNOWN
___ NEED SBI NUMBER
___ ENCLOSURE UNAUTHORIZED
___ CORRESPONDENCE UNAUTHORIZED
___ INMATE RELEASED

U.S. POSTAGE PB 2230370
$00.60 AUG 22 05
FROM ZIP CODE 19947

RECEIVED
AUG 19 2005
SCI MAILROOM

U.S.M.S. X-RAY

RTS
RETURN TO SENDER

A ☐ INSUFFICIENT ADDRESS
  ☒ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/STREET
  ☐ NOT DELIVERABLE AS ADDRESSED
S ☐ - UNABLE TO FORWARD
  ☐ OTHER

Tim Soodain
SBI# 178038

19801-3570 12