IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, ANTHONY )
MORRIS, DARUS YOUNG, ELDON )
POTTS, JERRY WESTON, DERECK )
STONE, ROBERT OXFORD, )
RODERICK BROWN, SAMUEL JONES, )
FRANK WILLIAMS, DEDRICK CHASE, )
JEROME GREEN, ANTONIO FRISBY, )
JOSE SERPA, BRIAN BRISCOE, )
GEORGE A. JACKSON, H. )
RICHARDS, GILBERT WILLIAMS, )
NORMAN DESHIELDS, CHARLES )
QUILLEN, TIM SOODAIN, KEVIN )
SPIVEY, DE'SHAWN SMITH, )
HOWARD PARKER, KENDALL REED, )
JAMES JOHNSON, SHAUN LEE, )
CHARLES B. SANDERS, NATHAN )
HENRY, and PEDRO CINTRA, )
                                  )
        Plaintiffs,               )
                                  )
    v.                            ) Civ. No. 05-399-JJF
                                  )
COMM. STANLEY TAYLOR, and         )
WARDEN RICK KEARNEY,              )
                                  )
        Defendants.               )



RECEIVED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ORDER

WHEREAS, on June 15, 2005, plaintiffs filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 20, 2005, plaintiffs paid the $250 filing fee, receipt 139687;

WHEREAS, the Clerk's Office inadvertently failed to docket the receipt in Civ. Act. No. 05-399;

WHEREAS, on July 7, 2005, the Court entered an order

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Kendall Reed
SBI# 276408
FCI Allenwood
P.O. Box 2000
White Deer, PA

U.S.M.S
X-RAY

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD         ☐ OTHER

RTS
RETURN TO SENDER