In the Name of Allah, The Beneficent, The Merciful,

As-Salaamu Alaikum

9/20/05          In matter of Civil. NO.: 05-399-JJF

Clerk, please put this grievance in the file James A. Wilson, et al v. Stan Taylor Rich Kearney,

and or place it on the Court JJF desk that he may be aware of this continuing situation.

Sincerely, Wilson
James A.

FILED
SEP 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

