FORM #584

GRIEVANCE FORM

05-399 (JJF)

FACILITY: Georgetown (S.C.I.)    DATE: 9/19/05

GRIEVANT'S NAME: James Wilson    SBI#: 163663

CASE#: ___    TIME OF INCIDENT: ___

HOUSING UNIT: Merit/East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date Corp. Stolzenbach pulled his mace out on me for no reason. He yelled all in my face for no reason. He his constantly har assing me about the class room. Last time he told me to shout up. It appear that nothing is being done by his continue har assment and I'm beginning to believe that his disrespectful actions towards me is because I'm Black or because I'm a Muslim. I have yet to see him get loud with white Inmates or show disrespect toward them.

FILED
SEP 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ACTION REQUESTED BY GRIEVANT: I want har assment charges filed against him immediately and I want a restraining order against this officer

GRIEVANT'S SIGNATURE: James Wilson    DATE: 9/19/05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ___    DATE: ___

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT
cc: District Court Civil. NO. 05-399-JJF
    Paul E. Crawford Esq.
    D. Benjamin Snyder Esq.

April '97 REV



I/M: James Wilson BLDG: Merit/building East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of The Clerk
United States District Court
844 N. King St, Lockbox 18
Wilm, De. 19801-3570