09/26/2005  21:05    302-573-6435              JUDGE FARNAN                                    PAGE  01/01

## OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO:    CCIC, Department of Corrections
       Fax number 8-302-739-7486

FROM:  Peter T. Dalleo, Clerk, U.S. District Court

Re:    Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

LKA: 2602 N. WAshington ST
     Wlm DE 19802

Tim Soodain
SBI # 176038
SCI
P.O. Box 500
Georgetown, DE 19947

_Ante Bolton_
Deputy Clerk
302 573 6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

                                    Sincerely,

                                    Peter T. Dalleo
                                    Clerk, U.S. District Court