

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, ET,AL      :
                            :
                            :
V.                          :
                            :   Civ. No. 05-399-JJF
                            :
COMM. STANLEY TAYLOR, and   :
WARDEN RICK KEARNEY,        :
         Defendants.        :
                            :
                            :

MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

FILED SEP 30 2005 U.S. DISTRICT COURT DELAWARE

NOWCOMES PLAINTIFF, request this Honorable Court grant him a Temporary Restraining Order and Preliminary Injunction against John Stolzenbach of Department of Correction at the Sussex Correctional Institution in Georgetown De. 19947

1. Plaintiff has been harassed by this Officer several times and was recently confronted by this Officer with his mace in hand shaking it up if though he was going to spry Plaintiff.
2. Plaintiff has been told to shut up by this Officer for no reason.
3. Plaintiff was confronted by Officer and question by officer because plaintiff was laughing.
4. Plaintiff believe this officer is after him in any form or fashion.
5. Plaintiff was informed by another inmate that this officer stated that he was retiring in about 18 months but was trying to get quicker.

For the fore going reasons plaintiff as that this court grant him his motion.

James A. Wilson
9/25/05

I/M:James Wilson          BLDG:Merit/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

U.S. POSTAGE PB 2230370
$00.60  SEP 29 05
FROM ZIP CODE 19947

Office of the Clerk

United States District Court

844 N. King Street, Lockbox 18

Wilmington, Delaware 19801-3570