ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

James A. Wilson, Et Al
    Plaintiff,

v.

COMM. STANLEY TAYLOR, and
WARDEN RICK KEARNEY,

    Defendants.

Civ. No. 05-399-JJF

FILED
SEP 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

James A. Wilson declares under penalty of perjury:

1. I am the plaintiff in this case. I make this declaration in support of my motion for a temporary restraining order and preliminary injunction to ensure that I'm not sprayed with mace, or moved, or receive any physical harm.

2. As set forth in the Complaint in this case which was filed on or about June 15, 2005 under 42 U.S.C. § 1983.

3. Blacks are more likely to be sprayed with mace, and moved because of their Color.
4. Blacks are more likely to be harassed because of their Color.
5. Blacks are more likely to be written up and moved without due process.
6. Plaintiff has written two grievance on Officer and nothing has been done.
7. Plaintiff was informed by another Inmate that Corp. Stolzenbach has stated that he has 18 months lefted and that he is trying to get someone to help him leave early through a physical altercation.
8. Plaintiff recently sent a copy of his grievance to The Court where plaintiff state that he was confronted by this officer while the officer had his mace in his hand shaking it up.
9. For the reasons set forth in the memorandum of law filed with this motion, the plaintiff is entitled to a temporary restraining order requiring that the Officer stop harassing and threating plaintiff and to a preliminary injunction requiring the Officer to carry out the restraining order.
10. For the foregoing reasons, the Court should grant the plaintiff's motion in all respects.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

*James A. Wilson*

Civ. No. 05-399JJF

FORM #584

## GRIEVANCE FORM

FACILITY: S.C.I   DATE: 9/25/05

GRIEVANT'S NAME: Eldon T. Potts   SBI#: 00211193

CASE#: ___   TIME OF INCIDENT: From July until now

HOUSING UNIT: Merit-West

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I have been harassed by C/O John Stolzenbach, since July until this pressent date (9/25/05) and I was threaten by C/O John Stolzenbach who said "I'm going to get you out of my building" (8/23/05). C/O Stolzenbach go's out of his way to pick with me. (check my track file in building)

ACTION REQUESTED BY GRIEVANT: I would like to be moved to minimum building away from C/O Stolzenbach, if possible and I would like for C/O Stolzenbach to leave me alone.

GRIEVANT'S SIGNATURE: Eldon T. Potts   DATE: 9/25/05

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ___   DATE: ___

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

I/M: James Wilson   BLDG: Merit/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk

United States District Court

844 N. King Street, Lockbox 18

Wilmington, Delaware 19801-3570