IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et. al.,<br>on behalf of themeselves<br>and all others similarly<br>situated at the sussex<br>correctional institution<br>georgetown, de.<br><br>        Plaintiffs<br><br>v.<br><br>STANLEY TAYLOR, RICK<br>KEARNEY, individually<br>and in their official<br>capacity, and Delaware<br>department of corrections. | CLASS ACTION<br><br>SECOND AMENDED COMPLAINT<br><br>Civil Action No. 05-399-JJF |

## SECOND AMENDED COMPLAINT

Plaintiffs, pursuant to the Court Memorandum Order has Amended and deleted the following.
1. The Plaintiffs has added additional defendants[1]. PAT DITTO, RONNIE BURKE, DONNA FURMAN, NANCY THOMASON, LT. SMITH, LT. HOLLIS, SGT. MEARS, STAFF LT. HENNESSY, MIKE DELOY, AND CPL. J. STOZENBACH, ALL SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY.
2. Plaintiffs has deleted PARAGRAPH 25 and Amended.
3. Plaintiffs has added PARAGRAPH 26 to the Complaint STATEMENT OF ClAIMS.

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: 10-19-05

Respectfully Submitted

*James A. Wilson*

James A. Wilson, et.al.,

U.S.M.S. X-RAY

Clerk U.S. District Court
844 N. King St. Lockbox 19
Wilm, DE. 19801-3570

INMATE JAMES WILSON BLDG. W/ER/W/EAST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

PRIORITY MAIL
UNITED STATES POSTAL SERVICE TM
www.usps.gov
LABEL 107R, OCT 1997