Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER
☒ INMATE UNKNOWN
☐ NEED SBI NUMBER
☐ ENCLOSURE UNAUTHORIZED
☐ CORRESPONDENCE UNAUTHORIZED
☐ INMATE RELEASED

Tim Soodain
SBI# 178038

16

A ☐ INSUFFICIENT ADDRESS
C ☒ ATTEMPTED NOT KNOWN
S ☐ NO SUCH NUMBER/ STREET
   ☐ NOT DELIVERABLE AS ADDRESSED
      - UNABLE TO FORWARD
   ☐ OTHER

SCI MAILROOM
AUG 19 2005

RECEIVED
U.S. POSTAGE
$00.60
PB 22230370
AUG 22 05
19947

U.S.M.S.
X-RAY

RTS
RETURN TO SENDER

RECEIVED
OCT 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TATES DISTRICT COURT

RICT OF DELAWARE

iv. No. 05-399-JJF

R

5, plaintiffs filed a civil

. § 1983 without prepayment of

5, plaintiffs paid the $250

fice inadvertently failed to

. 05-399;

WHEREAS, on July 7, 2005, the Court entered an order

RECEIVED
AUG 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Tim Soodain
2602 N. Washington Street
Wilmington, DE 19802

☐ INSUFFICIENT ADDRESS
☑ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER

not at this add