IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, ET,AL  :
:
:
V.  :
:  Civ. No. 05-399-JJF
COMM. STANLEY TAYLOR, and  :
WARDEN RICK KEARNEY,  :
      Defendants.  :
:
:

*RENEW MOTION AND INJUNCTION*

MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

NOWCOMES PLAINTIFF, request this Honorable Court grant him a Temporary Restraining Order and Preliminary Injunction against John Stolzenbach of Department of Correction at the Sussex Correctional Institution in Georgetown De. 19947

1. Plaintiff has been harassed by this Officer several times and was recently confronted by this Officer with his mace in hand shaking it up if though he was going to spry Plaintiff.
2. Plaintiff has been told to shut up by this Officer for no reason.
3. Plaintiff was confronted by Officer and question by officer because plaintiff was laughing.
4. Plaintiff believe this officer is after him in any form or fashion.
5. Plaintiff was informed by another inmate that this officer stated that he was retiring in about 18 months but was trying to get quicker.
6. On 11/07/05 CpL. Stolzenbach wrote me and my cell mate up for non dangerous contraband, however, the contraband that he got out of two white inmates cell he did not write them up.

7. Plaintiff have put a grievance in concerning this matter and nothing was done about it.

8. Plaintiff put Motion in with the Court for a restraining order and the Court did not do anything, plaintiff is asking Court to Renew their decision.

For the fore going reasons plaintiff as that this court grant him his motion.

*James A. Wilson*
9/25/05

*James A. Wilson*
11/07/05

I/M: James Wilson   BLDG: W/H / EAST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 - S
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.60 NOV 09 05
19947

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, DE. 19801-3570