IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

James A. Wilson, Et Al
    Plaintiff,

v.

COMM. STANLEY TAYLOR, and
WARDEN RICK KEARNEY,

    Defendants.

Civ. No. 05-399-JJF

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

James A. Wilson declares under penalty of perjury:

1. I am the plaintiff in this case. I make this declaration in support of my motion for a temporary restraining order and preliminary injunction to ensure that I'm not sprayed with mace, or moved, or receive any physical harm.

2. As set forth in the Complaint in this case which was filed on or about June 15(,), 2005 under 42 U.S.C. § 1983.

3. Blacks are more likely to be sprayed with mace, and moved because of their Color.
4. Blacks are more likely to be harassed because of their Color.
5. Blacks are more likely to be written up and moved without due process.
6. Plaintiff has written two grievance on Officer and nothing has been done.
7. Plaintiff was informed by another Inmate that Corp. Stolzenbach has stated that he has 18 months lefted and that he is trying to get someone to help him leave early through a physical altercation.
8. Plaintiff recently sent a copy of his grievance to The Court where plaintiff state that he was confronted by this officer while the officer had his mace in his hand shaking it up.
9. For the reasons set forth in the memorandum of law filed with this motion(). the plaintiff is entitled to a temporary restraining order requiring that the Officer stop harassing and threating plaintiff and to a preliminary injunction requiring the Officer to carry out the restraining order.
10. For the foregoing reasons, the Court should grant the plaintiff's motion in all respects.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

*James A. Wilson*

*James A. Wilson*
11/07/05