FORM #584

GRIEVANCE FORM

RECEIVED
NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FACILITY: Georgetown (S.C.I.)    DATE: 11/07/05

GRIEVANT'S NAME: James Wilson    SBI#: 163663

CASE#: _____    TIME OF INCIDENT: _____

HOUSING UNIT: Merit/East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

on the above date I received a write-up for non-dangerous contraband However, there were two other inmates whom are white who did not receive write-ups for the contraband that was found in there room. It was Crl. Stolzenbach who wrote me and my cell-mate up. This officer has been Grieved by me in the past for harassment because I"m a Muslim and because I'm black. This only gives credence to my last grievance which stated that I'm yet to see Cpl. Stolzenbach write up, yell or disrespect a white inmate. All of this has been done under the acceptance of other Superiors. Cpl. Stolzenbach has demonstrated bias and racial profiling and nothing has been done about it. This is my second Grievance concerning this iss

ACTION REQUESTED BY GRIEVANT: Would like for officer to take Racial Discrimination (iss along with his superiors who allow him to display such behavior. His action reflects the Departments Mentality when it comes to black Inmates.

GRIEVANT'S SIGNATURE: James a. Wilson    DATE: 11/0/05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: 11/07/05

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV