STATE OF DELAWARE
DEPARTMENT OF CORRECTION

CLASS I ___   CLASS II ✓           APPEAL NOTICE           DR#: 5528

INMATE NAME: Howard Parker       INST#: 00165324     DATE: 10/2/05
HEARING DATE: 11-2-05            VIOLATION: 2.05  2.06
HEARING DECISION: Guilty
SANCTION: W.R.

I understand I have 72 hours in which to file a written notice of appeal to the Class I Hearing Officer in the case of an appeal from a Class II Hearing decision or to the Warden in the case of an appeal from a Class I Hearing decision.

APPEAL: On 22 October, I, was working the cook line. They forgot to put the vegetables on food carts for merit east and west, and Gisralle ordered me to put them on the carts with Inmate Xavier. While following that order, Gisrelle became unsettled because we were late getting the carts out, started screaming and rushing us. While putting the vegetables on the cart, with the pressure from Gisralle, Officer Evans started asking about the door. To be more exact, while Gisralle was yelling and screaming about getting a table to move the vegetables from the work area to the buildings - which were already running chow without vegetables - Officer Evans started asking about a door to be shut. Storeroom door.

     In short, Gisralle was demanding me to continue moving the vegetables, while Evans was yelling a screaming about a door that I had no business messing with anyway- because the kitchen officers placed a sign door and ordered everyone not to touch the door or enter the clerks office in any manner. I could not do two things at one time. I did precisely what I was told to do by Gisralle, the Sgt. of the kitchen, whom was standing right there watching waiting for me to get the vegetables as he said - ordered - me to do.

                                                    INMATE'S SIGNATURE

APPEAL DECISION: _____

FORM #: 336                              SIGNATURE OF WARDEN OR HEARING OFFICER

DR# 5528

**SCI Sussex Correctional Institution**
**PO Box 500**
**Sussex, DE, 19947**
**Phone#: 302-856-5280**

# DISCIPLINARY HEARING APPEAL FORM

Date: 11/02/2005

I did not argue, was not disrespectful, nor verbally abusive to Officer Evans. If that had occurred, Officer Gisralle would have stepped in and have said "something" about any such conduct. As it stands, Gisralle did not write a report of any kind; did not repremand me in any manner; nor was in any way unsatisfied with my performance at that time. It did not happen and the write up is unjustified.

By the time I moved the vegetables from the kitchen to the Merit Building, Officer Evans had called over here, telling Officer Best that I was terminated and not to return to the kitchen.

On October 27, I was classified out of the building because of this write-up and incident with Officer Evans, however I was not given the write-up until today November 2, 2005. Office Evans also claimed that there are a number of counseling slips in my file, justifying the writeup, and the classification out of the building. However, there are no such documents in my file.

The entire process is inappropriate and violative of any semblance of due process... I was wrote up on 22 October... Didn't receive the write up until 2 November... Was classified and fired somewhere between the nonexistent process... A class II violation is limited to (1) loss of privileges; (2) a written repremand; (3) and confinement to quarters... There was no opportunity for me to present evidence or witnesses...

I am appealing both the class II write up and the classification.

| Disciplinary# | | | | | | Date: 10/22/2005 |
|---|---|---|---|---|---|---|
| 5528 | | | | | | |

SUSSEX CORRECTIONAL INSTITUTION
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## DISCIPLINARY REPORT

Disciplinary Type: Class1    Housing Unit: MERIT    IR#: 11662

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00165324 | Parker, Howard S | SCI | KITCHEN | 10/22/2005 | 10:20 |

Violations: 2.05 Disrespect, 2.06/200.108 Failing to Obey an Order

Witnesses: 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

C/O Evans Asked I/M Parker To Please Pull The Storeroom Door Shut. The Inmate Failed To Obey A Direct Order By Telling Evans No And Became Argumentative, Disrespectful, And Verbally Abusive. Evans Suspended The Inmate For Being Insubordinate, Pending Termination From The Mdt Board.

Reporting Officer: Evans, Bethany (FS Specialist I & II)

### Immediate Action Taken

Immediate action taken by: Evans, Bethany -FS Specialist I & II
N/A

### Offender Disposition Details

Disposition: N/A    Date: N/A    Time: N/A    Cell secured? No
Reason: N/A
Disposition Of Evidence: N/A

### Approval Information

Approved: ☑    Disapproved: ☐    Approved By: Johnson, Joseph H (Staff Lt./Lt)

Comments: Sent To Lt.Fisher

Received, Reviewed & Approved
OCT 22 2005
Watch Commander
Signature

### Shift Supervisor Details

Date Received:    Time:    Received From:

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

Johnson, Joseph H (Staff Lt./Lt)

I have received a copy of this notice on DATE:_____ TIME:_____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____    Offender: _____
                                              Parker, Howard S

NOTICE OF DISCIPLINARY HEARING
FOR CLASS II/CLASS I OFFENSE

TO: Inmate: _H. Parker_   Number: _0016532_ Location: _MRLt_

1. You are hereby ordered to appear before Hearing Officer _C.C. II  H.O_ after _____, after _____, at    S.C.I. HEARING OFFICE    .
          (Time of Day)       (Date)           (Location)

2. At the time, a hearing will be held to determine whether you violated the following Institutional Rule(s) as alleged in the attached Disciplinary Report: (State specific rule violated: _2.05   2.06_

3. A Class II Offense is a rule violation in which the extent of the sanction imposed shall be restricted to: a. Written Reprimand; b. Loss of one or more privileges for a period of time of more than 24 hours but less than 5 days; c. Confinement to assigned quarters not to exceed 5 days.

4. A Class I Offense is a rule violation in which the extent of the sanction to be imposed shall be restricted to: a. Loss of one or more privileges for a period of time of more than 24 hours but less than 90 days; b. Confinement to assigned quarters for a period of time not to exceed 15 days; c. Isolation confinement for a period of time not to exceed 90 days; d. Loss of good time for a period of time not to exceed up to all earned good time; e. Restitution. Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.

5. You have rights in the disciplinary process as stated on the back of this page. These have been fully explained to you at the time of this notification.

I certify that on _10/2/0_ at _10/20_, (1) I served upon the above inmate Notice of
           (Date)     (Time)
Disciplinary Hearing for Class I/Class II Offense; and (2) the Disciplinary Report is attached hereto.

_LT. _____     Havard Parker_
(EMPLOYEE SIGNATURE)              (INMATE SIGNATURE)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Class II Offense  Inmate Rights in the Disciplinary Process

Right to Remain Silent: If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent your silence will not be considered against you at the Disciplinary Hearing may be considered against you.

Presence: You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reasons for such exclusions shall be stated in writing.

Impartial Hearing Officer: You have the right to be heard by an impartial Hearing Officer who shall not have witnessed the incident in question, been involved in preparation of the charge, or otherwise biased against you. Such Hearing Officer shall not have had supervisory responsibility over you during the six months immediately preseding the hearing and shall be of a rank no lower than Sergeant.

Make Statement and Present Evidence: You have the right to make a statement and present any reasonable evidence, including written statements from others, in your behalf.

Record of Findings: You have the right to receive a written record of the disciplinary hearing. Such records shall state the findings of the Hearing Officer, summarize the evidence relied upon, and will state the sanctions imposed if any.

Appeal: You have the right to appeal the decision of the Class II Hearing Officer to the Class I Hearing Officer. At the Disciplinary Hearing you will be provided with an appeal form. Execution of any sanctions imposed by the Hearing Officer UNLESS YOU INDICATE ON THE APPEAL FORM THAT YOU DO NOT INTEND TO APPEAL.