IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL,

Monday, November 07, 2005

Dear Clerk : I would like for you to file this information on behalf of Civil Action No.: 05-399-JJf

James A. Wilson, et,al. V. Stan Taylor, et, al.

James A. Wilson,et,al.



RECEIVED NOV 10 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE