IN THE NAME OF ALLAH THE BENEFICENT, THE MERCIFUL

District Court Clerk:

   RE:  Information to be filed on behalf of Plaintiffs for Restraining Order Renewed  Civil . Action No;. 05-399-JJf



NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

James Wilson 11/09/05

*James a. Wilson* (signature)

**SCI Sussex Correctional Institution**
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# DISCIPLINARY REPORT

Disciplinary# 5583

Date: 11/07/2005

| Disciplinary Type: Class2 | Housing Unit: MERIT | | IR#: 11779 | |
|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| 00163663 | Wilson, James A J | SCI | MERIT | 11/07/2005 | 12:10 |

**Violations:** 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

**Witnesses:** 1. Wise, Marvello   2. N/A   3. N/A

### Description of Alleged Violation(s)
On The Above Date And Time While Doing A Shakedown Of Inmate Wilson'S Room The Following Items Was Found: Can Of Spra Disinfectant, Soda Bottles Of Wax, Roll Of Masking Tape And State Food. This Is In Violation Of Merit'S Housing Rules.

**Reporting Officer:** Stolzenbach, John A Jr(CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken
**Immediate action taken by:** Stolzenbach, John A Jr-CO Corporal/Sgt. - Large Inst.
Forms 404 And 338 Filed

### Offender Disposition Details
**Disposition:** N/A   **Date:** N/A   **Time:** N/A   **Cell secured?** No
**Reason:** N/A
**Disposition Of Evidence:** Taken And Secure

### Approval Information
**Approved:** ☑   **Disapproved:** ☐   **Approved By:** Walker, Paul J III(Shift Commander - Large Inst.)
**Comments:** Assigned To Lt J. Hollis

### Shift Supervisor Details
**Date Received:** 11/7/05   **Time:** approx.   **Received From:** Stolzenbach, John A Jr
**Shift Supervisor Determination:** 1410hrs

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[✓] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

*Capt. Paul Walker*
Walker, Paul J III(Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____   **Offender:** _____
                                                                    Wilson, James A J

| Disciplinary# | SCI Sussex Correctional Institution | Date: 11/08/2005 |
|---|---|---|
| 5590 | PO Box 500<br>GEORGETOWN DE, 19947<br>Phone No. 302-856-5280 | |

## DISCIPLINARY REPORT

| Disciplinary Type: Class2 | Housing Unit: MERIT | IR#: 11792 |
|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00168185 | Chase, Dedrick J | SCI | Other | 11/08/2005 | 11:30 |

Violations: 2.10/200.213 Lying, 2.11/200.102 Off Limits

Witnesses: 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

Merit Inmate Dedrick Chase (00168185) Was Off Limits In The Guard Post 1 Area. Inmate Pass Was To Go To Vo-Tech Only. Inmate Did Lie To Staff About Why He Was In This Area Also.

Reporting Officer: Brittingham, Russell J (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

Immediate action taken by: Brittingham, Russell J -CO Corporal/Sgt. - Large Inst.

N/A

### Offender Disposition Details

Disposition: N/A    Date: N/A    Time: N/A    Cell secured? No

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: ☑    Disapproved: ☐    Approved By: Walker, Paul J III(Shift Commander - Large Inst.)

Comments: Assigned To Lt J. Hollis

### Shift Supervisor Details

Date Received: 11/8/05    Time: *approx* 1050hrs    Received From: Brittingham, Russell J

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[✓] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

*Capt. Paul Walker*
Walker, Paul J III(Shift Commander - Large Inst.)

I have received a copy of this notice on DATE: _____ TIME: _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____    Offender: _____
                                                                    Chase, Dedrick J

| Disciplinary# | | |
|---|---|---|
| 5585 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone No. 302-856-5280 | Date: 11/08/2005 |

# DISCIPLINARY REPORT

| Disciplinary Type: Class2 | Housing Unit: MERIT | | IR#: 11783 | |
|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| 00168185 | Chase, Dedrick J | SCI | MERIT | 11/07/2005 | 12:10 |

**Violations:** 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

**Witnesses:** 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

On The Above Date And Time While Doing A Shakedown Of Inmate Chase'S Room The Following Items Eas Found: Can Of Spra Disinfectant, Soda Bottles Of Wax, Roll Of Masking Tape And State Food. This Is In Violation Of Merit'S Housing Rules.

**Reporting Officer:** Stolzenbach, John A Jr(CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

**Immediate action taken by:** Stolzenbach, John A Jr-CO Corporal/Sgt. - Large Inst.
Forms 404 And 338 Filed

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No
**Reason:** N/A

**Disposition Of Evidence:** Secure And Taken

### Approval Information

**Approved:** ☑   **Disapproved:** ☐   **Approved By:** Walker, Paul J III(Shift Commander - Large Inst.)
**Comments:** Assigned To Lt J. Hollis

### Shift Supervisor Details

**Date Received:** 11/8/05    **Time:** *[illegible]* 1430hrs    **Received From:** Stolzenbach, John A Jr
**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[✓] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

*Capt. Paul Walker*
Walker, Paul J III(Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____    **Offender:** _____
Chase, Dedrick J

Page 1 of 1

I/M: James Wilson   BLDG: Merit/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 2230370
$00.370
NOV 10 05
FROM ZIP CODE 19947

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilmington, De. 19801-3570