IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL, I BEAR WITNESS THAT THERE IS NO GOD BUT ALLAH AND I BEAR WITNESS THAT MUHAMMAD IS HIS MESSENGER.

As-Salaam-Alaikum, Peace, be unto you.

11/13/05

Please put this with the Civil Action No. 05-399-JJF and Restraining order.

Thank you

James A. Wilson et al.

FILED
NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

STATE OF DELAWARE
DEPARTMENT OF CORRECTION

CLASS I _____  CLASS II X   APPEAL NOTICE   DR#: 5583

========================================================================

INMATE NAME: James Wilson      INST#: 163663      DATE: 11-11-05
HEARING DATE: 11-11-05         VIOLATION: 2.06 2.13
HEARING DECISION: Guilty
SANCTION: Written Reprimand

========================================================================

I understand I have 72 hours in which to file a written notice of appeal to the Class I Hearing Officer in the case of an appeal from a Class II Hearing decision or to the Warden in the case of an appeal from a Class I Hearing decision.

APPEAL: 1) Officer John Stolzenbach wrote me and my cell mate up for the same offense without asking us who the items belong too. 2.) Officer John Stolzenbach did not write the White Inmates up for the contraband that he found in their rooms.. 3.) Hearing officer is also the Officers Supervisor and cannot be impartial, he clearly stated that the officer can write up who he wants and that he did not have to write the other inmates up although he found contraband in their cells. Therefore, he is not a impartial hearing officer. For the following reasons I should win my appeal and the write up should be reversed. Also, I should have been giving a meaningful explanation in writing by the hearing officer explaning by he found me guilty and by not proving me this is a denial of my due process. By Lt/Hollis saying that officer Stolzenbach can write up one inmate and not another is saying that bias and partiality can be practice with officers. How does it look for an officer to write up two black inmates and not write up two white inmates? Who also had contraband in their rooms. This should not be the pracitce of the department of Correctional toward inmates.

_James A. Wilson_
INMATE'S SIGNATURE

========================================================================

APPEAL DECISION: _____

_____

_____

_____

_____

FORM #: 336                              SIGNATURE OF WARDEN OR HEARING OFFICER

FORM #: 118 (SCI)    RECORD OF DISCIPLINARY HEARING    SHORT FORM

| Number | Commitment Name | Institution | Case Number |
|---|---|---|---|
| 163863 | James Wilson | SCI | 5563 |

Date of Hearing: 1/11/0
Time of Hearing: 0853

1. Hearing Officer's Decision:
   [X] Guilty  [ ] Not Guilty  [ ] Probation  [ ] Further Investigation Needed
   ?ol 2.23

2. Sanction Imposed: Written Reprimand

3. Stay of Sanction:
   [X] Execution will be stayed.     [ ] Execution will not be stayed.
   Reason: Appealed                   Reason:

   _____            _____
                                      Signature of Hearing Officer

I verify receiving a copy of sanction this date:

_____ 1/11/05
Inmate Signature and Date

I/M: James Wilson   BLDG: Merit East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.370
NOV 14 05
19947

U.S.M.
X-RAY

Office of The Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, DE 19801-3570