In the Name of Allah, The Beneficent, The Merciful

As-Salaam-Alaikum,

Clerk: Please file this with Civ. Act. No. 05-399-JJF

Thank you

James A. Wilson et, al.

RECEIVED NOV 18 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

| DR# | |
|---|---|
| 5583 | |

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: **11/15/2005**

Inmate : Wilson, James A J                                       SBI#: 00163663    Type: Class 2

Institution: SCI Sussex Correctional Institution                 Hearing Date: 11/11/2005    Time: 08:53

# MEMORANDUM

To   : Wilson, James A J

From : Warden

RE   : APPEAL DECISION

1. **Written Reprimand**

    Your appeal                              [ ]  Accepted      [X]  Denied

    The decision of hearing                  [X]  Affirmed      [ ]  Reversed    [ ]  Remanded for further proceedings

    The sanction imposed by hearing officer will  [X]  Remain as imposed by the Hearing Officer  [ ]  Reduced

    The basis of this decision is as follows :

This report has been reviewed by Hennessy, Melvin C

Date Reviewed **11/14/2005**

CA 05-399 JJF

I/M: James Wilson BLDG: Merit/EAST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.370
NOV 17 05
19947
PB 2230370

U.S.M.S. X-RAY

Office of The Clerk
United States District Court
844 N. King St, Lockbox 18
Wilm, De. 19801-3570