IN THE UNITED STATES DISTRICT COURT

12/26/05

Dear Clerk:

I'm sending the U.S. Marshals Service the Civil Complaint has already been filed under the second amended complaint and was granted by the court.



Thank you for your time consideration.

James A. Wilson Et,Al.

S.C.I. P.O. Box 500

Georgetown, DE.19947