(Delaware Rev. 7/00) Notice, Consent, and Order of Reference— Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

District of Delaware

James A. Wilson, Et Al, Plaintiff

Stanley Taylor, Comm. Et Al v.

Rick Kearney, Warden, Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: CIV. NO. 05-399-JJF

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| | James A. Wilson et al | 12/21/05 |
| | George A. Jackson | 12/22/05 |
| | Jerome Green | 12-22-05 |
| | Dedrick Chase | 12-23-05 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____
United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____      _____
Date                 United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

1) James A. Wilson #1363
2) Anthony Morris #300343
3) Davo Young 00282852
4) Eldon Potts #211193
5) Jerry Neston #329478
6) Dereck Stones #303183
7) Robert Oxford #226711
8) Rojack Brown 315954
9) Samuel Jones 465297
10.) Frank Williams #261847
11.) Dedrick Chase #168185
12) Jerome Green 147772
13) Antonio Frisby 215613
14) Jose Serpa 350322
15.) Brian Briscoe #342223
16. George A. Jackson #171250
17) Harrell Richards #316998
18) Gilbert Williams #137575
19) Norman Deshields 171016
20) Charles Quillen 241182
21) Tim Doo___ 178038
22. Kim Sawyer 258693
23. Shawn Smith 281928
24. Howard Parker 276409
25. Kendall Reed
26. James Johnson 155123

27) Shaun Lee
    Shaun Lee
28) Charles E. _____ #100428
29) Walker Henry 324281
30. Pedro Cintus 351589

-10-

I/M: James A. Wilson    BLDG: Merit/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

1215  U.S. POSTAGE  PB 2230
7989  $00.370  DEC 27
5975  FROM ZIP CODE  19

U.S. States District Court

844 N. King St. Lockbox 19

WLM., DE  19801

U.S.M.
X-RAY