OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 6, 2006

James A. Wilson
SBI #163663
SCI
P.O. Box 500
Georgetown, DE 19947

    RE: James A. Wilson, et al., v. Stanley Taylor, et al.
        <u>Civil Action No. 05-399 JJF</u>

Dear Plaintiffs:

    The Clerk's Office has received a Notice of Availability of a United States Magistrate Judge To Exercise Jurisdiction form (D.I. 39) for filing in the above-captioned case. These documents do not conform to the Federal Rules of Civil Procedure and one or more of the Local Rules of Civil Practice and Procedure for the District of Delaware (amended January 1, 1995). The papers will be docketed but no action will be taken by the Court until the following discrepancies are corrected:

    (X)  No Original Signature on documents
         - Second page of form does not contain original signatures.

    ( )  Insufficient copies received

    ( )  Other: Papers must conform to Local Rule 15.1 and F. R. Civ. P. 15 (a).

    If there are any questions concerning this matter, do no hesitate to contact this office.

                          Very truly yours,
                          Peter T. Dalleo, Clerk

                          Deputy Clerk

cc: File