IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL, I BEAR WITNESS THAT THERE IS NO GOD BUT ALLAH AND I BEAR WITNESS THAT MUHAMMAD IS HIS MESSENGER.

1/4/06

Dear Clerk:

This letter comes to inform that I would like for u to file this information with Civil. No. 05-399-JJF.

Thank u very much, James A. Wilson, ET,AL