FORM #584

## GRIEVANCE FORM

RECEIVED
NOV 1 5 2005
SCI GRIEVANCE CHAIRMAN

FACILITY: Georgetown (S.C.I.)    DATE: 11/07/05

GRIEVANT'S NAME: James Wilson    SBI#: 163663

CASE#: 20008    TIME OF INCIDENT:

HOUSING UNIT: Merit/East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

on the above date I received a write-up for non-dangerous contraband However, there were two other inmates whom are white who did not receive write-ups for the contraband that was found in there room. It was Cpl. Stolzenbach who wrote me and my cell-mate up. This officer has been Grieved by me in the past for harassment because I"m a Muslim and because I'm black. This only gives credence to my last grievance which stated that I'm yet to see Cpl. Stolzenbach write up, yell or disrespect a white inmate. All of this has been done under the acceptance of other Superiors. Cpl. Stolzenbach has demonstrated bias and racial profiling and nothing has been done about it. This is my second Grievance concerning this is

ACTION REQUESTED BY GRIEVANT: Would like for officer to take Racial Discrimination ass along with his superiors who allow him to display such behavior. His action reflects the Departments Mentality when it comes to black Inmates.

GRIEVANT'S SIGNATURE: James A. Wilson    DATE: 11/0/05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: 11/07/05

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

FORM #584

GRIEVANCE FORM

RECEIVED
NOV 1 5 2005
SCI GRIEVANCE CHAIRMAN

FACILITY: Georgetown (S.C.I.)   DATE: 11/07/05

GRIEVANT'S NAME: James Wilson   SBI#: 163663

CASE#: 20023   TIME OF INCIDENT:

HOUSING UNIT: Merit/East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

on the above date I received a write-up for non-dangerous contraband However, there were two other inmates whom are white who did not receive write-ups for the contraband that was found in there room. It was Cpl. Stolzenbach who wrote me and my cell-mate up. This officer has been Grieved by me in the past for harassment because I"m a Muslim and because I'm black. This only gives credence to my last grievance which stated that I'm yet to see Cpl. Stolzenbach write up, yell or disrespect a white inmate. All of this has been done under the acceptance of other Superiors. Cpl. Stolzenbach has demonstrated bias and racial profiling and nothing has been done about it. This is my second Grievance concerning this is

ACTION REQUESTED BY GRIEVANT: Would like for officer to take Racial Discrimination class along with his superiors who allow him to display such behavior. His action reflects the Departments Mentality when it comes to black Inmates.

GRIEVANT'S SIGNATURE: James a. Wilson   DATE: 11/0/05

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: 11/07/05

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE

cc: INSTITUTION FILE
    GRIEVANT

Not grievable
O.sup [illegible] action

April '97 REV

I/M: James A. Wilson    BLDG: Merit/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.370
JAN 05 06
19947
PB 2230370

U.S.M.S
X-RAY

U.S. Distruct Court
844 N. King St, Lockbox 18
Wilm, De. 19801-3570