IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL, I BEAR WITNESS THAT THERE IS NO GOD BUT ALLAH, AND I BEAR WITNESS THAT MUHAMMAD IS HIS MESSENGER.

As-Salaam-Alaikum, which means peace be unto u.

1/11/06

    RE: James A. Wilson, et al. <u>Civil Action No. 05-399 JJF</u>

Dear Clerk:

    I received your *Letter* concerning No Original Signature on documents. Do to plaintiffs (some of them) being moved to different buildings I'm unable to get their signature and now move to ask you to disregard the Notice of Availability of a United States Magistrate Judge To Exercise Jurisdiction form(D.I. 39).

Therefore, I'm asking that you disregard the request and keep the Action to JJF. Thank you very much, James A. Wilson, Et. al

*[signature: James Wils...]*

P.O.BOX 500

Georgetown,DE.19947

**FILED**
JAN 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: James Wilson   BLDG: Merit/East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. District Court

Lockbox 18

844 King St,

Wilm, De. 19801