IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL,

05-399

Monday, July 25, 2005

District Court Clerk:

RE: To inquire if the clerk has attached the check sent from the institution to C.A. No.: _____.

Also, to ask for a receipt for such action.

Thank you very much,
James Wilson, Et ,Al
S.C.I. P.O.Box 500
Georgetown, DE. 19947



