I/M: James Wilson    BLDG: MCC-East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King St Lockbox 18
Wilm, De. 19801-3570