IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, ET,AL  
ELDON T. POTTS,  
    Plaintiffs,         :    Civ. No. 05-399-JJF

v.           :

COMM. STANLEY TAYLOR, and  
WARDEN RICK KEARNEY,  
    Defendants,        :


FILED
SEP 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

NOWCOMES PLAINTIFF, request this Honorable Court to grant him a Temporary Restraining Order and Preliminary Injunction against John Stolzenbach of Department of Correction at the Sussex Correctional Institution in Georgetown. De.19947.

1. Plaintiff has been harassed by this c/o since July.
2. Plaintiff was threaten by this c/o when c/o told him that he was going to get him moved out his building.
3. Plaintiff is being looked at by this officer with intimdating looks when he comes from work.
4. Plaintiff feels that this officer has the power to cause physical harm to him.
5. Pliantiff feels that this officer has the power to get him moved.
6. Because of the harassments and threat plaintiff has asked to be moved.
7. Plaintiff has complainted to Officials and nothing has happen.
8. This officer is mentioned in the Civil Complaint as one who had Inmate Henry moved through saying that Inmate Henry disobeyed his order after Inmate did what he was ordered to do.
9. This officer is constantly harassing black Inmates and threatening them.
10. When talking to black Inmates this officer likes to put his hand on his mace.
11. This is the same officer that assisted Sgt. Mears when he sprayed Inmate Pedro.
12. This the same officer that stated that he wants someone to do something to him so that he can retire early.
13. For the foregoing reasons set forth in this motion the plaintiff is entitled to a temporary restraining order and injunction against Corp. John Stolzenbach requiring the officer to stop harassing and threating plaintiff.
14. This request was a request in the Plaintiff's initial Civil Complaint filed on or about June 15,2005 that a restraining order be ordered against Defendants.
15. For the foregoing reasons the Court should grant the Plaintiff motion in all respects.

*Eldon T. Potts*  
SBI# 00211193