CERTIFICATE OF SERVICE

I, _James A. Wilson_, hereby certify that on _Jan 29_, 2006 plaintiffs forward the the document(s) to be mailed to the following by placing in the SCI prison mailbox to be mailed to:

Attorney General Office
Department of justice
Carvel Office Building
820 N. French Street
Wilmington, DE 19801

Attorneys for state defendants

_James A. Wilson, et al_

DATED: 1/29/06