IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, ET,AL | : |
| | : |
| V. | : CIV. NO.: 05-399-JJF |
| COMM. STANLEY TAYLOR, | : |
| WARDEN, RICK KEARNEY, | : |
| LT.HOLLIS, SGT.MEARS, | : |
| STAFF LT.HENNESSY, | : |
| MIKE DELOY,CPL.J | : |
| STOZENBACH. | : |
|     DEFENDANTS. | : |

NOTICE OF MOTION

TO: CARL DANBERG

    Carvel State Bldg

820 N. French St. Wilm, DE.19801



FILED
FEB - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    Please take notice that the attached motion for injunction and Tro will be presented to this Honorable Court at the earliest convenience.

By: /s/ James A. Wilson

Dated:1/27/06

James A. Wilson

P.O. box 500

Georgetown,De.19947