OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 7, 2006

James A. Wilson
SBI# 163663
SCI
P.O. Box 500
Georgetown, DE 19947

RE: James A. Wilson v. Commissioner Stanley Taylor
C.A. No. 05-399-JJF

Dear Mr. Wilson:

The Court is in receipt of your Motion For Appointment Of Counsel (D.I. 56), Plaintiffs Request For Production Of Documents (D.I. 57), Interrogatories (D.I. 58), Motion For A TRO And Preliminary Injunction With Memorandum In Support (D.I. 59), Declaration In Support Of Plaintiffs Motion For A Preliminary Injunction And Temporary Restraining Order (D.I. 60). Due to the fact that all documents have not been signed by all plaintiffs, they will only be considered to pertain to and be filed by James A. Wilson.

Very truly yours,
Peter T. Dalleo, Clerk

Anita Bolton
Courtroom Deputy

cc: Judge Joseph J. Farnan, Jr.