02/17/2006  15:20   302-573-6435

JUDGE FARNAN
**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

*05-cv-399 (JJF)*

TO:   CCIC, Department of Corrections
      Fax number 8-302-739-7486

FROM: Peter T. Dalleo, Clerk, U.S. District Court

Re:   Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

Pedro Cintra
SBI #351589
SCI
P.O. Box 500
Georgetown, DE 19947

*LKA:*
*Lake Side motel*
*Laurel De*
*19956*

Andi Belton
Deputy Clerk
302 573 6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court

# FAX

**Bureau of Management Services**
**Offender Records**
**511 Maple Parkway**
**Dover, DE 19901**

Date: _____

Number of pages including cover sheet: _____

To: ANITA Bolton

From: Cheryl Arsenault

Phone: _____          Phone:     302-739-5387
Fax Phone: _____       Fax Phone: 302-739-7486
CC: _____

**REMARKS:**

☐ Urgent  ☐ For your review  ☐ Reply ASAP  ☐ Please comment



FORM #: 978 (Rev. 7/05)