IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STATE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

COME NOW Defendants, by and through undersigned counsel, and respectfully moves this Honorable Court to enter an Order granting an enlargement of thirty days within which to file a response to Plaintiffs' Complaint. In support of this motion, Defendants offer the following:

1.  On October 24, 2005, Plaintiffs filed their Second Amended Complaint. (D.I. 24).

2.  Between January 10, 2006 and January 17, 2006, Defendants signed and returned Waivers of Service with an answer due on December 19, 2005. (D. I. 43-47, 50).

3.  Defendants will respond with a Motion to Dismiss.

4.  Defense counsel anticipated being able to file a Motion to Dismiss with an accompanying Memorandum of Points and Authorities by March 6, 2006. Plaintiffs' Complaint lists a large number of separate Plaintiffs. Data is being collected on the allegations made by Plaintiffs. However, the data collection and analysis is not yet complete/

4.  There is no trial date scheduled in this case.

WHEREFORE, for the reasons stated herein, Defendants respectfully requests that the Court grant their Motion for Enlargement of Time and enter an order in the form attached hereto,

with the appropriate dates provided at the Court's discretion.

                                              **STATE OF DELAWARE**
                                              **DEPARTMENT OF JUSTICE**

                                              <u>/s/ Lisa Barchi</u>
                                              Deputy Attorney General
                                              820 N. French Street, 6th floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              lisa.barchi@state.de.us

Date: March 6, 2005                                      Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

### **O R D E R**

This _____ day of _____, 2006,

**WHEREAS,** Defendants having requested an enlargement of time of thirty days in which to file an answer; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendant's Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before _____.

_____
Joseph J. Farnan
United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## 16.5 CERTIFICATE OF COUNSEL

In compliance with Local Rule of Civil Procedure 16.5, counsel for the Defendants making the request for enlargement of time to file a reply brief files this Certificate and states:

I certify that the State Defendants have been provided with copies of the Motion for Enlargement of Time and that service has been sent by regular mail.

|  |  |
|---|---|
|  | **STATE OF DELAWARE** |
|  | **DEPARTMENT OF JUSTICE** |
|  | /s/ Lisa Barchi |
|  | Deputy Attorney General |
|  | 820 N. French Street, 6th floor |
|  | Wilmington, DE 19801 |
|  | (302) 577-8400 |
|  | lisa.barchi@state.de.us |
| Date: March 6, 2006 | Attorney for Defendants |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES A. WILSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 05-399-JJF |
| ) | |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. The plaintiffs are an inmate incarcerated in the Delaware Correctional system, at the Sussex Correctional Center, in Georgetown, Delaware.

2. Since the plaintiffs are not able to be reached by telephone, counsel for Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

3. She assumes that the motion is opposed.

                                                                                                   **STATE OF DELAWARE**
                                                                                                   **DEPARTMENT OF JUSTICE**

                                                                                                   /s/ Lisa Barchi
                                                                                                   Deputy Attorney General
                                                                                                   820 N. French Street, 6th floor
                                                                                                   Wilmington, DE 19801
                                                                                                   (302) 577-8400
                                                                                                   lisa.barchi@state.de.us

Date: March 6, 2006                                              Attorney for Defendants

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on March 6, 2005, I electronically filed *Defendants'* *Motion for Enlargement of Time* with the Clerk of Court using CM/ECF. I have mailed by United States Postal Service, the document to the following non-registered participant:

James A. Wilson
SBI # 163663
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Attorney for Defendants