IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of Defendants Stanley Taylor, Rick Kearney, James Hollis, Melvin Hennessy, Michael Deloy and John Stozenbach. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Lisa Barchi
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        lisa.barchi@state.de.us

Dated: March 7, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on January 20, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants: Brian Briscoe, Roderick Brown, Dedrick Chase, Pedro Cintra, Norman Deshields, Antonio Frisby, Jerome Green, Nathan Henry, George A. Jackson, James Johnson, Samuel Jones, Shaun Lee, Anthony Morris, Robert Oxford, Howard Parker, Eldon Potts, Charles Quillen, Kendall Reed, H. Richards, Charles B. Sanders, Jose Serpa, De'Shawn Smith, Tim Soodain, Kevin Spivey, Dereck Stones, Jerry Weston, Frank Williams, Gilbert Williams, James A. Wilson and Darus Young.

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us