

RECEIVED
MAR 15 2006

Pedro Cintra
SBI #351589
SCI
P.O. Box 500
Georgetown, DE 19947
PRO SE

RETURN TO SENDER
☐ OTHER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD



FILED
MAR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



67

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This __8__ day of March, 2006,

WHEREAS, Defendants having requested an enlargement of time of thirty days in which to file an answer; and

WHEREAS, there being good cause shown for the granting of such motion;

IT IS HEREBY ORDERED, that State Defendant's Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before APRIL 18, 2006

Joseph J. Farnan Jr.
United States District Court Judge