**RECEIVED**
MAR 15 2006
**SCI MAILROOM**

**RTS** RETURN TO SENDER

☐ OTHER

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

Kendall Reed
SBI #276408
SCI
P.O. Box 500
Georgetown, DE 19947
PRO SE

**FILED**
MAR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE  KG

Scanned

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This ___8___ day of March, 2006,

**WHEREAS,** Defendants having requested an enlargement of time of thirty days in which to file an answer; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendant's Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before APRIL 18, 2006

Joseph J. Farnan Jr.
United States District Court Judge