

**Tim Soodain**
Tim Soodain, Pro se.
2602 North Washington Street
Wilmington, DE 19802
PRO SE

A ☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
S ☐ - UNABLE TO FORWARD          ☐ OTHER

**RTS**
RETURN TO SENDER

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



FILED

MAR 2 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

This _____ 8 _____ day of March 2006,

**WHEREAS,** Defendants having requested an enlargement of time of thirty days in

which to file an answer; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendant's Motion for Enlargement of Time be

granted and said Defendants shall file a reply brief on or before APRIL 18, 2006.

Joseph J. Farnan
United States District Court Judge