03/02/06

To whom it may concern:

Can you please dismiss me from this court case. It's case # is - C.A No. 05-399-JJF. I no longer want to be included in this suit. Thank-you.

Sincerely,
Charles D. Quillen
Charles D. Quillen
P.O. Box 500
Georgetown, DE  19947

Charles Quillen
SBI# 211182
SCI
P.O. Box 500
Georgetown, DE 19947
PRO SE

FILED
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

I/M: Charles Daniel Quiller BLDG: Merit - East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570