```
03/28/2006  09:31    302-739-7486                CENTRAL RECORDS                PAGE  02/04
03/28/2006  13:16    302-573-6435                                               PAGE  03/04
```

JUDGE FARNAN
OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

05-cv-399 (JJF)

TO:   CCIC, Department of Corrections
      Fax number 8-302-739-7486

FROM: Peter T. Dalleo, Clerk, U.S. District Court

Re:   Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

De'Shawn Smith
SBI# 281828
SCI
P.O. Box 500
Georgetown, DE 19947

in DCC
653-9261

_____
Deputy Clerk
302 573 6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court

[FILED MAR 28 9 54 AM '06  U.S. DISTRICT COURT  DISTRICT OF DELAWARE]