CENTRAL RECORDS
JUDGE FARNAN
OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

05-CV-399 (JJF)

TO:   CCIC, Department of Corrections
      Fax number 8-302-739-7486

FROM: Peter T. Dalleo, Clerk, U.S. District Court

Re:   Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

Brian Briscoe
SBI #342223
SCI
P.O. Box 500
Georgetown, DE 19947

On Probation out of the New Castle Office

_(signature)_ Bolton
Deputy Clerk

302-573-6137
Telephone number

323-6050

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court

FILED MAR 28 9:59 AM '06
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE