IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 05-399-JJF |
| ) | |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, Plaintiffs, Robert Oxford and Charles D. Quillen, prisoners incarcerated at the Sussex Correctional Institute, Georgetown, Delaware, filed a complaint on June 15, 2005, pursuant to 42 U.S.C. § 1983;

WHEREAS, on March 21, 2006, a letter was filed with the Court by Plaintiff Robert D. Oxford wherein he stated that he did not want his name on the lawsuit, and which the Court construes as a motion to voluntarily dismiss his claims pursuant to Fed. R. Civ. P. 41(a) (D.I. 73);

WHEREAS, on March 27, 2006, a letter was filed with the Court by Plaintiff Charles D. Quillen wherein he asked the Court to dismiss him from the case, and which the Court construes as a motion to voluntarily dismiss his claims pursuant to Fed. R. Civ. P. 41(a) (D.I. 74);

WHEREAS, the Court **GRANTS** the motions to voluntarily dismiss (D.I. 73, 74);

THEREFORE, at Wilmington this 12 day of April, 2006, IT IS

ORDERED that Robert D. Oxford and Charles D. Quillen are **DISMISSED WITHOUT PREJUDICE** as Plaintiffs in this action pursuant to Fed. R. Civ. P. 41(a).

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE