IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS/SUMMARY JUDGMENT PURSUANT TO
RULES 12 (b)(1) AND 12(b)(6)  OF THE
<u>FEDERAL RULES OF CIVIL PROCEDURE</u>**

COME NOW, the defendants, Stanley Taylor, Rick Kearney, James Hollis, Michael DeLoy, John Stozenbach and Melvin Hennessy by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12(b)(1), 12 (b)(6) and 56(c) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against Defendants.  In support of their motion to dismiss/summary judgment, Defendants have filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, Defendants respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

                                                          STATE OF DELAWARE
                                                          DEPARTMENT OF JUSTICE

                                                          <u>/s/ Lisa Barchi</u>
                                                          Lisa Barchi  #3927
                                                          Deputy Attorney General
                                                          Carvel State Office Building
                                                          820 N.  French Street, 6th floor
                                                          Wilmington, DE 19801
                                                          (302) 577-8400
                                                          lisa.barch@state.de.us

DATE:  April 18, 2006                                    Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this _____ day of _____, 2006, the Motion to Dismiss filed by Defendants in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and Plaintiff's Complaint is dismissed with prejudice.

                                                                        _____
                                                                        The Honorable Joseph J. Farnan, Jr.
                                                                        United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2006 I electronically filed *Motion to Dismiss/Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on April 18, 2006 I have mailed by United States Postal Service, the document to the following non-registered participant:

Eldon Potts, Inmate
SBI #  211193
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams, Inmate
SBI #  261867
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Howard Parker, Inmate
SBI # 165324
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James Johnson, Inmate
SBI #  155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roderick Brown, Inmate
SBI #  315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Nathan Henry, Inmate
SBI #  324881
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

George A. Jackson, Inmate
SBI # 171250
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jerome Green, Inmate
SBI # 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jose Serpa, Inmate
SBI # 350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Anthony Morris, Inmate
SBI # 300363
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roderick Brown, Inmate
SBI # 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James A. Wilson, Inmate
SBI # 163663
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

(302) 577-8400
lisa.barchi@state.de.us