| Incident# | | Date: |
|---|---|---|
| 10355 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone#: 302-856-5280 | 01/25/2006 |

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 05/22/2005 | Time: 10:30 | Confidential: No |
|---|---|---|---|---|

Facility: SCI Sussex Correctional Institution        Followup Required: No

Associated Disciplinary Report #(s): 4896
Associated Disciplinary Report #(s): 4897
Incident Location: MERIT
Location Description: West tier
Violated Conditions: 2.06/200.108 Failing to Obey an Order

Description of Incident:
On the above time and date I informed Inmate Henry that if he wanted to keep his job that he had to clean the showers before I got off of work and I checked them. When I looked at the showers they were dirty and had soap slime thick on the walls and in the corners. When I made gym call Inmate Henry was in the line to go to gym. I (Cpl Stolzenbach) asked inmate Henry " you going to gym" and he replied "yes". After he came back from gym inmate Henry made a half hearty attempt at cleaning the showers. Inmate Henry than sit down at a table and started playing cards . I checked the showers and informed inmate Henry that they were not clean and he needs to get back to work on them. Inmate Henry kept playing cards and made no more attempts to clean the showers.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A        Date Collected: N/A
Discovered By : N/A        Secured By: N/A

Type of Force Used: [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used   : N/A

Immediate Action Taken:
Forms 404 and 338 filed

## Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Nathan, Henry L | 00324881 | N/A |
| Staff | John, Stolzenbach A Jr | N/A | CO Corporal/Sgt. - Large Inst. |

Reporting Officer: Stolzenbach, John A Jr(Co Corporal/Sgt. - Large Inst.)    Entered By: Stolzenbach, John A Jr(Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 05/23/2005  Approved by: Walker, Paul J III (Shift Commander - Large Inst.)
Comments: Assigned to Lt J. Hollis

| Disciplinary# | | | |
|---|---|---|---|
| 4896 | SCI-Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone No. 302-856-5280 | | Date: 01/25/2006 |

# DISCIPLINARY REPORT

| Disciplinary Type: Class2 | Housing Unit: PRE-TRIAL | | IR#: 10355 | |
|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| 00324881 | Henry, Nathan L | SCI | MERIT | 05/22/2005 | 10:30 |

**Violations:** 2.06/200.108 Failing to Obey an Order

**Witnesses:** 1. Stolzenbach, John  2. N/A  3. N/A

### Description of Alleged Violation(s)

On The Above Date And Time I (Cpl Stolzenbach) Informed Inmate Henry To Clean The Showers. Inmate Henry Made A Half Heart Attempt At Cleaning Them And Sit Down To Play Cards. I Informed Henry That They Were Not Clean And He Kept Playing Card Therefore He Disreguard My Orders.

**Reporting Officer:** Stolzenbach, John A Jr(CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

**Immediate action taken by:** Stolzenbach, John A Jr-CO Corporal/Sgt. - Large Inst.
Forms 404 And 338 Filed

### Offender Disposition Details

**Disposition:** N/A   **Date:** N/A   **Time:** N/A   **Cell secured?** No
**Reason:** N/A
**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** ☑   **Disapproved:** ☐   **Approved By:** Walker, Paul J III(Shift Commander - Large Inst.)
**Comments:** Assigned To Lt J. Hollis

### Shift Supervisor Details

**Date Received:** _____  **Time:** _____  **Received From:** Stolzenbach, John A Jr

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
Walker, Paul J III(Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:**_____  **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing**
**Officer:** _____   **Offender:** _____
                                                              Henry, Nathan L

| DR# | |
|---|---|
| 4896 | 01/25/2006 |

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## DISCIPLINARY HEARING DECISION

Inmate: Henry, Nathan L    SBI#: 00324881    Type: Class 2
Institution: SCI Sussex Correctional Institution    Hearing Date: 05/25/2005    Time: 11:05

Inmate Present: Yes    Reason(If No): N/A
Violation: 2.06/200.108 Failing to Obey an Order

Inmate PLEA: **Not Guilty**
Inmate Statement: Cpl told me to "get the showers done before i leave." He did not explain what he wanted or how clean they should be.

Witness Name: Stolzenbach, John A
Testimony: per incident report

Decision: Guilty
Rational: incident report
Sanctions: N/A

**HEARING OFFICER'S SIGNATURE**
Hollis, James W

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO    [X] DO NOT INTEND TO APPEAL

**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal    [ ] Appeal has been denied by Commissioner or Designate
[ ] Sanctions have been modified    [ ] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Loss of All Privileges | 05/26/2005 | 1 | 05/27/2005 |

| DR# | |
|---|---|
| 4896 | |

SCI Sussex Correctional Institution
PO Box 500
Sussex, DE, 19947
Phone#: 302-856-5280

Date: 01/25/2006

## DISCIPLINARY HEARING APPEAL FORM

Inmate : Henry, Nathan L         SBI#: 00324881    Type: Class 2

Institution: SCI Sussex Correctional Institution      Hearing Date: 05/25/2005   Time: 11:05

### RE: DISCIPLINARY HEARING

You have the right to appeal the decision of the Hearing officer to the Commissioner of the Department of Correction, or his designee. Execution of any sanction imposed by the hearing officer shall be automatically stayed for Seventy-Two(72) hours immediately following the hearing **(UNLESS) YOU INDICATE ON THIS FORM THAT YOU DO NOT WANT** to appeal. If You do not file an appeal within seventy-two (72) hours, or if you indicate on this form that you do not want to appeal, the sanction shall be carried out immediately.

[ ]   Yes, I do want to appeal.      [X]   No, I do not want to appeal.

I want the decision of the Hearing Officer to be :

[ ]   Reversed, and/or         [ ]   Remanded for further Proceedings.

My reasons for making this appeal are :

N/A

DATE: 01/25/2006          SIGNATURE: _____
                                         Henry, Nathan L

To file this appeal, give it to Hollis, James W

* The 72-hour time limit will run only while you are incarcerated.

