## SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

## INCIDENT REPORT

**Incident#** 11348  **Date:** 04/17/2006

| | |
|---|---|
| Group#: N/A | Type: Inmate Involved |
| Incident Date: 09/12/2005 | Time: 13:00 |
| Confidential: No | |

Facility: SCI Sussex Correctional Institution
Followup Required: No
Associated Disciplinary Report #(s) 5364
Incident Location: PRE-TRIAL
Location Description: Computer Lab
Violated Conditions: 1.29 Refusal to Participate in Classified Treatment Programs

**Description of Incident:**

Monday 9/12/05, I/M Nathan Henry reported to class, signed in, and immediately left. I saw that he had signed in, but he wasn't in class. I waited until the next day to talk to him. Yesterday (Tuesday 9/13) I asked him what happened. He said he had reported to class without his ID and that the correctional officer at the program center told him to go back (Lennie Whitman). He also told me he had let one of the tutors know that he was leaving. The tutor denies that he told him he was leaving. Regardless, he should not have signed in if he was not going to stay. I wasn't able to talk to the tutor until today (9/14/05).

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A   Date Collected: N/A
Discovered By: N/A   Secured By: N/A

Type of Force Used  [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used: N/A
Immediate Action Taken:
N/A

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Gina, Lobaccaro | N/A | Contractors - Other |
| Inmate | Nathan, Henry L | 00324881 | N/A |

Reporting Officer: (Contractors - Other)   Entered By: Lobaccaro, Gina (Contractors - Other)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 09/14/2005  Approved by: Walker, Paul J III (Shift Commander - Large Inst.)
Comments: Assigned to Lt D. Searle

| DR# 5364 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone No. 302-856-5280 | Date: 04/17/2006 |

## DISCIPLINARY HEARING DECISION

| Inmate: Henry, Nathan L. | SBI#: 00324881 | Type: Class 1 |
| Institution: SCI Sussex Correctional Institution | Hearing Date: 09/15/2005 | Time: |

Inmate Present: Yes    Reason(If No): N/A

Violation: 1.29 Refusal to Participate in Classified Treatment Programs

Inmate PLEA: Not Guilty

Inmate Statement: C/O Whitman sent me back because I didn't have my ID

Decision: Not Guilty

Rational: Based on information from the officer and the teacher

Sanctions: N/A

HEARING OFFICER'S SIGNATURE

Hennessy, Melvin C

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ]  DO    [ ]  DO NOT INTEND TO APPEAL

INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

| [X] | Inmate does not wish to appeal | [ ] | Appeal has been denied by Commissioner or Designate |
| [ ] | Sanctions have been modified | [ ] | Time Limit(72 Hours since hearing) for appeal has expired |

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|