DI 73

Office of the Clerk,   05-399 JJF

I have been recieving court papers from a lawsuit filed by James A. Wilson. The Civ. No. is 05-399-JJF. Last summer I signed a petition not a lawsuit in the building I was housed in. I do not want my name on this lawsuit anymore. It was put there without my permission. Also, there was another lawsuit that I was sent legal mail about regarding Eldon Potts. I don't have the Civ. No on that one but I would like to be removed from that also. Thank you

Robert D. Oxford
#226431

FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned

I/M: R. Oxford   BLDG: N5B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
44 N. King Street, Lockbox 18
Wilmington, DE
19801-3570