


# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
Attorney General

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-2500

PLEASE REPLY TO:
New Castle County

March 28, 2006

Re: *Wilson v. Taylor*
C. A. 05-399-JJF

Dear Sir:

It has come to my attention that people who are listed as Plaintiffs in the above named case, may not have given their permission to be part of this lawsuit. If you wish to continue to be listed as a plaintiff in this lawsuit, you must return the enclosed form in the pre-paid envelope. Your response must be received by this office no later than **April 4, 2006**. If you do not wish to be part of this lawsuit you do not need to return any notification to this office. Thank you.

Very truly yours,

Lisa Barchi
Deputy Attorney General

Enclosures

Xc: File

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

_____
Name ( Please print)

_____        _____
Signature                                                              Date

STATE OF DELAWARE
**DEPARTMENT OF JUSTICE**
STATE OFFICE BUILDING
820 N. FRENCH ST.
WILMINGTON, DELAWARE 19801-3509
15-01-01

**OFFICIAL BUSINESS**
PENALTY FOR PRIVATE USE $300



Lisa Barchi
Deputy Attorney General
Carvel State Office Building, 6th Fl
820 North French Street
Wilmington, DE  19801