| **Affirmative Response to Letter** | **Negative Response to Letter** (Requested that they be removed from the case) |
|---|---|
| 1. Jerome Green | 1. Charles Quillen (D.I. 79) |
| 2. Jose Serpa | 2. Robert Oxford (D.I. 79) |
| 3. Anthony Morris | **No Response to Letter** |
| 4. Roderick Brown | 1. Brian Brisco (unknown add.) |
| 5. Nathan Henry | 2. Pedro Cintra (unknown add.) |
| 6. George Jackson | 3. Darus Young |
| 7. Eldon Potts | 4. Jerry Weston |
| 8. Frank Williams | 5. Dereck Stones |
| 9. Howard Parker | 6. Samuel Jones |
| 10. James Johnson | 7. Dedrick Chase |
| 11. James Wilson | 8. Antonio Frisby |
| | 9. H. Richards |
| | 10. Gilbert Williams |
| | 11. Norman DeShields |
| | 12. Tim Soodain (ret. to sender) |
| | 13. Charles Sanders |
| | 14. Kevin Spivey |
| | 15. Shaun Lee |
| | 16. DeShawn Smith |
| | 17. Kendell Reed |

STATE OF DELAWARE
RTMENT OF JUSTICE
STATE OFFICE BUILDING
820 N. FRENCH ST.
NGTON, DELAWARE 19801-3509
15-01-01

FFICIAL BUSINESS
alty For Private Use $300.00

RECEIVED
MAR 2 9 2006
SCI MAILROOM

MAR 23 06

Brian Briscoe   *Parole*
SBI #342223
Sussex Correctional Institution
P.O. Box 500
Georgetown, D

A
C
S

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

☐ OTHER

RTS
RETURN TO SENDER

RECEIVED
APR 03 2006
CIVIL DIVISION

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**
STATE OFFICE BUILDING
820 N. FRENCH ST.
WILMINGTON, DELAWARE 19801-3509
15-01-01

**OFFICIAL BUSINESS**
Penalty For Private Use $300.00

*Bouche 6th*

OFFICE OF ATTORNEY GENERAL
APR 17 2006
RECEIVED
CORRECTION UNIT

MAR 23 '06

*Return to Sender not this*

Tim Soodain
2602 N. Washington St.
Wilmington, DE 19802

A / C / S
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☑ NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
☐ OTHER

**RTS** ← RETURN TO SENDER

---

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**
STATE OFFICE BUILDING
820 N. FRENCH ST.
WILMINGTON, DELAWARE 19801-3509
15-01-01

**OFFICIAL BUSINESS**
Penalty For Private Use $300.00

RECEIVED
MAR 29 2006
SCI MAILROOM

MAR 23 '06

RECEIVED
APR 03 2006
CIVIL DIVISION

Pedro Cintra
SBI #351589
Sussex Cor
P.O. Box 5(
Georgetow

A / C / S
☐ INSUFFICIENT ADDRESS
☑ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
☐ OTHER

**RTS** ← RETURN TO SENDER

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

James Johnson
Name ( Please print)

_James Johnson_          3-29-06
Signature                Date

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

HOWARD PARKER
Name ( Please print)

*Howard Parker*     3-29-06
Signature                    Date

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

FRANK WILLIAMS
Name ( Please print)

Frank Williams                         3/29/06
Signature                              Date

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

_Eldon T. Potts_
Name ( Please print)

_Eldon T. Potts_                    _2/29/06_
Signature                            Date

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

GEORGE A. JACKSON
Name ( Please print)

*George Jackson*      3/30/06
Signature                           Date

OFFICE OF
ATTORNEY GENERAL

APR 03 2006

RECEIVED
CORRECTION UNIT

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

Nathan Henry
Name ( Please print)

Nathan Henry                     3-31-06
Signature                         Date

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

RODERICK BROWN
Name (Please print)

Roderick Brown          3/28/06
Signature               Date

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

Anthony Morris
Name ( Please print)

*anthony Morris*
Signature

4-3-06
Date

OFFICE OF
ATTORNEY GENERAL

APR 0 5 2006

RECEIVED
CORRECTION UNIT

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

__JOSE SERPA___ /s/ Jose Serpa
Name ( Please print)

__/s/ Jose Serpa___     __4-5-06__
Signature                Date

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

_Jerome Green_
Name ( Please print)

_Jerome Green_          _4-3-005_
Signature               Date

I wish to continue as a plaintiff in the lawsuit entitled *Wilson v. Taylor, et al.*, C.A. No 05-399.

_____
Name ( Please print)

_____          _____
Signature                                                              Date

03/30/06

*Please remove me from this lawsuit entitled Wilson v Taylor et., C.A. No 05-399.*

*thank you,*

*Charles D. Quillen*

*SBI # 211182*

Charles Quillen
SBI #211182
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

OFFICE OF
ATTORNEY GENERAL

APR 04 2006

RECEIVED
CORRECTION UNIT