| Incident# | |
|---|---|
| 9912 | |

**SCI Sussex Correctional Institution**
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

Date: 04/18/2006

# INCIDENT REPORT

Group#: N/A    Type: Inmate Involved    Incident Date: 03/29/2005    Time: 11:14    Confidential: No

Facility: SCI Sussex Correctional Institution    Followup Required: Yes

Associated Disciplinary Report #(s) 4683

Incident Location: MERIT

Location Description: east side day room

Violated Conditions: 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**

On March 29, 2005 I Sgt. A. Mears was working on the east side of the Merit Building. At approximatly 1113 four inmates went toward the door and one yelled kitchen workers out. I had previously checked the book and only three had signed out. I had the passes for the three written and on the staff desk. I told the group to stop and told them to come back and let me know who was going out. At this time I/m Pedro Cinta said" you have a list". I said that I do not know where the list is and that i did not know who the kitchen workers were. I said come here so i can write your passes because I only have three written. I/m Cintra said " you don't write passes for kitchen workers". I told him I did not know who the workers were and that no one would leave untill I had signed out all four. I/m Cintra said " you have a fucking list " I again told him I do not go by the list I want to know who is going. I/m Cintra said " you have the fucking list you don't need anything else ". I then told I/m Cintra and the other kitchen workers to go have a seat and I would take care of them after I had signed out every one else. I/m Cintra said " fuck you , we don't need to sit down". I told I/m Cintra to give me his id. I/m Cintra said" for what". I told him again to give me his id. I/m Cintra said" you don't need my id ". I told I/m Cintra again to give me his id. I/m Cintra said "no". I undid the strap on my capstun and I/m Cintra said what are you going to do" hit me" . I said no. I then told I/m Cintra to turn around and put his hands behind his back to be handcuffed. I/m Cintra said" no" and began yelling " I'm not going nowhere". I then ordered I/m Cintra again to put his hands behind his back. I/m Cintra refused by yelling" I'm not going nowhere". I then capstunned inmate Cintra. After the initial burst of capstun I/m Cintra swung his fist at me. He missed and I sprayed him again with another burst. At some point Cpl. Stolzenbach came on the tier and called a code 11. After I sprayed I/m Cintra, Cpl Stolzenbach tried to handcuff him. I assisted with the handcuffing. The code was cleared by Sgt. Carmean after back up responded from various buildings. end of report.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A    Date Collected: N/A
Discovered By: N/A    Secured By: N/A

Type of Force Used  [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [X] CAPSTUN  [ ] NONE
Restraints Used: handcuffs

**Immediate Action Taken:**
I/m capstunned, code 11 called, I/m handcuffed, code cleared, watch commander notified, and reports written.

**Individuals Involved**

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | John, Stolzenbach A | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Arthur, Mears L Jr | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Pedro, Cintra E | 00351539 | N/A |

Reporting Officer: Mears, Arthur L Jr(Co Corporal/Sgt. - Large Inst.)
Entered By: Mears, Arthur L Jr(Co Corporal/Sgt. - Large Inst.)

**Approval Information**

[X] Approved  [ ] Disapproved  Date: 03/29/2005  Approved by: Truitt, George C (Shift Commander - Large Inst.)

Comments: pre-hearing to Lt. Hollis, use of force

| DR# |
|---|
| 4683 |

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 04/18/2006

## DISCIPLINARY HEARING DECISION

Inmate : Cintra, Pedro E   SBI#: 00351539   Type: Class 1
Institution: SCI Sussex Correctional Institution   Hearing Date: 04/01/2005   Time:

Inmate Present: Yes   Reason(If No): N/A
Violation: 1.06/200.203 Disorderly or Threatening Behavior

Inmate PLEA: Not Guilty
Inmate Statement: He didn't give me a reason for taking my ID

Witness Name: Stolzenbach, John Cpl.
Testimony : N/A

Decision : Guilty
Rational : Based on the officers report and his attitude during the hearing.
Sanctions: N/A

HEARING OFFICER'S SIGNATURE _____
Hennessy, Melvin C

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

[X] DO   [ ] DO NOT INTEND TO APPEAL

_____
INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal   [ ] Appeal has been denied by Commissioner or Designate
[ ] Sanctions have been modified   [ ] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Isolated Confinement | 04/06/2005 | 10 | 04/16/2005 |