05-399 (JJF)

I am writing this in regards to Civ. No. 05-399-JJF. First, I would like to thank this Court for accepting my letter to dismiss me from the above lawsuit. With regard to my prior letter, I would like to emphasize and put on record that by the statement "I was put on the lawsuit without permission" I did not mean to give the Court the idea that James Wilson Fraudently used my name on the lawsuit. Furthermore, the burden of guilt rests solely upon me because I voluntarily added my name to the document without inquiring as to the specificity of said document.

Robert Oxford
# 226431



FILED
MAY - 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

FROM: R. Oxford    BLDG: W5B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 2230370
$00.390    MAY 03 06
19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE
19801-3570