I am writing this in regards to Civ. No. 05-399-JJF. First, I would like to thank this Court for accepting my letter to dismiss me from the above lawsuit. With regard to my prior letter, I would like to emphasize and put on record that by the statement "I was put on the lawsuit without permission" I did not mean to give the Court the idea that James Wilson Fraudently used my name on the lawsuit. Furthermore, the burden of guilt rests solely upon me because I voluntarily added my name to the document without inquiring as to the specificity of said document.

Robert Oxford
#226431

FORM #584

## GRIEVANCE FORM

RECEIVED
FEB 2 0 2006
SCI GRIEVANCE CHAIRMAN

FACILITY: S.C.I  
DATE: 2-14-06  
GRIEVANT'S NAME: Jerome Green  
SBI#: 00147772  
CASE#: 23869  
TIME OF INCIDENT: 10:30  
HOUSING UNIT: p.I A-Tier

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Inmates contend that he was denied procedural due process hearings and was treated unfairly and discriminated against by being transfer to another building to a higher security status without being classify by my assigned classification status, and being discriminated against and being denied equal protection in obtaining another jobs, or working after being written up for a Class 2 offen or had the right to be present at all phases of my hearing, unless my behavior become disruptive to the proceedings, and reasons shall be stated in writing. also have the right to remain in my existing status until a security classification hearing is done, unless I become a sufficient threat to other inmates or staff memb or myself to warrant detention, or ordered by Shift Supervisor until reviewed. Failur to do so will cause me to returned to my previous status.

ACTION REQUESTED BY GRIEVANT: be Allowed back in the MERiT-building with my Signe assignments and Same Job and Status immediatEly, or have a chance to get's another one.

GRIEVANT'S SIGNATURE: Jerome Green  
DATE: 2-14-06

WAS AN INFORMAL RESOLUTION ACCEPTED?  ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____  DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE  
    GRIEVANT

April '97 REV

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on weekend or a holiday, it will be recieved during the next working day.

## Return of Unprocessed Grievance

<u>Intake Action</u>: This Grievance Form is being returned to the inmate under the provision outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.   _____ Disciplinary Action   _____ Parole Decision
_____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

___✓___ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #____23713____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.



_____                                        _2-28-06_
Inmate Grievance Chairperson                                                  Date


Form#: 584 (F&B)
(Reverse Revised July '99)

FORM #584

GRIEVANCE FORM

RECEIVED
FEB 17 2006
SCI GRIEVANCE CHAIRMAN

FACILITY: S.C.I.  DATE: Feb 11, 06

GRIEVANT'S NAME: Jerome Green  SBI#: 00147772

CASE#: 23713  TIME OF INCIDENT: 10:30

HOUSING UNIT: p.I A-Tier

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 2-2-06 inmate Jerome Green was order to pack-up by the housing unit office and was transferred to p.I from the merit, pending the out come of a Disiplinary Report that's Green receive from Ms. Melvin for failed to show up on work on time, and found guilty and reduce to a Class II on Feb 9, 06 in violations of 2.06, Sanction imposed, A written Reprimand, in which I appe inmate was denied Fundamental Fairness and receive different treatment because he did not have the right to remain in his existing Status until his hearing unless he became a sufficient threat to other inmates, or Staff members, to warr A-pre-hearing detention. Failure to do so will cause inmate to be returned to my previous Status, Witness James A. Wilson, Dedrick Chase, Dereck Stone

ACTION REQUESTED BY GRIEVANT: Be Allowed back in the Merit Building with my Same previous Status back and Assignments immediately.

GRIEVANT'S SIGNATURE: Jerome Green  DATE: 2-12-06

WAS AN INFORMAL RESOLUTION ACCEPTED?  ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

### Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

<u>Intake Action</u>: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    _____ Disciplinary Action    _____ Parole Decision
_____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*Housing is not grievable.*

_____            2-12-06
Inmate Grievance Chairperson                   Date

Form#: 584 (F&B)
(Reverse Revised July '99)

I/M: James Wilson  BLDG: Key-south A-Quad
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Legal Mail

U.S. POSTAGE $00.630
MAY 04 06
19947

Office of the Clerk
United States District Court
844 N. King st Lockbox 18
Wilm, De. 19801-3570