In the United States District Court
for the District of Delaware

James A. Wilson, et al.,   )
          Plaintiffs,       )   Civ. No. 05-399-JJF
                            )
v.                          )
                            )
Stanley Taylor, et al.      )
          Defendants        )



BP scanned

Motion to Amend, Supplementary Pleadings

Now come Plaintiff, James A. Wilson, et/al, petitions this Honorable Court to Amend complaint, Supplementary Pleadings.

1.) Plaintiff has been told by Deputy Warden Mike Deloy that he is not going back to his housing Classification Merit/building.

2. Plaintiff asked where are they going to move him, he was told they do not know as of yet and this is all that he can inform me.

3. Plaintiff was moved without infractions and was told that he was still classified to the Merit/building and that he still ~~xxxxxxxxx~~ has his job as a Tutor in the Educational Department.

4. On 5/4/06 Plaintiff was told by deputy Warden Mike Deloy that he was not going back to the Merit building therefore, Plaintiff cannot return to his job.

5. Plaintiff now is handicap in response to litigat there is also no Type writers in the P.I. building.

6. Plaintiff has several civil cases that he has in the court and now must write them in hand writing.

7. Plaintiff liberties of being free from dormatory life around inmates that have a year or less is indirect retaliation for the civil complaints and grievances that he has filed against the department of corrections.

8. In the merit/building Plaintiff could go outside to the yard until yard was close; However, in the P.I. building Plaintiff only goes out one hour a day.

9. In the merit/building Plaintiff had a room with one celly and could have a T.V. and radio in his room while housed in the P.I. building Plaintiff cannot have these items.

10. In the merit/building Plaintiff can have legal work under his bed, but cannot have legal work under his bed in the P.I.s so plaintiff cannot get his legal work to work on his civil cases as well as criminal case.

11. Plaintiff has not been due process procedually informed why he is being housed in the P.I.'s and why he cannot go back to work and the merit/building.

12. Plaintiff is be retaliated against and his 1st Amendment Right is being violated. Cornell v. woods, 69 F.3d, 1383, 1387 (8th Cir 1995); Toolasprashal v. Bureau of prisons 286 F.3d 576, 585 (D.C. Cir 2002), Plaintiff should not be moved or transfered because he write grievances or exercise his 1st Amendment Right.

Wherefore, Plaintiff Requests that this Honorable Court Accept this motion and new statement of Claim and statement of Fact.

5/4/06 James O. Wilson

I James Wilson, declare that I sent the following motion to the following entities.

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilm, De. 19801-3570

Lisa Barchi
Deputy Attorney General
Carvel State Office Building
820 N. French St. 6th Fl.
Wilm, De. 19801

I/M: James Wilson   BLDG: Key-S-A-quad
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390 MAY 05 06
PB 2230370
19947

Office of the Clerk
U.S. District Court
844 N. King St Lockbox 18
Wilm, De. 19801-3570