## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STATE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

COME NOW Defendants, by and through undersigned counsel, and respectfully moves this Honorable Court to enter an Order granting an enlargement of fifteen days within which to file a Reply to Plaintiff's motion to amend his complaint. In support of this motion, Defendants offer the following:

1. On October 24, 2005, Plaintiffs filed their Second Amended Complaint. (D.I. 24).

2. Between January 10, 2006 and January 17, 2006, Defendants signed and returned Waivers of Service with an answer due on December 19, 2005. (D. I. 43-47, 50).

3. Defendants responded with a Motion to Dismiss on April 18, 2006. (D.I. 80).

4. Defense counsel anticipated being able to file a reply by May 12, 2006. Plaintiff makes new allegations and Defendants do not have sufficient information to respond at this time. Defendants have requested information in order to respond appropriately.

5. There is no trial date scheduled in this case.

6. Defendants anticipate being able to file their Reply by May 26, 2006.

WHEREFORE, for the reasons stated herein, Defendants respectfully requests that the Court grant their Motion for Enlargement of Time and enter an order in the form attached hereto,

with the appropriate dates provided at the Court's discretion.

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            <u>/s/ Lisa Barchi</u>
                                            Deputy Attorney General
                                            820 N. French Street, 6th floor
                                            Wilmington, DE 19801
                                            (302) 577-8400
                                            lisa.barchi@state.de.us

Date: May 12, 2005                                         Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This _____ day of _____, 2006,

**WHEREAS,** Defendants having requested an enlargement of time of fifteen days in which to file an answer; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendant's Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before _____.


_____
Joseph J. Farnan, Jr.
United States District Court Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## 16.5 CERTIFICATE OF COUNSEL

In compliance with Local Rule of Civil Procedure 16.5, counsel for the Defendants making the request for enlargement of time to file a reply brief files this Certificate and states:

I certify that the State Defendants have been provided with copies of the Motion for Enlargement of Time and that service has been sent by regular mail.

 

STATE OF DELAWARE
DEPARTMENT OF JUSTICE
/s/ Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Date: May 12, 2006                                           Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

### 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. The plaintiffs are an inmate incarcerated in the Delaware Correctional system, at the Sussex Correctional Center, in Georgetown, Delaware.

2. Since the plaintiffs are not able to be reached by telephone, counsel for Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

3. She assumes that the motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Date: May 12, 2006                    Attorney for Defendants

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on May 12, 2006 I electronically filed *Defendants'* *Motion for Enlargement of Time* with the Clerk of Court using CM/ECF. I have mailed by United States Postal Service, the document to the following non-registered participants:

Eldon Potts, Inmate
SBI # 211193
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

George A. Jackson, Inmate
SBI # 171250
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams, Inmate
SBI # 261867
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jerome Green, Inmate
SBI # 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Howard Parker, Inmate
SBI # 165324
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jose Serpa, Inmate
SBI # 350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James Johnson, Inmate
SBI # 155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Anthony Morris, Inmate
SBI # 300363
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roderick Brown, Inmate
SBI # 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James A. Wilson, Inmate
SBI # 163663
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Nathan Henry, Inmate
SBI # 324881
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Darus Young
SBI # 00282852
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi

Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Attorney for Defendants