IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This ___15___ day of ___May___, 2006,

**WHEREAS**, Defendants having requested an enlargement of time of fifteen days in which to file an answer; and

**WHEREAS**, there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendant's Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before ___JUNE 3, 2006___.

_____
Joseph J. Farnan, Jr.
United States District Court Judge