Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

05cv399 JJF

RETURN TO SENDER
___ INMATE UNKNOWN
___ NEED SBI NUMBER
___ ENCLOSURE UNAUTHORIZED
___ CORRESPONDENCE UNAUTHORIZED
_X_ INMATE RELEASED

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAY 26 PM 2:34

Pedro Cintra
SBI #351589
DCI
P.O. Box 500
Georgetown, DE 19947

RETURN
R1
☒ INSUFFICIENT ADDRESS           ☐ OTHER
A ☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
  ☐ UNABLE TO FORWARD

19801-3519-99 0012

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

This \_\_15\_\_ day of \_\_May\_\_, 2006,

WHEREAS, Defendants having requested an enlargement of time of fifteen days in which to file an answer; and

WHEREAS, there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendant's Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before JUNE 3, 2006.

Joseph J. Farnan, Jr.
United States District Court Judge



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This __17__ day of __May__, 2006,

**WHEREAS,** Defendants having requested an enlargement of time of fifteen days in which to file an answer; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED,** that State Defendant's Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before __JUNE 10, 2006__

Joseph J. Farnan, Jr.
United States District Court Judge