

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This __15__ day of __May__, 2006,

**WHEREAS,** Defendants having requested an enlargement of time of fifteen days in which to file an answer; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendant's Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before __JUNE 3, 2006__.

Joseph J. Farnan, Jr.
United States District Court Judge

89

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 05-399-JJF |
| ) | |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This \_\_17\_\_ day of \_\_May\_\_, 2006,

**WHEREAS,** Defendants having requested an enlargement of time of fifteen days in which to file an answer; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED,** that State Defendant's Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before \_\_June 10, 2006\_\_

Joseph J. Farnan, Jr.
United States District Court Judge