Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

05 cv 399 JJF

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAY 31    PM 2: 58

WILMINGTON DE 197

22 MAY 2006 PM 3 L

Tim Soodain, Pro se
2602 North Washington Street
Wilmington, DE 19802

88

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, et al.,                )
                                        )
           Plaintiffs,                  )
                                        )
    v.                                  )          C.A. No. 05-399-JJF
                                        )
STANLEY TAYLOR, et al.,                 )
                                        )
           Defendants.                  )

## ORDER

This ___15___ day of ___May___, 2006,

WHEREAS, Defendants having requested an enlargement of time of fifteen days in which to file an answer; and

WHEREAS, there being good cause shown for the granting of such motion;

IT IS HEREBY ORDERED, that State Defendant's Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before JUNE 3, 2006.

Joseph J. Farnan, Jr.
United States District Court Judge



## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, et al.,         )
                                       )

       Plaintiffs,          )
                                       )

      v.                      )     C.A. No. 05-399-JJF
                                       )

STANLEY TAYLOR, et al.,        )
                                       )

       Defendants.        )

## O R D E R

This ____17____ day of ____May____, 2006,

WHEREAS, Defendants having requested an enlargement of time of fifteen days in which to file an answer; and

WHEREAS, there being good cause shown for the granting of such motion;

IT IS HEREBY ORDERED, that State Defendant's Motion for Enlargement of Time be granted and said Defendants shall file a reply brief on or before ~~June 10, 2006~~

_____
Joseph J. Farnan, Jr.
United States District Court Judge