04-1363 (GMS)
05-399 (JJF)
05-823 (KAJ)
06-53 (KAJ)

In The Name of Allah, The Beneficent, The Merciful,

As-Salaam-Alaikum,   6/6/06
(Peace be unto you)



RECEIVED
JUN - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk:

This is to inform you to inform all of Judges that I have cases with that I cannot respond to any cases at this time, because I have been moved to the "MOEW 23-1 at D.C.C. Smyrna, DE. 1999"
(M.H.U.)

And they have taken all of my property which consist of legal work and I do not know when I will get them back.

This move is retaliation for my law suits against Georgetown, D.O.C.

I cannot litigate because some plaintiffs are down Georgetown. I need for the courts to get involved to help me in this situation. Please send a copy of this letter to Kent Jordan, J.J.F. G.M.S.

I had to borrow pen and envelop to write this letter.   James Wilson

IM James W/SN
SBI# 163663   UNIT M.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 JUN 2006 PM 1 T

U.S. District Court
844 King St. Lockbox 18
Wilm, D. 19801