168185 Merit-East
Sussex Correctional Institution
P. O. Box 500
Georgetown, DE 19947

Office of the Clerk
United states District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RE: Removal from Civil Action

June 8, 2006



Clerk of the Court;

    My name Dedrick Chase, I'm an inmate at the Sussex
Correctional Institution and currently a plaintiff in Civ. No. 06-53-KAJ
and C. A. No. 05-399-JJF.

    I'm writing at this time to inform the court that I no longer wish
to be a plaintiff in the above named civil actions and would like for my
name to be removed as a plaintiff.

DONNA FUHRMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires September 4, 2007

Sincerely

Dedrick Chase
SBI#168185

CC: Lisa Barchi, Deputy Attorney General
    File