IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 05-399-JJF |
| STANLEY TAYLOR, et al., | ) ) ) |
| Defendants. | ) ) |

### AFFIDAVIT OF JUDY LEDERMAN

I, Judy Lederman, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Corrections at the Sussex Correctional Institution in Georgetown, Delaware as a Paralegal II. I have been employed by the Department of Corrections for four years. My duties include running the Law Library at Sussex Correctional Institution. I have held this position since May 2005.

2. In response to a request from the State of Delaware Department of Justice, I am making this statement regarding George Jackson's claim that he was offered a job in the law library.

3. I interviewed several inmates for the position of library clerk. When I interviewed George Jackson, Counselor Donna Fuhrman was present.

4. I told inmate Jackson that he would be a candidate for the job in the law library pending classification.

5. I chose another inmate for the position. Mr. Jackson, was not classified.

I have made these statements based upon my personal knowledge, specialized training,

and experience as an employee of the Department of Corrections.

*Judy Lederman*
Judy Lederman

SWORN TO AND SUBSCRIBED BEFORE ME THIS /6 DAY OF June, 2006.

NOTARY

DONNA FUHRMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires September 4, 2007