IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

WHEREAS, Plaintiff, Dedrick Chase, a prisoner incarcerated at the Sussex Correctional Institute, Georgetown, Delaware, filed a complaint on June 15, 2005, pursuant to 42 U.S.C. § 1983;

WHEREAS, on June 13, 2006, a letter was filed with the Court by Plaintiff Dedrick Chase wherein he stated that he no longer wished to be a plaintiff in the above-named civil action, and which the Court construes as a motion to voluntarily dismiss his claims pursuant to Fed. R. Civ. P. 41(a) (D.I. 97);

WHEREAS, the Court **GRANTS** the motion to voluntarily dismiss (D.I. 97);

THEREFORE, at Wilmington this 26 day of June, 2006, IT IS ORDERED that Dedrick Chase is **DISMISSED WITHOUT PREJUDICE** as a Plaintiff in this action pursuant to Fed. R. Civ. P. 41(a).

_____
UNITED STATES DISTRICT JUDGE