OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 30, 2006

James A. Wilson
SBI# 163663
DCC
1181 Paddock Road
Smyrna, DE 19977

RE:  James A. Wilson v. Commissioner Stanley Taylor
     C.A. No. 05-399-JJF

Dear Mr. Wilson:

The Court is in receipt of your Memorandum Of Points And Authorities In Support Of Their Opposition To Defendants Motion To Dismiss/ Summary Judgment, Amended Motion Support (D.I. 99). Due to the fact that the document has not been signed by all plaintiffs, the document will only be considered to pertain to and be filed by James A. Wilson.

Very truly yours,
Peter T. Dalleo, Clerk

Anita Bolton
Courtroom Deputy

cc: Judge Joseph J. Farnan, Jr.