IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO STRIKE PAINTIFF'S SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS**

Come now, Defendants, through the undersigned counsel and oppose Plaintiff Wilson's Memorandum in Support of his Opposition to Defendants' Motion to Dismiss/Summary Judgment, Amended Complaint ("Response"). In support of their position, Defendants state the following:

1. Defendants filed their Motion to Dismiss/Summary Judgment with a Memorandum of Points and Authorities on April 18, 2006. (D.I. 80 and 81). On May 5, 2006, Plaintiff filed his Answer to the motion to dismiss. (D.I. 84). Defendants filed their reply on June 2, 2006, thus closing the pleadings for this motion. (D.I. 93). Plaintiff filed a motion to amend his complaint on May 8, 2006. (D.I. 85). Defendants responded to this motion to amend his complaint for a third time. (D.I. 95). Defendants noted that the motion to amend centered solely on Plaintiff Wilson's housing and employment. (D.I. 95).

2. Plaintiff's memorandum, filed on June 21, 2006, is an improper sur-reply to the motion to dismiss. As a reply in support of his motion to amend his complaint for a third time, the memorandum adds nothing in support of his claims.

3. Plaintiff believes he was moved from the Sussex Correctional Institution ("SCI")

to the Delaware Correctional Center ("DCC") in order to participate in the Greentree program in retaliation for filing a lawsuit. (D.I. 99). However, as evidenced by the fact that Plaintiff Wilson continues to file documents in this case, and in at least one other case,[1] he is not being denied access to the courts. Plaintiff was transferred so that he could participate in a rehabilitative program. In addition, Plaintiff still has no liberty interest regarding where he is housed while in the custody of the Department of Correction. *Leyton v. Beyer*, 953 F.2d 839, 845 (3rd Cir. 1992)(holding that there is no liberty interest in being placed in a particular housing unit). Nor does Plaintiff have any liberty interest in employment while in prison. *Abdul-Akbar v. Dep't of Correction*, 910 F. Supp. 986 (D. Del. 1995)(inmates have no "legitimate entitlement" to employment or rehabilitation). Plaintiff cannot show that he suffered an adverse action, and thus cannot provide any nexus between the pursuit of his lawsuits and being moved from SCI to DCC. He is still pursuing the lawsuits even while he is in a program at DCC.

WHEREFORE, Defendants request that this Honorable Court strike Plaintiff Wilson's additional memorandum in opposition to Defendants' motion to dismiss as an improper sur-reply.

    STATE OF DELWARE
    DEPARTMENT OF JUSTICE

    /s/ Lisa Barchi
    Lisa Barchi  #3927
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th floor
    Wilmington, DE 19801
    (302) 577-8400
    lisa.barchi@state.de.us

DATE: July 10, 2006    Attorney for Defendants

---

[1] James Wilson is the lead plaintiff in another case in the United States District Court. The case is 06-053-KAJ.

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 10, 2006 I electronically filed *Defendants' Motion to Strike Plaintiff's Sur-Reply to Defendants' Motion to Dismiss* with the Clerk of Court using CM/ECF.  I hereby certify that on June 3, 2006 I have mailed by United States Postal Service, the document to the following non-registered participant:

  Eldon Potts, Inmate
  SBI #  211193
  Sussex Correctional Institution
  Post Office Box 500
  Georgetown, DE 19947

  Frank Williams, Inmate
  SBI #  261867
  Sussex Correctional Institution
  Post Office Box 500
  Georgetown, DE 19947

  Howard Parker, Inmate
  SBI # 165324
  Sussex Correctional Institution
  Post Office Box 500
  Georgetown, DE 19947

  James Johnson, Inmate
  SBI #  155123
  Sussex Correctional Institution
  Post Office Box 500
  Georgetown, DE 19947

  Roderick Brown, Inmate
  SBI #  315954
  Sussex Correctional Institution
  Post Office Box 500
  Georgetown, DE 19947

  Nathan Henry, Inmate
  SBI #  324881
  Sussex Correctional Institution
  Post Office Box 500
  Georgetown, DE 19947

George A. Jackson, Inmate
SBI # 171250
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jerome Green, Inmate
SBI #  147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jose Serpa, Inmate
SBI #  350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Anthony Morris, Inmate
SBI #  300363
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roderick Brown, Inmate
SBI #  315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James A. Wilson, Inmate
SBI #  163663
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Lisa Barchi
    Lisa Barchi
    Deputy Attorney General
    Department of Justice

820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us