In The United States District Court
For the State of Delaware

James A. Wilson, et.al.       )
           Plaintiffs         )
                              )   C.A. No. 05-399-JJF
V.                            )
                              )
Stanley Taylor, et.al.        )
           Defendant          )

**FILED**
**JUL 1 1 2006**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Cross Summary Judgment

Come Now Plaintiff move this Honorable Court For Summary Judgment, Plaintiff James A. Wilson

1. Plaintiff initial complaint was about how inmates particular black inmates are moved without due process, and before due process is complete.

2. Since filling complaint plaintiff has been moved to D.C.C.

3. Plaintiff has lost his tutoring job and cannot earn good-time because he is not working.

4. Plaintiff had no infractions and was classified to D.C.C. because Retalitory actions be he files grievances and exercise his 1st Amendment Right.

5. Plaintiff was told by C/O Paoline (Karl) that the institution wanted to move me because I file grievances.

6. Plaintiff has been proved of his due process.

7. Plaintiff is not earning any wages or good-time because institution took his job.

8. Plaintiff first amendment has been violated.

Wherefore, for the foregoing facts set in this motion plaintiff request this Honorable court to grant him cross summary judgment and dismiss defendant motion summary judgment.

Dated: 7/8/06

James Wilson 163663
James Wilson
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

I hereby declare that I sent the following motion Cross summary Judgment to the following entities:

Lisa Barchi
Deputy Attorney General
Carvel State office building
820 N. French St, 6th Fl.
Wilm, De. 19801

Hon. JJF
U.S. District Court
844 N. King St,
Lockbox 18
Wilm, De. 19801-3570

by placing in the U.S. Mail on the 8 of July, 2006

7/8/06

James A. Wilson



I/M James Wilson
SBI# 163363   UNIT C-A-Tier-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
Hon. JJF 844 N. King St.
Lockbox 18
Wilm, De. 19801-3570