IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, et al.,          )
                                  )
          Plaintiffs,             )
                                  )
     v.                           ) Civ. No. 05-399-JJF
                                  )
STANLEY TAYLOR, et al.,           )
                                  )
          Defendants.             )

### MEMORANDUM ORDER

Pending before the Court is a Motion for a TRO and Preliminary Injunction filed by Plaintiff, James A. Wilson. (D.I. 59.)  Plaintiff Wilson moves the Court for an order to restrain Defendants from reclassifying him to a higher security classification.  Plaintiff Wilson previously sought, and was denied, injunctive relief on this issue.  (D.I. 53, 55.)

The Memorandum Order denying injunctive relief was entered on February 2, 2006.  (D.I. 55.)  Plaintiff Wilson's current motion was filed with the Court on February 1, 2006.  (D.I. 59.)  In viewing the relevant dates, it is apparent that the Court's Order and Plaintiff Wilson's pending motion "crossed" in the mail.

NOW, THEREFORE, IT IS HEREBY ORDERED this $19$ day of July, 2006, that for the reasons set forth in the Court's February 2, 2006, Order, Plaintiff Wilson's Motion for a TRO and Preliminary Injunction (D.I. 59) is **DENIED**.

UNITED STATES DISTRICT JUDGE