IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-399-JJF |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

## O R D E R

WHEREAS, Plaintiff George A. Jackson filed a Motion to Be Removed from Lawsuit of James A. Wilson (D.I. 94);

WHEREAS, Defendants do not object to Plaintiff George A. Jackson withdrawing from the lawsuit (D.I. 98 at 3);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff George A. Jackson's Motion to Be Removed from Lawsuit of James A. Wilson (D.I. 94) is **GRANTED**.

August 23, 2006
DATE

UNITED STATES DISTRICT JUDGE