

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RECEIVED AUG 25 2006 SCI MAILROOM

05cv399 JJF

FILED AUG 30 2006 KG scanned
U.S. DISTRICT COURT

U.S.M.S. X-RAY

Brian Briscoe
SBI #342223
SCI
P.O. Box 500
Georgetown, D[E]

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☐ OTHER

RTS RETURN TO SENDER

U.S. POSTAGE $00.390 AUG 28 06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

109

| | |
|---|---|
| JAMES A. WILSON, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-399-JJF |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

O R D E R

WHEREAS, Plaintiff George A. Jackson filed a Motion to Be Removed from Lawsuit of James A. Wilson (D.I. 94);

WHEREAS, Defendants do not object to Plaintiff George A. Jackson withdrawing from the lawsuit (D.I. 98 at 3);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff George A. Jackson's Motion to Be Removed from Lawsuit of James A. Wilson (D.I. 94) is **GRANTED**.

August 23, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE