Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RECEIVED
AUG 2 5 2006
SCI MAILROOM

U.S.M.S.
X-RAY

05cv399 JJF

FILED    RG
         scanned

Pedro Cintra
SBI #351589
SCI
P.O. Box 500
Georgetown, D

☐ A  ☒ INSUFFICIENT ADDRESS
☐ C  ☒ ATTEMPTED NOT KNOWN
☐ S  ☐ NO SUCH NUMBER/STREET
     ☐ NOT DELIVERABLE AS ADDRESSED
     - UNABLE TO FORWARD.
☐ OTHER

RTS
RETURN TO SENDER

351534

U.S. POSTAGE  PB 22 30370
$00.39
AUG 28 06
19947

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

109

| | |
|---|---|
| JAMES A. WILSON, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-399-JJF |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, Plaintiff George A. Jackson filed a Motion to Be Removed from Lawsuit of James A. Wilson (D.I. 94);

WHEREAS, Defendants do not object to Plaintiff George A. Jackson withdrawing from the lawsuit (D.I. 98 at 3);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff George A. Jackson's Motion to Be Removed from Lawsuit of James A. Wilson (D.I. 94) is **GRANTED**.

August 23, 2006
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE