IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES L. WILSON, et al.,

  Plaintiffs,

v.  : Civil Action No. 05-399-JJF

STANLEY TAYLOR, et al.,

  Defendants

## ORDER

I, DERECK E. STONES #00303183 AM ASKING TO BE REMOVED FROM THE LAWSUIT OF JAMES L. WILSON (D.I. 94). I WAS SENT A NOTICE A WHILE BACK STATING IF I NO LONGER WANT TO BE A PART OF THE ABOVE LAWSUIT, DO NOT RESPOND — IN WHICH I DIDN'T. AS OF TODAY, I'M STILL RECEIVING LEGAL MAIL PERTAINING TO THIS LAWSUIT. PLEASE REMOVE MY NAME FROM THE ABOVE LAWSUIT. THANKS ALOT FOR YOUR COOPERATION.

AUGUST 29TH, 2006           RESPECTFULLY SUBMITTED:
DATE                        SBI#00303183/ Dereck E. Stones

I/M: DERECK STOKES   BLDG: MERIT/EAST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

```
1626  U.S. POSTAGE  PB2230370
7946  $00.390       AUG 30 06
2605  FROM ZIP CODE  19947
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE
19801-3570