IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-399-JJF |
| STANLEY TAYLOR, et al., | : | |
| Defendants. | : | |

O R D E R

WHEREAS, Plaintiff, Dereck E. Stones, a prisoner incarcerated at the Sussex Correctional Institute, Georgetown, Delaware, filed a complaint on June 15, 2005, pursuant to 42 U.S.C. § 1983;

WHEREAS, on August 31, 2006, a letter was filed with the Court by Plaintiff Dereck E. Stones wherein he states that he no longer wishes to be a plaintiff in the above-named civil action, and which the Court construes as a motion to voluntarily dismiss his claims pursuant to Fed. R. Civ. P. 41(a) (D.I. 112);

WHEREAS, the Court **GRANTS** the motion to voluntarily dismiss (D.I. 112);

THEREFORE, at Wilmington this _13_ day of September, 2006, IT IS ORDERED that Dereck E. Stones is **DISMISSED WITHOUT PREJUDICE** as a Plaintiff in this action pursuant to Fed. R. Civ. P. 41(a).

UNITED STATES DISTRICT JUDGE