## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     C.A. No. 06-053-KAJ |
| | ) |
| HELEN LOHMAN, SCOTT MORGAN, | ) |
| TOM CARVAN, JAY PLUMMER | ) |
| and JOE FIELDS | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF RON HOSTERMAN

I, Ron Hosterman, having been duly sworn according to the law, do hereby depose and state the following:

1.      I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") in Smyrna, Delaware as Treatment Administrator. I have been employed by the Department of Correction for over 30 years. My duties include supervising and directing counseling, classification and chaplaincy staff as well as serving as and on call administrator on a rotating basis.     I have held this position since 1992.

2.      In response to a request from the State of Delaware Department of Justice, I have been asked to review the records regarding James Wilson and his enrollment in programs at DCC.

3.      James Wilson is enrolled in a computer class in the education department, and has the ability to earn good time credits in that program.

4.      James Wilson has a history of drug trafficking offenses. Enrollment in the Greentree program, while not required as part of his sentence, will be valuable to him. There is

language in his sentence stating that inmate Wilson is to take part in a drug and alcohol treatment program. (*See* attached copy of sentencing order).

5.     Inmate Wilson has been enrolled in the Greentree program for several months.

6.     I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

Ron Hosterman

SWORN TO AND SUBSCRIBED BEFORE ME THIS 14 DAY OF Sep , 2006.

NOTARY