```
Position cursor or enter screen value to select
GC377A                   ***** Court Case Management *****
Sep  7,06                    - Document Browse -                    10:40 AM

                           Document Text
--------------------------------------------------------------------------

              IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
                    IN AND FOR NEW CASTLE COUNTY


STATE OF DELAWARE

      VS.

JAMES A WILSON

Alias: See attached list of alias names.

DOB: 10/26/1964
SBI: 00163663

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                        bkwrd frwrd PRINT       PURGE main
```

*p. 1*

```
Position cursor or enter screen value to select
GC377A                ***** Court Case Management *****
Sep  7,06               - Document Browse -                    10:41 AM

                          Document Text
----------------------------------------------------------------------------


CASE NUMBER:                  CRIMINAL ACTION NUMBER:
9912006359                      IN00-01-0067
                                TRF.COC.5-50G(F)
                                IN00-01-0069
                                MAINT DWELLING(F)
                                IN00-01-0068
                                PWITD NSII CS(F)
                                IN00-01-0071
                                POSS,USE MARIJ.(M)
                                IN00-01-0070
                                POSS DRUG PARAP(M)



Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                        bkwrd frwrd PRINT      PURGE main
```

P. 2

```
Position cursor or enter screen value to select
GC377A                   ***** Court Case Management *****
Sep  7,06                    - Document Browse -                      10:41 AM

                              Document Text
----------------------------------------------------------------------------

                             SENTENCE ORDER

 NOW THIS  7TH DAY OF SEPTEMBER, 2001, IT IS THE ORDER OF
THE COURT THAT:


The defendant is adjudged guilty of the offense(s) charged.
The defendant is to pay the costs of prosecution and all
statutory surcharges.


  AS TO IN00-01-0067 : TIS
  TRF.COC.5-50G

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help   retrn                     bkwrd frwrd PRINT         PURGE main
```

*P. 3*

```
Position cursor or enter screen value to select
GC377A                ***** Court Case Management *****
Sep  7,06                 - Document Browse -                        10:41 AM

                         Document Text
------------------------------------------------------------------------------


 The defendant is to pay a fine in the amount of $50000.00
of which $49000.00  is suspended (see attachment).

 Effective September  7, 2001  the defendant is sentenced
 as follows:

 The defendant is placed in the custody of the Department
of Correction for 10 year(s) at supervision level 5 with
credit for time served

 The first 3 years   of this sentence is a mandatory term
of incarceration pursant to DE164753AA2AFB .

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                        bkwrd frwrd PRINT     PURGE main
```

```
Position cursor or enter screen value to select
GC377A                  ***** Court Case Management *****
Sep  7,06                    - Document Browse -                    10:41 AM

                            Document Text
---------------------------------------------------------------------------


 STATE OF DELAWARE
       VS.
JAMES A WILSON
DOB: 10/26/1964
SBI: 00163663

   AS TO IN00-01-0069 : TIS
   MAINT DWELLING

 The defendant is placed in the custody of the Department
of Correction for 3 year(s) at supervision level 5


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                         bkwrd frwrd PRINT       PURGE main
```

*P. 5*

```
Position cursor or enter screen value to select
GC377A                 ***** Court Case Management *****
Sep  7,06                  - Document Browse -                    10:41 AM

                          Document Text
---------------------------------------------------------------------------


 - Suspended for 3 year(s)  at supervision  level 4
 HALFWAY HOUSE


 - Suspended after serving 6 month(s)  at supervision level
4  HALFWAY HOUSE


 - For 2 year(s) 6 month(s)  supervision level 3


 - Suspended after serving 1 year(s)  at supervision level 3


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                      bkwrd frwrd PRINT       PURGE main
```

P. 6

```
Position cursor or enter screen value to select
GC377A                ***** Court Case Management *****
Sep  7,06                  - Document Browse -                    10:41 AM

                           Document Text
---------------------------------------------------------------------------


  - For 1 year(s) 6 month(s)  supervision level 2


  Probation is consecutive to criminal action number 00010067



   AS TO IN00-01-0068 : TIS
   PWITD NSII CS


   AS TO IN00-01-0071 : TIS
   POSS,USE MARIJ.

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                       bkwrd frwrd PRINT      PURGE main
```

$P.7$

```
Position cursor or enter screen value to select
GC377A                ***** Court Case Management *****
Sep  7,06                  - Document Browse -                      10:41 AM

                           Document Text
------------------------------------------------------------------------------


 The defendant is placed in the custody of the Department
of Correction for 1 year(s) at supervision level 5


 - Suspended for 1 year(s)  at supervision  level 2


 Probation is consecutive to criminal action number 00010069



  AS TO IN00-01-0070 : TIS
  POSS DRUG PARAP

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                       bkwrd frwrd PRINT      PURGE main
```

P. 8

```
Position cursor or enter screen value to select
GC377A                 ***** Court Case Management *****
Sep  7,06                   - Document Browse -                    10:41 AM

                          Document Text
----------------------------------------------------------------------------


  The defendant is placed in the custody of the Department

  STATE OF DELAWARE
        VS.
JAMES A WILSON
DOB: 10/26/1964
SBI: 00163663

of Correction for 1 year(s) at supervision level 5


  - Suspended for 1 year(s)  at supervision  level 2


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                       bkwrd frwrd PRINT      PURGE main
```

*p. 9*

```
Position cursor or enter screen value to select
GC377A                 ***** Court Case Management *****
Sep  7,06                  - Document Browse -                      10:41 AM

                           Document Text
----------------------------------------------------------------------------


  Probation is consecutive to criminal action number 00010071



                    SPECIAL CONDITIONS BY ORDER

   STATE OF DELAWARE
        VS.
 JAMES A WILSON
 DOB: 10/26/1964
 SBI: 00163663
                         CASE NUMBER:
                         9912006359

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help   retrn                          bkwrd frwrd PRINT      PURGE main
```

P. 10

```
Position cursor or enter screen value to select
GC377A                ***** Court Case Management *****
Sep  7,06                 - Document Browse -                        10:41 AM

                          Document Text
--------------------------------------------------------------------------
```

Pay financial obligations during the probationary period.

