9-18-06

I Howard Parker 165324 Prisoner at the Sussex Correctional Institue no longer wishes to be a plaintiff in Civil Action No. 05-399-JJF

Thank You

Howard Parker
165324



FILED
SEP 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BD 9/20/06

I/M: Howard Parker BLDG: MED/D 165324
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947



Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

LEGAL MAIL