IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-399-JJF |
| STANLEY TAYLOR, et al., | : | |
| Defendants. | : | |

## O R D E R

WHEREAS, Plaintiff, Dereck E. Stones, a prisoner incarcerated at the Sussex Correctional Institute, Georgetown, Delaware, filed a complaint on June 15, 2005, pursuant to 42 U.S.C. § 1983;

WHEREAS, on August 31, 2006, a letter was filed with the Court by Plaintiff Dereck E. Stones wherein he states that he no longer wishes to be a plaintiff in the above-named civil action, and which the Court construes as a motion to voluntarily dismiss his claims pursuant to Fed. R. Civ. P. 41(a) (D.I. 112);

WHEREAS, the Court **GRANTS** the motion to voluntarily dismiss (D.I. 112);

THEREFORE, at Wilmington this _13_ day of September, 2006, IT IS ORDERED that Dereck E. Stones is **DISMISSED WITHOUT PREJUDICE** as a Plaintiff in this action pursuant to Fed. R. Civ. P. 41(a).

UNITED STATES DISTRICT JUDGE



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

JJF

Kendall Reed
SBI #276408
Morris Community Correctional Center
300 Water Street
Dover

US POSTAGE $00.390
09/14/2006
Mailed From 19801
049J82023030

REFUSED

RTS RETURN TO SENDER