Norman Deshields
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947
September 26, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

        Re: James A. Wilson v. Stanley Taylor
        C.A. 05-399(JFF)

Dear Judge Farnan:

    I am one of the named plaintiffs in the above case. After receiving a copy of the Court's order of September 13, 2006 dismissing Derck E. Stones as a plaintiff, I request that the Court enter a similar order dismissing me as a plaintiff as well.

    I understand that dismissal as a plaintiff will end my involvement in the case and that I will not be entitled to any damages or other relief that the remaining plaintiffs might obtain if ultimately successful.

    Thank you for your consideration of this request.

        Respectfully Submitted,

        Norman Deshields

cc: Clerk of the Court
    Deputy Attorney



FILED
OCT - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

I/M: Norman Deshields BLDG: Merit-2S
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
SEP 29 06
19947
PB 2230370

U.S.M.S X-RAY

Clerk Of The Court
United States District Court
844 North King Street
Wilmington, De 19801