IN THE UNITED STATES DISTRICT COURT
FOR THE District of Delaware

JAMES A. WILSON, et al.
    Plaintiffs

v.

STANLEY TAYLOR, et al.

C.A. NO. 05-399-JJF

FILED
OCT -2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanner

Plaintiff Reply to defendants' Answer to cross summary Judgment Motion

1. Patricia S. Ditto, stated in her Affidavit that plaintiff was moved from the merit building to the medium security building.

2. She does not state the reason for the move, nor does she state if plaintiff had any infractions that caused the move.

3. She do state that plaintiff had to leave his Job as an educational assistant because he was moved.

4. The Civil complaint that plaintiff has in the District Court is about being moved without due process and that S.C.I is doing this to mostly black inmates

5. Plaintiff have A Civil case Against Lt Hollis, Corp. Stolzenbach who works in the merit building.

6. Plaintiff have filed Restraining orders against such defendants' requesting that he do not be moved or retaliated against.

7. Ms. Ditto also states that plaintiff was offered the opportunity to either work in the Kitchen at S.C.I or transfer to the Greentree program at D.C.C. and that plaintiff Refuse.

8. The Warden and deputy Warden are also in this complaint as defendants.

9. Plaintiff was moved for no Reason except for Retalitory actions.

Wherefore, plaintiff should be granted Summary Judgment

9/26/06

James A. Wilson
D.C.C.
1181 Paddock Rd
Smyrna, De. 19977

I hereby certify that on 9/22/06 I sent the following "Plaintiff Reply to defendant's Answer to Cross Summary Judgment motion to the following entities:

Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilm, De. 19801-3570

Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French St
6th Fl.
Wilm, De. 19801

James A. Wilson
D.C.C. 1181
Paddock Rd.
Smyrna, De. 19977

I/M James Wilson
SBI# 163663 UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 SEP 2006 PM 1 L

Office of the Clerk
U.S. District Court
844 N. King St, Lockbox 18
Wilm, De 19801-3570