## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

### SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Stacey Xarhoulakos hereby enters her appearance in lieu of Deputy Attorney General Lisa Barchi as counsel for Defendants Stanley Taylor, Rick Kearney, James Hollis, Melvin Hennessy, Michael Deloy and John Stozenbach.

| STATE OF DELAWARE | STATE OF DELAWARE |
|---|---|
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/ Lisa Barchi | /s/ Stacey Xarhoulakos |
| Lisa Barchi | Stacey Xarhoulakos |
| Deputy Attorney General | Deputy Attorney General |
| 820 N. French Street, 6th Floor | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 577-8400 | (302) 577-8400 |
| lisa.barchi@state.de.us | stacey.xarhoulakos@state.de.us |

Date:  November 3, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2006, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF.  I hereby certify that on November 3, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:  Jerome Green, Jose Serpa, Anthony Morris, Roderick Brown, Nathan Henry, Eldon Potts, Frank Williams, James Johnson, James Wilson

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us