IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-399-JJF |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

**ERRATA ORDER**

WHEREAS, the Court issued an Order dated December 14, 2006, which contained an error;

NOW THEREFORE, IT IS HEREBY ORDERED this 18 day of December 2006, that:

1. In Paragraph 1, the first sentence, "(D.I. 81)" is changed to read "(D.I. 80)."

2. In Paragraph 2, the first sentence, "(D.I. 81)" is changed to read "(D.I. 80)."

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE