IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-399-JJF |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

REQUEST FOR PRODUCTION OF DOCUMENTS

TO: STANLEY TAYLOR, et al.

PLEASE TAKE NOTICE that Plaintiffs, pro se, and pursuant to Federal Rule Civil Procedure 26(a) request that Defendants, STANLEY TAYLOR, et al., produce the following documents:

1. Any and all documents, housing reports and/or reports regarding Plaintiff Wilson's housing assignments prior to his transfered to DCC prison.

2. The institutional jacket or file on every inmate who has been classify to the SCI Merit Building for housing, past and currently housed in the Merit Building.

3. All written memorandum or correspondence between the Defendants and the DCC prison officials at Smynra, Delaware, regarding the Plaintiff Wilson transfer which forms the subject matter of the retaliation claim of the complaint.

4. Any and all written policies and/or procedures concerning the movement of prisoners within the institutuion in response to filing lawsuit against DOC employees.  If you have no written polices and/or procedures, please indicate.

5. All transcripts of interviews with the Plaintiff Wilson and any DOC personnel regarding the transfer of Plaintiff Wilson from the Merit Building, to the ASDA Unit (segergation housing), to the P.I. housing unit, and eventually transfer to DCC.

6. A copy of the inventory of all property taken from the Plaintiff Wilson prior to his departure from the Merit building to ASDA, ASDA to P.I. housing unit, and P.I. housing to DCC.

7. A copy of the inventory of all property which the Plaintiff Wilson had in his possession and which was turned over to him while incarcerated at the P.I. housing unit.

8. A copy of the inventory of any and all property returned to the Plaintiff Wilson upon arriving at DCC prison.

9. Any logs, books, documents, tapes, or other tangible evidence of communications between the DEFENDANTS and the DCC prison officials concerning the transfer of the Plaintiff Wilson from SCI prison to DCC prison, communications with the DCC prison officials for reason Plaintiff Wilson was being transfer, and any other written data reflecting the reason that Plaintiff Wilson was transferred from the Sussex Correctional Institution to the Delaware Correctional Center.

12, 28, 06                                                   *anthony Morris*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2006, I mailed <u>Production of Documents</u> by placing said copy in the U.S. Mail Box at the Sussex Correctional Institute to be forward to:

Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Fl
Wilmington, DE 19801

*Anthony Maine*