In The United States District Court
For the District of Delaware

James A. Wilson, et, al.,
    Plaintiffs,

v.

Stanley Taylor, et, al,
    Defendants.

Civil Action No. 05-399-JJF

FILED
JAN 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Amended Complaint

Now come plaintiffs being granted to Amend in part adding a party to the Complaint.

1. Plaintiffs is adding Deputy Warden Mike Deloy to the Complaint.

2. Plaintiff James A. Wilson was moved from merit building to A.S.D.A. by order of Deputy Warden Mike Deloy.

3. Plaintiff was working as a tutor in the Eductional department.

4. Plaintiff was informed by C/O Karl Paoline that the institution wanted to do to him that which they did too Robert Saunders (moved

Inmate Saunders because he wrote grievances)

5. Plaintiff James Wilson informed Corp. V. Watson that C/O Diaz had told an inmate Chris Waller that if he found out any information on her he would bring him in a cheese steak.

6. Inmate Wilson was then retaliated against by Deputy Warden Mike Deloy.

7. Deputy Warden Mike Deloy informed inmate Wilson that he was not going back to merit building nor was he going to keep his job as a tutor.

Toolasprashad v. Bureau of Prisons, 286 F.3d 576, 585 (D.C. Cir. 2002) (officials may not retaliate by transferring prisoner to different prison for filing grievances)

Cornell v. Woods, 69 F.3d 1383, 1387 (8th Cir. 1995) (1st Amendment implicated because prisoner allege transfer in retaliation for cooperating with misconduct investigations of prison guard.

8.) Plaintiff James Wilson was not afforded due process

9. Plaintiff loss good-Time and wages from being Transferred to D.C.C. M.H.U. Then to GreenTree Program.

### Punitive Damages

As a result of Plaintiff being retaliated against violation of 1st Amend. and due process violation Plaintiff should be awarded punitive damages and compensatory damages from wages of loss from job and good-Time awarded.
$800.00; 35 days good-Time

Date: 1-10-07

James A. Wilson et Al
1181 Paddock Rd
D.C.C. Smyrna, De. 19977

I hereby Certify that on ~~our~~ January 1-10,07 I sent a copy of ~~[crossed out]~~ Amended motion to the following:

Stacey Xarhoulaks
Deputy Att. General
Department of Justice
820 N. French St. 6th fl.
Wilm, De. 19801

Hon JJF
U.S. District Court
844 N. King St.
Lockbox 18
Wilm, De. 19801

by Placing in the U.S. Mail on This 10th day of January

James Wilson

IM James Wilson
SBI# 163663   UNIT ___
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
16 JAN 2007 PM 1 T

U.S.M.S.
X-RAY

Hon. JJF
U.S. District Court
844 N. King St.
Lockbox 18 Wilm, De. 1980(1)