## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This _____ day of _____, 200__,  IT IS HEREBY ORDERED, that Defendants' Motion for Enlargement of Time is **GRANTED** and, Defendants shall file a response to Plaintiffs' Discovery Requests on or before March 22, 2007.

                                                                    _____
                                                                    Judge  Joseph J. Farnan, Jr.,