IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-399 JJF |
| COMM. STANLEY TAYLOR, et al., | : |
| Defendants. | : |

### O R D E R

WHEREAS, Defendants Stanley Taylor, Rick Kearney and Mike DeLoy ("State Defendants") have filed a Motion for Extension of Time to File Responses to Plaintiffs' Discovery Requests (D.I. 136);

WHEREAS, a Scheduling Order has not yet been entered in this case and the Court finds State Defendants' request to be reasonable;

NOW THEREFORE, IT IS HEREBY ORDERED that State Defendants' Motion for Extension of Time to File Responses to Plaintiffs' Discovery Requests is **GRANTED** (D.I. 136). State Defendants shall file a response to Plaintiffs' Discovery Requests on or before **March 22, 2007**;

IT IS FURTHER ORDERED that:

1) **Discovery.** All discovery shall be completed by **June 30, 2007**.

2) **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall

be served and filed with an opening brief on or before **July 20, 2007.** Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

       3) **Pretrial Conference.** A Pretrial Conference will be held on **Thursday, October 4, 2007 at 11:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

       4) **Trial.** Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Parties should be available during the 120 day period for trial.

_February 27, 2007_
DATE

                                                           UNITED STATES DISTRICT JUDGE