IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR, et al., )<br>)<br>Defendants. ) | C.A. No. 05-399-JJF |

## DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFFS

COME NOW State Defendants Stanley Taylor, Rick Kearney, and Mike Deloy, by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting counsel the right to depose Plaintiffs James Wilson, Eldon Potts, Roderick Brown, Nathan Henry, James Johnson, Jerome Green, Frank Williams, Jose Serpa, and Anthony Morris ("Plaintiffs"), incarcerated individuals:

1.  Plaintiff James Wilson is currently incarcerated at the Delaware Correctional Center in Smyrna, Delaware. All other plaintiffs are incarcerated at the Sussex Correctional Institute in Georgetown, Delaware.

2.  Counsel for the Defendants wishes to depose Plaintiffs as part of discovery in this case.

3.  The discovery deadline in this matter is June 30, 2007.

4.  Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

5.  A form of order is attached to this motion that grants Defendants' counsel the right to depose Plaintiffs.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their Motion for Leave to Depose Plaintiffs James Wilson, Eldon Potts, Roderick Brown, Nathan Henry, James Johnson, Jerome Green, Frank Williams, Jose Serpa, and Anthony Morris.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for State Defendants

Dated: March 9, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiffs James Wilson, Eldon Potts, Roderick Brown, Nathan Henry, James Johnson, Jerome Green, Frank Williams, Jose Serpa, and Anthony Morris are currently incarcerated and it is not practical for undersigned counsel to communicate with them concerning Defendants' Motion for Leave to Depose Plaintiffs.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for State Defendants

Dated:  March 9, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES A. WILSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 05-399-JJF |
| ) | |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This _____ day of _____, 2007,

**WHEREAS,** Defendants having requested leave to depose Plaintiffs James Wilson, Eldon Potts, Roderick Brown, Nathan Henry, James Johnson, Jerome Green, Frank Williams, Jose Serpa, and Anthony Morris pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Leave to Depose Plaintiffs shall be granted and Defendants shall have the right to depose Plaintiffs.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2007, I electronically filed D*efendants' Motion for Leave to Depose Plaintiffs* with the Clerk of Court using CM/ECF. I hereby certify that on March 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered participants:

James A. Wilson
SBI # 163663
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eldon Potts, Inmate
SBI # 211193
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams, Inmate
SBI # 261867
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James Johnson, Inmate
SBI # 155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roderick Brown, Inmate
SBI # 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Nathan Henry, Inmate
SBI # 324881
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jerome Green, Inmate
SBI # 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jose Serpa, Inmate
SBI # 350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Anthony Morris, Inmate
SBI # 300363
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us