IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This __13__ day of __March__, 2007,

**WHEREAS,** Defendants having requested leave to depose Plaintiffs James Wilson, Eldon Potts, Roderick Brown, Nathan Henry, James Johnson, Jerome Green, Frank Williams, Jose Serpa, and Anthony Morris pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED,** that Defendants' Motion for Leave to Depose Plaintiffs shall be granted and Defendants shall have the right to depose Plaintiffs.

United States District Judge