In the United States District Court
for the District of Delaware

James A. Wilson et al )
   Plaintiffs, )
 )
v. ) Civ. No. 05--399-JJF
 )
Rick Kearney et, al )
 )
   Defendants )

FILED
MAR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Motion for the Appointment of Counsel

Plaintiff James A. Wilson, et Al. Requests this Honorable Court to Appoint Counsel to Represent the plaintiffs in this case for the following reasons:

1. The Plaintiff is unable to afford Counsel.
2. The issues involved in this case are complex.
3. The plaintiffs has extremely limited access to the Law library.
4. The plaintiffs has a limited knowledge of the Law.
5. Other plaintiffs are in S.C.I. and plaintiff is in D.C.C.
6. The case will require discovery of documents and depositions of a number of witnesses.
7. This is a complex case because it contains several different legal claims, with each claim involving a different set of defendants.

Date 3/5/07.
James A. Wilson et, Al.
1181 D.C.C. Paddock Rd.
Smyrna, DE. 19977

I, James A. Wilson, sent the following motion to the following entitie(s):

U.S. District Court
844 N. King St.
Lockbox 18
Wilm, De. 19801-3570

Stacey Xarhoulakos
Deputy Attorney General
820 N. French St.
6th Fl. Wilm, De. 19801

Placing in the U.S. mail on this 5th day of March 2007,

James A. Wilson

IM James Wilson
SBI# 163663    UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 MAR 2007 PM 2 L

Office of the clerk
U.S. District Court
844 N. King St, Lockbox 18
Wilm, DE 19801-3570