# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )     C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF SERVICE

I, Stacey Xarhoulakos, Esquire, hereby certify that **Defendants' Responses To Plaintiff Anthony Morris' Request For Production of Documents and Defendants' Responses to Plaintiff Anthony Morris' Interrogatories** were served on March 22, 2007 upon the following individuals by U.S. Mail:

James Wilson
SBI #163663
Delaware Correctional Center
1181 Paddock Raod
Smyrna, DE 19977

Anthony Morris
SBI # 300363
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

                                                  **STATE OF DELAWARE**
                                                **DEPARTMENT OF JUSTICE**

                                                /s/ Stacey Xarhoulakos
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French Street, 6th floor
                                                Wilmington, DE 19801
                                                (302) 577-8400
                                                stacey.xarhoulakos@state.de.us

Dated: March 22, 2007