

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

Reply – Civil Division

April 4, 2007

Clerk of Court
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: **Wilson, et al. v. Taylor, et al.**
    C.A. No. 05-399

Dear Clerk of Court:

I continue to receive electronic notices of filings in the above referenced case. A substitution of counsel was filed in that case on November 2, 2006. (D.I. 123). I would like to ask that the electronic filing system not send me any further notices in this case. Thank you for your help with this matter.

Very truly yours,

*/s/Lisa Barchi*
Lisa Barchi
Deputy Attorney General

Xc: Stacey Xarhoulakos (via PACER)