In the United States District Court
for the District of Delaware

James A. Wilson, et. al.,
        Plaintiffs,                C.A. No. 05-399-JJF

v.

Stanley Taylor, et. al.
        Defendants

FILED
APR 2 - 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Answer for Production of Documents

1. See grievances at S.C.I.

2. N/A

3. See complaint or records on file

4. N/A  See medical at S.C.I.

5. None in my possession.

6. None in my possession.

7. None in my possession.

James A. Wilson
D.C.C. 1181 Paddock Rd.
Smyrna, De. 19977

James A. Wilson
#163663   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 N. King St.
Lockbox 18
Wilm. DE. 19801-3570


