In The United States District Court

For The State of Delaware

James A. Wilson, et. Al )
     Plaintiffs, )     C.A. NO. 05-399-JJF
              )
v.            )
              )
Stanley Taylor, et. al )
     Defendants )

FILED

APR 2 - 2007

U.S. DIST. CT COURT
DISTRICT OF DELAWARE

## Request For Production of Documents

Request No1:

1. All policies pertaining to Job Classification.

request No 2:

2. All write-ups Pertaining to white Inmates getting fired from 2000 to 2007

3. All Classification pertaining to Removing black Inmates from the merit builling for being fired from their Job Since 2000 to 2007

4. All Classification pertaining to Removing white Inmates from the merit builling for being Fired Fem their Job Since 2000 to 2007

5. All classifications of Black inmates in the kitchen

6. All white Inmates who was classified to the kitchen

7. All disciplinary Actions on All plaintiffs pertaining to Job.

8. All Black inmates of the west side of merit building disciplinary infractions.

9. All white inmates of the East-side of merit building disciplinary infractions.

10. All Black inmates who have been fired from there job and moved out of merit building.

11. All white inmates who have been fired from there job and moved out of merit building.

12. All grievances, complaints relating to regarding to this Complaint.

13. All Criminal history of the defendants from Any other state beside Delaware for the past 15 years.

3/14/07

James A. Wilson

James A. Wilson #163663
D.C.C 1181 Paddock Rd.
Smyrna, DE 19977

I hereby declare that I sent the following
request for production of documents and interrogatories
to the following entities.

STACey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French st. 6th fl.
wilm, De. 19801

U.S. District Court
844 N. King st.
Lockbox 18
wilm, De. 19801-3570

by placing in the U.S. mail on this
24th day of MARCH 2007

James A. Wilson



James A. Wilson
IN 163463    UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S - District Court
844 N. King St.
Lockbox 18
Wilm. De. 19801-3570