In The United States District Court
For The District of Delaware

James A. Wilson et, Al.        )
                               )    C.A. NO. 05-399-JJF
v                              )
                               )
Stanely Taylor, et, al         )
                               )
  Defendants

FILED
APR 2 - 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Demand is hereby made for full and complete answers to the following interrogatories under oath within thirty days

1. How many white inmates that work as tutors in the eductional department vs. Black inmates since 2000 to 2007

2. How many white inmates reside on the East side of merit vs Black inmates since 2000 to 2007

3. How many white inmates that work for Special projects, maintenance, Gate house vs. Black inmates since 2000 to 2007

4. How many white inmates was fired and received another job vs black inmates.

5. How many black inmates have been classified out of merit building lossing job vs white inmates.

6. Why was inmate Allen Spen moved back to merit building after being put in A.S.D.A.

7. The name of all white inmates on the east-side of merit building.

8. Why was inmate Wilson moved to A.S.D.A. and D.C.C.

9. Why was inmate Wilson job taking from him.

10. Who moved inmate Wilson to A.S.D.A. and took his job.

11. How many black inmates have been classified out of merit building vs white inmates.

12. Names of all white inmate Tutors in the educational department, from 2000 to 2007

James A. Wilson
James A. Wilson
D.C.C. 1181 Paddock Rd
Smyrna, DE. 19977

3/24/07

I hereby declare that I sent the following Request for production of documents and interrogatories to the following entities.

Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St. 6th Fl.
Wilm, De. 19801

U.S. District Court
844 N. King St.
Lockbox 18
Wilm, De. 19801-3570

by placing in the U.S. Mail on this 24th day of March 2007

James A. Wix

