05cv399 *¥*



## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

1. All grievances, complaints, or other correspondence relating to, regarding or arising out of the incidents alleged in your Complaint, including, but not limited to, all grievances or complaints submitted by you to Department of Correction personnel, responses thereto, and any related correspondence between you and Department of Correction personnel.

**REQUEST NO. 2:**

2. All correspondence relating to, regarding or arising out of the incidents alleged in your Complaint, including, but not limited to, any correspondence between you and your friends or family members or other inmates and Department of Correction personnel. *None at this time*

**REQUEST NO. 3:**

3. Any statements, declarations, petitions, or affidavits relating to, regarding or arising out of the incidents alleged in your Complaint and any statements, declarations, or affidavits of Plaintiffs, other inmates, or witnesses to the allegations in the Complaint. *None at this time*

**REQUEST NO. 4:**

4. All of your medical records relating to, regarding or arising out of the incidents alleged in your Complaint. *Objection. SEE D.O.C*

**REQUEST NO. 5:**

5. All of your medical records for the past 15 years. *Objection. SEE D.O.C*

**REQUEST NO. 6:**

6. All of your criminal history records from any other State besides Delaware for the

January 2, 2007

Request NO: 1

Warden Rick Kearney
Sussex Correctional Institution

RE: <u>Grievance Appeal</u>

Dear Warden:

    I filed a grievance on 12/16/2006 pertaining to Cpl. Stolzenbach retaliation against me for being involved in a lawsuit against him. I intially forward it to your office as an "Emergency Grievance", in which it was subsequently forward to the SCI Grievance Chairman and listed as case #89745.

    The grievance was returned to me on Friday 29, 2006 as being non-grievable for disciplinary and classification action. Aparantly, the Grievance Chairman do not under stand the facts of my grievance.

    First. I was found not guilty of any disciplinary action on 12/12/06. There is no need for me to grieve that issue. I only stated the chain of events which led up to the wrong against me by Cpl. Stolzenbach.

    Second. I was already classified to a job, and I was not seeking a new job.

    The thrust of my grievance is clearly stated. Cpl. Stolzenbach and Sgt. Carmean acted malicious and had a direct retaliatory motive against me for my involved in a lawsuit against him.

    The Grievance Chairman erroneously rejected my grievance against the wrongful conduct of staff, therefore denying me the right to be heard under the process that was designed for this type problem between inmates and staff.

    Therefore, I asked that you reinstate my grievance, and allowed it to move forward to whatever relief it takes to resolve this matter.

Thank you

*Anthony Morris*
Anthony E. Morris #00300363
Merit: West

Request NO. 1:

\* E M E R G R N C Y   G R I E V A N C E \*

FORM #584

## GRIEVANCE FORM

RECEIVED
DEC 2 8 2006
SCI GRIEVANCE CHAIRMAN

FACILITY: Sussex Correctional Institution    DATE: 12/16/2006

GRIEVANT'S NAME: Anthony E. Morris    SBI#: 00300363

CASE#: 89745    TIME OF INCIDENT: 12/10/06  17:40

HOUSING UNIT: Merit: West

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 12/10/06, Cpl. John A. Stolzenbach filed a false disciplinary report against me and immediately fired me from my classified job because I am a plaintiff in a class-action lawsuit that includes Cpl. Stolzenbach as one of the defendants. (Wilson, et al, v. Taylor, et al, C.A.No. 05-399-JJF)  I was found not guilty at my hearing on 12/12/06. On information and belief, Sgt. Carmean asked counselor Donna Furman to immediately classify me out of the merit building on 12/11/06, one day after getting the "bogus" disciplinary report, and before I even had my disciplinary hearing.  These actions of Cpl. Stolzenbach and Sgt. Carmean are malicious and a direct retaliation for my involvment in the lawsuit stated above.

ACTION REQUESTED BY GRIEVANT: I ask for an immediate investigation into the actions of Cpl. Stolzenbach and Sgt. Carmean actions. To immediately be re-instated to my job for the wrongful firing by Cpl. Stolzenbach, and to not experience ANY adverse or retaliatory measures by any DOC employee for me using the inmate grievance procedured.

GRIEVANT'S SIGNATURE: Anthony Morris    DATE: 12-16-06

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

I/M: Anthen Morris  BLDG: Meilt-west
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S. X-RAY

$.C.87

PB2230370
U.S. POSTAGE $00.870 APR 05 07
1637 19947
7922
2764

District Court
Lock Box 18
844 N. King st
Wilmington, DE
19801