In the United States District Court
For the District of Delaware

James A. Wilson, et al.,
    Plaintiffs,

v.

Stanley Taylor, et al.,
    Defendants.

C.A. No. 05-399-JJF

FILED
APR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Plaintiffs' Motion for Leave to Depose Defendants

Come now, Plaintiffs and respectfully move this Honorable Court to enter an order granting Plaintiffs the right to depose Defendants Stanley Taylor, Rick Kearney and Mike Deloy.

1. Pro'Se Plaintiffs wishes to depose Defendants as a part of discovery in this case.

Wherefore, Plaintiffs respectfully request that this Honorable Court grant their Motion for leave to Depose Defendants Stanley Taylor, Rick Kearney and Mike Deloy.

Dated: April 8, 2007

James A. Wilson
James A. Wilson
D.C.C. 1181 Paddock Rd
Smyrna, DE. 19977

Certificate of Service

I hereby certify that on April 8, 2007 I sent the following to the following entities:

Motion to Depose

Stacey Xarhoulakos
Deputy Attorney General
820 N. French St., 6th Fl.
Wilm, De. 19801

Office of the Clerk
U.S. 844 N. King St.
Lockbox 18
Wilm, De. 19801

by placing in the U.S. mail on this 8th day of 2007.

James Wilson

I/M James A. Wilson
SBI# 463663    UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
11 APR 2007 PM 1 L


U.S.M
AX-RA

Office of The Clerk
U.S. District
844 N. King st.
Lockbox 18  Wilm, De. 19801