# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:   James Wilson
      SBI #163663
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the oral deposition of James Wilson will be taken by Stacey Xarhoulakos, Deputy Attorney General, on Wednesday, May 9, 2007 at 10:00 a.m. The deposition will take place at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, and will be transcribed by a professional reporter.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Stacey Xarhoulakos
        Stacey Xarhoulakos, I.D. No. 4667
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        stacey.xarhoulakos@state.de.us
        Attorney for Defendants

Dated:  May 1, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that May 1, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on May 1, 2007, I have mailed by United States Postal Service, the document to the non-registered parties listed below.

NAME AND ADDRESS OF RECIPIENT(S):

Eldon Potts, Inmate
SBI #  211193
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams, Inmate
SBI #  261867
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James Johnson, Inmate
SBI #  155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roderick Brown, Inmate
SBI #  315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Nathan Henry, Inmate
SBI #  324881
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jerome Green, Inmate
SBI #  147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jose Serpa, Inmate
SBI #  350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Anthony Morris, Inmate
SBI #  300363
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James A. Wilson
SBI #163663
DCC
1181 Paddock Road
Smyrna, DE 19977

/s/Stacey Xarhoulakos_____
Stacey Xarhoulakos, I.D. #4667
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400