# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Stacey Xarhoulakos, Esquire, hereby certify that **Defendants' Responses To Plaintiff James Wilson's Request For Production of Documents and Defendants' Responses to Plaintiff James Wilson' Interrogatories (D.I. 165, 166)** were served on May 4, 2007 upon the non-registered parties on the attached service list in the form and manner indicated.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us

Dated: May 4, 2007

**Service List**

Eldon Potts, Inmate
SBI # 211193
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams, Inmate
SBI # 261867
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James Johnson, Inmate
SBI # 155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roderick Brown, Inmate
SBI # 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Nathan Henry, Inmate
SBI # 324881
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jerome Green, Inmate
SBI # 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jose Serpa, Inmate
SBI # 350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Anthony Morris, Inmate
SBI # 300363

Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James Wilson
SBI #163663
Delaware Correctional Center
1181 Paddock Raod
Smyrna, DE 19977

MANNER OF DELIVERY:

_____ One true copy by facsimile transmission to each recipient

\_\_\_\_\_√\_\_\_\_\_ One true copy by first class mail, postage prepaid, to each recipient

_____ Two true copies by Federal Express

_____ Two true copies by hand delivery to each recipient


                                         /s/ Stacey Xarhoulakos_____
                                        Stacey Xarhoulakos, I.D. #4667
                                        Deputy Attorney General
                                        Carvel State Office Building
                                        820 N. French Street, 6th Floor
                                        Wilmington, DE 19801
                                        302-577-8400