IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-399-JJF |
| STANLEY TAYLOR, ET AL., | : |
| Defendants. | : |

### ORDER

WHEREAS, on April 12, 2007, pro se Plaintiff filed a Motion For Leave To Depose Defendants (D.I. 170) requesting to depose Defendants Stanley Taylor, Rick Kearney, and Mike DeLoy;

WHEREAS, Defendants did not file a response;

WHEREAS, although pursuant to Fed. R. Civ. P. 30(a)(2), a party must obtain leave of the court to depose a party in certain limited circumstances, such as when the party to be examined is incarcerated, the circumstances here do not suggest that leave of the court is required;

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion For Leave To Depose Defendants (D.I. 170) is **GRANTED**.

May 10, 2007

_____
UNITED STATES DISTRICT JUDGE