In the United States District Court
For the District of Delaware

James A. Wilson, et al.,
  Plaintiffs,

v.                              C.A. No. 05-399-JJF

Stanley Taylor, et al.,
  Defendants.

Now comes plaintiff, James A. Wilson, and request this Honorable Court to grant him motion to depose the following individuals: C/O Alesia Hopkins; Corp. Veronica Watson; LT. Darryl Fisher; Counselor Donna Fuhrman; and Inmate George Jackson A.K.A. Shahid.

1. Discovery material



FILED
JUN 19 2007
RG scanner
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

James A. Wilson
James A. Wilson, D.C.C.
1181 Paddock Rd.
Smyrna, DE. 19977

Dated: June 14, 2007

Certification of Service

The undersigned certifies that June 15, 2007, He mail the following motion for Depose to the following entities: by U.S. mail; also; letter to Stacey Xarhoulakos concerning legal material.

Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 N. French St. 6th Fl.
Wilm, De. 19801

U.S. District Court
844 N. King St.
Lockbox 18
Wilm, De. 19801-3570

Dated: June 14, 2007

James A. Wilson

INM James A. Wilson
SBI# 163663   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
18 JUN 2007 PM 2 T

U.S. District Court
844 N. King St.
Lockbox 18
Wilm, De. 19801-3570