In the United States District Court
for the District of Delaware

James A. Wilson, et al,
Plaintiffs,

v.

Stanley Taylor, et al,
Defendants

C.A. No. 05-399-JJF

FILED
JUN 19 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear: Stacey Xarhoulakos,

This letter comes as a request for you to inform the institution to allow my legal material back in the institution.

When I came up here from S.C.I. the institution sent several items of mine out including legal information pertaining to civil cases I have in District Court.

This situation has become a hinderance in furthering movement of these cases. I was not present when they took these material and sent them out.

James Wilson

Dated: June 14, 2007

Certification of Service

The undersigned certifies that June 15, 2007, he mail the following motion for Depose to the following entities: by U.S. mail; also; letter to Stacey Xarhoulakos concerning legal material.

Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 N. French St. 6th Fl.
Wilm, De. 19801

U.S. District Court
844 N. King St.
Lockbox 18
Wilm, De. 19801-3570

Dated: June 14, 2007

James A. Wilson

IM James A. Wilson
SBI# 163663   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 JUN 2007 PM 2 T

U.S. District Court
844 N. King st.
Lockbox 18
Wilm, De. 19801-3570