IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that the below listed depositions will be taken by Stacey Xarhoulakos, Deputy Attorney General, on Thursday, June 28, 2007 at the below specified times. The depositions will take place at the Sussex Correctional Institute, Georgetown, DE 19947, and will be transcribed by a professional reporter.

| | | | |
|---|---|---|---|
| Jerome Green | 9:00 a.m. | Roderick Brown | 10:30 a.m. |
| Eldon Potts | 12:00 p.m. | Jose Serpa | 1:30 p.m. |
| James Johnson | 3:00 p.m. | Frank Williams | 4:30 p.m. |

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

Dated: June 22, 2007

**CERTIFICATE OF SERVICE**

The undersigned certifies that June 22, 2007, she electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on June 22, 2007, I have mailed by United States Postal Service, the document to the non-registered parties listed below.

NAME AND ADDRESS OF RECIPIENT(S):

Eldon Potts, Inmate
SBI # 211193
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Frank Williams, Inmate
SBI # 261867
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James Johnson, Inmate
SBI # 155123
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Roderick Brown, Inmate
SBI # 315954
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Nathan Henry, Inmate
SBI # 324881
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jerome Green, Inmate
SBI # 147772
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Jose Serpa, Inmate
SBI #  350322
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

Anthony Morris, Inmate
SBI #  300363
Sussex Correctional Institution
Post Office Box 500
Georgetown, DE 19947

James A. Wilson
SBI #163663
DCC
1181 Paddock Road
Smyrna, DE 19977

/s/Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. #4667
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400