IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 05-399-JJF |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED**, by and between Plaintiff Frank Williams and Defendants Stanley Taylor, Rick Kearney, and Mike DeLoy ("Defendants"), and subject to the approval of this Court, that any and all of Plaintiff Frank Williams' claims against Defendants are dismissed with prejudice.

*/s/ Frank J. Williams*
Frank Williams, *Pro Se*
Plaintiff

STATE OF DELAWARE
DEPARTMENT OF JUSTICE
*/s/ S. Xarhoulakos*
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th fl.
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

IT IS SO ORDERED this ___ day of _____, 2007.

_____
United States District Judge