IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 05-399-JJF |
| ) | |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED**, by and between Plaintiff Nathan Henry and Defendants Stanley Taylor, Rick Kearney, and Mike DeLoy ("Defendants"), and subject to the approval of this Court, that any and all of Plaintiff Nathan Henry's claims against Defendants are dismissed with prejudice.

_____
Nathan Henry, *Pro Se*
Plaintiff

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

_____
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th fl.
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

IT IS SO ORDERED this 3 day of July, 2007.

_____
United States District Judge