IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-399-JJF |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED**, by and between Plaintiff Frank Williams and

Defendants Stanley Taylor, Rick Kearney, and Mike DeLoy ("Defendants"), and subject

to the approval of this Court, that any and all of Plaintiff Frank Williams' claims against

Defendants are dismissed with prejudice.

_Frank J. Williams_
Frank Williams, *Pro Se*
Plaintiff

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

_S. Xarhoulakos_
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th fl.
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

IT IS SO ORDERED this _3_ day of _July_, 2007.

_____
United States District Judge