# EXHIBIT A

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : GREEN, JEROME L | SBI# : 00147772 | Institution : SCI |
| Grievance # : 23713 | Grievance Date : 02/11/2006 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Resol. Date : |
| Grievance Type: Miscellaneous | Incident Date : 02/11/2006 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 326, Bed B | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that he was told to pack up and move to key from merit due to a write up from the kitchen, that was under appeal, says he was denied his rights.

**Remedy Requested** : Be allowed back to merit with same status and assignment.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : |
| Grievance Amount : | |

D00049

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/14/2007

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : GREEN, JEROME L | SBI# : 00147772 | Institution : SCI |
| Grievance # : 23713 | Grievance Date : 02/11/2006 | Category : Individual |
| Status : Non Grievable | Resolution Status: | Inmate Status : |
| Grievance Type: Miscellaneous | Incident Date : 02/11/2006 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 326, Bed B | |

### INFORMAL RESOLUTION

Offender's Signature: _____

Date : _____

Witness (Officer) : _____

D00050

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/14/2007

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : GREEN, JEROME L | SBI# : 00147772 | Institution : SCI |
| Grievance # : 23713 | Grievance Date : 02/11/2006 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Miscellaneous | Incident Date : 02/11/2006 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 326, Bed B | |

## IGC

Medical Provider:                                Date Assigned

Comments:
Housing is not grievable.

[ ] Forward to MGC          [ ] Forward to Medical Provider          [x] Warden Notified

[ ] Forward to RGC          Date Forwarded to MGC :   02/18/2006

[ ] Offender Signature Captured   Date Offender Signed :

D00051

SCI Sussex Correctional Institution  
PO Box 500  
GEORGETOWN DE, 19947  
Phone No. 302-856-5280

Date: 03/07/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : GREEN, JEROME L | SBI# : 00147772 | Institution : SCI |
| Grievance # : 23869 | Grievance Date : 02/14/2006 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Resol. Date : |
| Grievance Type: Miscellaneous | Incident Date : 02/14/2006 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 326, Bed B | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that that he was denied procedural due process, treated unfairly and discrimonated against by being transfered to a higher security without being classified.

**Remedy Requested :** To be allowed back in the merit building with same assignments and same job status.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : NO          Date Received by Medical Unit :  
Investigation Sent :             Investigation Sent To :  
Grievance Amount :

D00045

Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : GREEN, JEROME L | SBI# : 00147772 | Institution : SCI |
| Grievance # : 23869 | Grievance Date : 02/14/2006 | Category : Individual |
| Status : Non Grievable | Resolution Status: | Inmate Status : |
| Grievance Type: Miscellaneous | Incident Date : 02/14/2006 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 326, Bed B | |

### INFORMAL RESOLUTION

Offender's Signature: _____

Date                  : _____

Witness (Officer)    : _____

D00046

Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/07/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : GREEN, JEROME L | SBI# : 00147772 | Institution : SCI |
| Grievance # : 23869 | Grievance Date : 02/14/2006 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Miscellaneous | Incident Date : 02/14/2006 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, WEST, Cell 326, Bed B | |

### IGC

Medical Provider:                    Date Assigned

Comments:
Duplicate issue see case #23713

[ ] Forward to MGC           [ ] Forward to Medical Provider     [x] Warden Notified

[ ] Forward to RGC           Date Forwarded to MGC :   02/27/2006

[ ] Offender Signature Captured    Date Offender Signed   :

D00047