# EXHIBIT B

PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** WILSON, JAMES A J
**SBI# :** 00163663
**Institution :** SCI
**Grievance # :** 17639
**Grievance Date :** 09/19/2005
**Category :** Individual
**Status :** Non Grievable
**Resolution Status :**
**Resol. Date :**
**Grievance Type:** Staff Issues
**Incident Date :** 09/19/2005
**Incident Time :** 00:01
**IGC :** Atallian, Michael J
**Housing Location :** Bldg V, Tier C, Cell 6, Top

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that Cpl. Stolzenbach pulled his mace on him for no reason. Says he yelled in his face for no reason. He is constantly harrassing me about the clasroom, last time told me to shut up. It appears nothing is being done by his continued harrassement, and I'm beginning to believe that his disrespectful actions towards me is because I am black or a muslim. I have yet to see him get loud with a white inmate or show disrespect towards them.

**Remedy Requested :** I want harrassement charges filed against him immediately and I want a restraining order against this officer.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO
**Date Received by Medical Unit :**
**Investigation Sent :**
**Investigation Sent To :** Hollis, James W
**Grievance Amount :**

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/07/2007

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI | |
| **Grievance #** : 17639 | **Grievance Date** : 09/19/2005 | **Category** : Individual | |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** | |
| **Grievance Type:** Staff Issues | **Incident Date** : 09/19/2005 | **Incident Time :** 00:01 | |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | | |

## INFORMAL RESOLUTION

**Investigator Name** : Hollis, James W

**Date of Report** 09/22/2005

**Investigation Report :** action is beyond the scope of my power, however, Cpl. Stolzenbach has been told when he has a problem with an inmate to write him up.

**Reason for Referring:**

**Offender's Signature:**______________________

**Date** :____________

**Witness (Officer)** :______________________



D00090

SCI Sussex Correctional Institution Date 03/07/2007
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** | : WILSON, JAMES A J | **SBI#** | : 00163663 | **Institution** | : SCI |
| **Grievance #** | : 17639 | **Grievance Date** | : 09/19/2005 | **Category** | : Individual |
| **Status** | : Non Grievable | **Resolution Status** | : | **Inmate Status** | : |
| **Grievance Type** | : Staff Issues | **Incident Date** | : 09/19/2005 | **Incident Time** | : 00:01 |
| **IGC** | : Atallian, Michael J | **Housing Location** | : Bldg V, Tier C, Cell 6, Top | | |

## IGC

**Medical Provider:** **Date Assigned**

**Comments:**

Supervisor made aware of complaint.

Action requested is not withing scope of grievance procedure.
4.4 is an administrative remedy only.

[ ] **Forward to MGC** [ ] **Forward to Medical Provider** [x] **Warden Notified**

[ ] **Forward to RGC** **Date Forwarded to MGC :** 09/25/2005

[ ] **Offender Signature Captured** **Date Offender Signed** :



D00091

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/07/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** | : WILSON, JAMES A J | **SBI#** | : 00163663 | **Institution** | : SCI |
| **Grievance #** | : 17878 | **Grievance Date** | : 09/19/2005 | **Category** | : Individual |
| **Status** | : Non Grievable | **Resolution Status** | : | **Resol. Date** | : |
| **Grievance Type** | : Staff Issues | **Incident Date** | : 09/19/2005 | **Incident Time** | : 00:01 |
| **IGC** | : Atallian, Michael J | **Housing Location** | : Bldg V, Tier C, Cell 6, Top | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that Cpl. Stolenbach pulled his mace on him and yelled in his face for no reason. Says he constantly harrasses him, and last time told him to shut up. Says he believes he is picking on him because he is black or a muslim. Says he does not yell at white inmates.

**Remedy Requested** : I want harrassement charges filed against him immediately, and I want a restraining order against this officer.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO

**Date Received by Medical Unit :**

**Investigation Sent :**

**Investigation Sent To :**

**Grievance Amount :**

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280



# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** | : WILSON, JAMES A J | **SBI#** | : 00163663 | **Institution** | : SCI |
| **Grievance #** | : 17878 | **Grievance Date** | : 09/19/2005 | **Category** | : Individual |
| **Status** | : Non Grievable | **Resolution Status:** | | **Inmate Status** | : |
| **Grievance Type:** | Staff Issues | **Incident Date** | : 09/19/2005 | **Incident Time** | : 00:01 |
| **IGC** | : Atallian, Michael J | **Housing Location** | :Bldg V, Tier C, Cell 6, Top | | |

## INFORMAL RESOLUTION

**Offender's Signature:**______________________________

**Date** :_______________

**Witness (Officer)** :______________________________

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280



# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** | WILSON, JAMES A J | **SBI#** | : 00163663 | **Institution** | : SCI |
| **Grievance #** | : 17878 | **Grievance Date** | : 09/19/2005 | **Category** | : Individual |
| **Status** | : Non Grievable | **Resolution Status :** | | **Inmate Status :** | |
| **Grievance Type:** | Staff Issues | **Incident Date** | : 09/19/2005 | **Incident Time :** | 00:01 |
| **IGC** | : Atallian, Michael J | **Housing Location :** | Bldg V, Tier C, Cell 6, Top | | |

