SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/07/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : WILSON, JAMES A J | SBI# : 00163663 | Institution : SCI | |
| Grievance # : 23696 | Grievance Date : 02/05/2006 | Category : Individual | |
| Status : Resolved | Resolution Status : Level 2 | Resol. Date : 03/03/2006 | |
| Grievance Type: Staff Issues | Incident Date : 02/05/2006 | Incident Time : 00:01 | |
| IGC : Atallian, Michael J | Housing Location : Bldg V, Tier C, Cell 6, Top | | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: I was informed by Cpl. Stolzenback that I can not read a newspaper in the classroom, However I could write a letter or use the typewriter. They do a number of things in the classroom, write letters, read books, play guitar, repair glasses, then he divides us.

Remedy Requested : He is showing discriminating actions toward me.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Hollis, James W |
| Grievance Amount : | |

000056

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** WILSON, JAMES A J

**Grievance #**    : 23696

**Status**         : Resolved

**Grievance Type:** Staff Issues

**IGC**            : Atallian, Michael J

**SBI#**               : 00163663

**Grievance Date** : 02/05/2006

**Resolution Status:** Level 2

**Incident Date**   : 02/05/2006

**Housing Location :**Bldg V, Tier C, Cell 6, Top

**Institution**    : SCI

**Category**    : Individual

**Inmate Status :**

**Incident Time :** 00:01

### INFORMAL RESOLUTION

**Investigator Name   :** Hollis, James W                                **Date of Report** 02/17/2006

**Investigation Report :** I have never noticed any other inmate in the classroom only reading a newspaper.  This room is intended for inmates to work on legal work or letters or other projects.

**Reason for Referring:**

Offender's Signature:_____

Date                    :_____

Witness (Officer)    :_____

000057

PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name** : WILSON, JAMES A J          **SBI#**          : 00163663          **Institution**     : SCI

**Grievance #**     : 23696          **Grievance Date**   : 02/05/2006          **Category**       : Individual

**Status**          : Resolved          **Resolution Status** : Level 2          **Inmate Status** :

**Grievance Type:** Staff Issues          **Incident Date**     : 02/05/2006          **Incident Time** : 00:01

**IGC**          : Atallian, Michael J          **Housing Location** : Bldg V, Tier C, Cell 6, Top

### IGC

**Medical Provider:**                    **Date Assigned**

**Comments:**
Inmate will not appeal Wardens decision.

[ ] **Forward to MGC**          [ ]     **Forward to Medical Provider**     [x]     **Warden Notified**

[x] **Forward to RGC**          **Date Forwarded to MGC :**     02/24/2006

[x] **Offender Signature Captured**          **Date Offender Signed**     : 03/03/2006

D00058

PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI | |
| **Grievance #** : 23696 | **Grievance Date** : 02/05/2006 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 2 | **Inmate Status :** | |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/05/2006 | **Incident Time :** 00:01 | |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | | |

### RGC

**Date Received :** 02/24/2006          **Date of Recommendation:** 03/02/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Inmate | 00362115 | PATTERSON, ROB L J | Deny |
| Inmate | 00092096 | ANDREWS, DAVID P | Deny |
| Staff | | Deel, James E | Deny |
| Staff | | Cordrey, Gerald M Jr | Deny |
| Staff | | West, Darrick E | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 4 | Abstain : 1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Committee denies request, because this is not within our power.

D00059

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/02/2006

## GRIEVANCE INFORMATION - WARDEN

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : WILSON, JAMES A J | SBI# : 00163663 | Institution : SCI |
| Grievance # : 23696 | Grievance Date : 02/05/2006 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 02/05/2006 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, EAST, Cell 212, Bed B | |

### REFERRED TO

Due Date :                    Referred to:                    Name:

Type of Information Requested :

### DECISION

Date Received    : 03/02/2006

Decision Date    : 03/02/2006                Vote : Deny

Comments        :

_Rick Kearny_
RDEN / WARDEN'S DESIGNEE SIGNATURE                          DATE

I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)    YES:_____    NO: _____ ✓

_James A. Wilson_
GRIEVANT'S SIGNATURE                                             3/3/06
                                                                 DATE

_Dept mil Atal_
I.G.C. SIGNATURE                                                 3-3-06
                                                                 DATE

D00052

PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

D00061

PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION |
|---|

| | | | |
|---|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI | |
| **Grievance #** : 23695 | **Grievance Date** : 02/08/2006 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 2 | **Resol. Date** : 03/03/2006 | |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/08/2006 | **Incident Time :** 00:01 | |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | | |

| OFFENDER GRIEVANCE DETAILS |
|---|

**Description of Complaint:** Cpl. Stolzenback came into the classroom abd had me move to the other side of the classroom for no reason but to harass me. He has never put up the divider to seperate the sides or have the inmates split up while in the area.