Zero tolerance  Probation

Be evaluated for substance abuse and follow any
recommendations for counseling, testing or treatment deemed
 appropriate.

```
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                        bkwrd frwrd PRINT        PURGE main
```

$p. 11$

```
Position cursor or enter screen value to select
GC377A                   ***** Court Case Management *****
Sep  7,06                   - Document Browse -                    10:41 AM

                            Document Text
--------------------------------------------------------------------------

Defendant shall receive mental health evaluation and comply
with all recommendations for counseling and treatment
deemed appropriate.


Be assigned to the residential drug/alcohol program until
such program is completed.


                          NOTES
This sentence is consecutive to the sentence now being
served.

Be assigned to outpatient drug/alcoohol program until

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                         bkwrd frwrd PRINT       PURGE main
```

p. 12

```
Position cursor or enter screen value to select
GC377A                  ***** Court Case Management *****
Sep  7,06                    - Document Browse -                      10:42 AM


                              Document Text
----------------------------------------------------------------------------

completed.

Criminal Action # IN00-01-0068 POSSESSION OF A NARCOTIC
SCHEDULE II CONTROLLED SUBSTANCE (COCAINE) is merged with
IN00-01-0067 TRAFFICKING IN COCAINE.



                          JUDGE RICHARD R COOCH


                    FINANCIAL SUMMARY

  STATE OF DELAWARE

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                      bkwrd frwrd PRINT       PURGE main
```

P. 13

```
Position cursor or enter screen value to select
GC377A                    ***** Court Case Management *****
Sep  7,06                    - Document Browse -                      10:42 AM

                             Document Text
-----------------------------------------------------------------------------

     VS.
JAMES A WILSON
DOB: 10/26/1964
SBI: 00163663
                         CASE NUMBER:
                          9912006359



SENTENCE CONTINUED:

TOTAL DRUG DIVERSION FEE ORDERED


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                       bkwrd frwrd PRINT      PURGE main
```

P. 14

```
Position cursor or enter screen value to select
GC377A                     ***** Court Case Management *****
Sep  7,06                    - Document Browse -                        10:42 AM

                           Document Text
--------------------------------------------------------------------------

TOTAL CIVIL PENALTY ORDERED

TOTAL DRUG REHAB. TREAT. ED. ORDERED        7500.00

TOTAL EXTRADITION ORDERED

TOTAL FINE AMOUNT ORDERED                   1000.00

FORENSIC FINE ORDERED

RESTITUTION ORDERED

SHERIFF, NCCO ORDERED                         30.00


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                          bkwrd frwrd PRINT      PURGE main
```

*p. 15*

```
Position cursor or enter screen value to select
GC377A                    ***** Court Case Management *****
Sep  7,06                     - Document Browse -                    10:42 AM

                           Document Text
------------------------------------------------------------------------

SHERIFF, KENT ORDERED

SHERIFF, SUSSEX ORDERED

PUBLIC DEF, FEE ORDERED

PROSECUTION FEE ORDERED                      80.00

VICTIM'S COM ORDERED                       9000.00

VIDEOPHONE FEE ORDERED                        5.00



Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                         bkwrd frwrd PRINT       PURGE main
```

*P. 16*

```
Position cursor or enter screen value to select
GC377A                  ***** Court Case Management *****
Sep  7,06                    - Document Browse -                      10:42 AM

                              Document Text
-------------------------------------------------------------------------

TOTAL                                    17,615.00




                           SURCHARGES

 STATE OF DELAWARE
      VS.
JAMES A WILSON
DOB: 10/26/1964
SBI: 00163663
                         CASE NUMBER:
                          9912006359

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                        bkwrd frwrd PRINT        PURGE main
```

P. 17

```
  CRIM ACTION #       DESCRIPTION              AMOUNT
IN00-01-0067     DRTE                7500.00
IN00-01-0067     VCF                 9000.00

                 LIST OF ALIAS NAMES

 STATE OF DELAWARE
      VS.
JAMES A WILSON
DOB: 10/26/1964
SBI: 00163663

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                        bkwrd frwrd PRINT        PURGE main
```

*P. 18*

```
Position cursor or enter screen value to select
GC377A                    ***** Court Case Management *****
Sep  7,06                   - Document Browse -                       10:42 AM


                              Document Text
---------------------------------------------------------------------------

                          CASE NUMBER:
                           9912006359


JAMES A WILSON
JAMES A WILSON
JAMES A WILSON
JAMES A WILSON
JAMES A WILSON
JAMES A WILSON
JAMES A WILSON
JAMES A WILSON
JAMES A WILSON
JAMES A WILSON

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                        bkwrd frwrd PRINT       PURGE main
```

P. 19