## IGC

**Medical Provider:** **Date Assigned**

**Comments:**

Duplicate issue see case #17639

[ ] **Forward to MGC** [ ] **Forward to Medical Provider** [x] **Warden Notified**

[ ] **Forward to RGC** **Date Forwarded to MGC :** 09/27/2005

[ ] **Offender Signature Captured** **Date Offender Signed** :

RECEIVED
NOV 15 2005
SCI GRIEVANCE CHAIRMAN

**FORM #584**

**GRIEVANCE FORM**

**FACILITY:** Georgetown (S.C.I.) **DATE:** 11/07/05

**GRIEVANT'S NAME:** James Wilson **SBI#:** 163663

**CASE#:** 20008 **TIME OF INCIDENT:** ______

**HOUSING UNIT:** Merit/East

**BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.**

on the above date I received a write-upfor non-dangerous contraband However, there were two other inmates whom are white who did not receive write-ups for the contraband that was found in there room.
It was Cpl. Stolzenbach who wrote me and my cell-mate up. This officer has been Grieved by me in the past for harassment because I"m a Muslim and because I'm black. This only gives credence to my last grievance which stated that I'm yet to see Cpl. Stolzenbach write up, yell or disrespect a white inmate. All of this has been done under the acceptance of other Superiors. Cpl. Stolzenbach has demonstrated bias and racial profiling and nothing has been done about it. This is my second Grievance concerning this is:

**ACTION REQUESTED BY GRIEVANT:** Would like for officer to take Racial Discrimination ( ass along with his superiors who allow him to display such behavior. His action reflects the Departments Mentality when it comes to black Inmates.

**GRIEVANT'S SIGNATURE:** James a. Wilson **DATE:** 11/0/05

**WAS AN INFORMAL RESOLUTION ACCEPTED?** ____(YES) ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

**GRIEVANT'S SIGNATURE:** ______ **DATE:** 11/07/05

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

Disciplinary Action
Non-Grievable

**INSTITUTION FILE**
**GRIEVANT**

**April '97 REV**

D00101

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/07/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** | : WILSON, JAMES A J | **SBI#** | : 00163663 | **Institution** | : SCI |
| **Grievance #** | : 20008 | **Grievance Date** | : 11/07/2005 | **Category** | : Individual |
| **Status** | : Non Grievable | **Resolution Status** | : | **Resol. Date** | : |
| **Grievance Type** | : Disciplinary | **Incident Date** | : 11/07/2005 | **Incident Time** | : 00:01 |
| **IGC** | : Atallian, Michael J | **Housing Location** | : Bldg V, Tier C, Cell 6, Top | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that he was shookdown by Cpl. Stolzenback, along with two other cells, says that contraband was found in all 3 cells, but only him and his cellmate were written up, says the other inmate were white.

**Remedy Requested** : Would like for officer to take racial discrimination class along with his superiors who allow him to display such behaviors.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO

**Date Received by Medical Unit :**

**Investigation Sent :**

**Investigation Sent To** :

**Grievance Amount :**

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/07/2007

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name | : WILSON, JAMES A J | SBI# | : 00163663 | Institution | : SCI |
| Grievance # | : 20008 | Grievance Date | : 11/07/2005 | Category | : Individual |
| Status | : Non Grievable | Resolution Status: | | Inmate Status : | |
| Grievance Type: | Disciplinary | Incident Date | : 11/07/2005 | Incident Time : | 00:01 |
| IGC | : Atallian, Michael J | Housing Location : | Bldg V, Tier C, Cell 6, Top | | |

## INFORMAL RESOLUTION

Offender's Signature: ______________________________

Date : ______________

Witness (Officer) : ______________________________

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280



# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** WILSON, JAMES A J
**SBI#** : 00163663
**Institution** : SCI
**Grievance #** : 20008
**Grievance Date** : 11/07/2005
**Category** : Individual
**Status** : Non Grievable
**Resolution Status :**
**Inmate Status :**
**Grievance Type:** Disciplinary
**Incident Date** : 11/07/2005
**Incident Time :** 00:01
**IGC** : Atallian, Michael J
**Housing Location :** Bldg V, Tier C, Cell 6, Top

## IGC

**Medical Provider:**

**Date Assigned**

**Comments:**
Discipline is not grievable.

[ ] **Forward to MGC** [ ] **Forward to Medical Provider** [x] **Warden Notified**

[ ] **Forward to RGC** **Date Forwarded to MGC :** 11/13/2005

[ ] **Offender Signature Captured** **Date Offender Signed** :



D00104