**Remedy Requested** : For him to stop harrassing me and demonstrating bias and racial actions towards black inmates.

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| Type | SBI # | Name |

| ADDITIONAL GRIEVANCE INFORMATION |
|---|

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Hollis, James W |
| **Grievance Amount :** | |

Page 1 of 6

D00066

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/07/2007

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 23695 | **Grievance Date** : 02/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 2 | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/08/2006 | **Incident Time :** 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | |

## INFORMAL RESOLUTION

**Investigator Name** : Hollis, James W **Date of Report** 02/17/2006

**Investigation Report :** Cpl. Stolzenbach stated that I/M Wilson was only having a meeting with another inmate, he was not working on anything resembeling any project that any other inmate has mever been working on.

**Reason for Referring:**

**Offender's Signature:** ________________________

**Date** : ____________

**Witness (Officer)** : ________________________

PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

Offender Name : WILSON, JAMES A J      SBI#     : 00163663     Institution    : SCI

Grievance #   : 23695              Grievance Date   : 02/08/2006     Category     : Individual

Status       : Resolved          Resolution Status : Level 2      Inmate Status :

Grievance Type: Staff Issues        Incident Date    : 02/08/2006     Incident Time : 00:01

IGC        : Atallian, Michael J      Housing Location : Bldg V, Tier C, Cell 6, Top

### IGC

**Medical Provider:**             **Date Assigned**

**Comments:**
Inmate will not appeal Wardens decision.

[ ] Forward to MGC      [ ]    **Forward to Medical Provider**    [x]    **Warden Notified**

[x] Forward to RGC        Date Forwarded to MGC :     02/24/2006

[x] Offender Signature Captured      Date Offender Signed    : 03/03/2006

Page 3 of 6

000068

PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** WILSON, JAMES A J

**Grievance #** : 23695

**Status** : Resolved

**Grievance Type:** Staff Issues

**IGC** : Atallian, Michael J

**SBI#** : 00163663

**Grievance Date** : 02/08/2006

**Resolution Status :** Level 2

**Incident Date** : 02/08/2006

**Housing Location :** Bldg V, Tier C, Cell 6, Top

**Institution** : SCI

**Category** : Individual

**Inmate Status :**

**Incident Time :** 00:01

### RGC

**Date Received :** 02/24/2006          **Date of Recommendation:** 03/02/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00362115 | PATTERSON, ROB L J | Deny |
| Inmate | 00092096 | ANDREWS, DAVID P | Deny |
| Staff | | Deel, James E | Deny |
| Staff | | Cordrey, Gerald M Jr | Deny |
| Staff | | West, Darrick E | Abstain |

### VOTE COUNT

**Uphold :** 0                    **Deny :** 4                    **Abstain :** 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Committee recommends denial, because this is not within our power.

000069

**SCI Sussex Correctional Institution**
**PO Box 500**
**GEORGETOWN DE, 19947**
**Phone No. 302-856-5280**

Date: 03/02/2006

## GRIEVANCE INFORMATION - WARDEN

### OFFENDER GRIEVANCE INFORMATION

Offender Name : WILSON, JAMES A J

| | | |
|---|---|---|
| Grievance # : 23695 | SBI# : 00163663 | Institution : SCI |
| Status : Unresolved | Grievance Date : 02/08/2006 | Category : Individual |
| Grievance Type: Staff Issues | Resolution Status : | Inmate Status : |
| IGC : Atallian, Michael J | Incident Date : 02/08/2006 | Incident Time : 00:01 |

Housing Location : MERIT, EAST, Cell 212, Bed B

### REFERRED TO

Due Date :          Referred to:          Name:

Type of Information Requested :

### DECISION

Date Received : 03/02/2006

Decision Date : 03/02/2006          Vote : Deny

Comments :

_Rick Keany_

**ARDEN / WARDEN'S DESIGNEE SIGNATURE**

DATE

I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)    YES:____    NO:____

**GRIEVANT'S SIGNATURE**

DATE  3/3/06

**I.G.C. SIGNATURE**

DATE  3-3-06

Page 5 of 5

D00062

PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Page 6 of 6

D00071