# EXHIBIT C

Case 1:05-cv-00399-JJF   Document 187-5   Filed 07/20/2007   Page 1 of 4

Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SERPA, JOSE A | SBI# : 00350322 | Institution : SCI |
| Grievance # : 9174 | Grievance Date : 11/24/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 1 | Resol. Date : 12/08/2004 |
| Grievance Type: Staff Issues | Incident Date : 11/24/2004 | Incident Time : 23:18 |
| IGC : Atallian, Michael J | Housing Location : KEY SOUTH, Tier D, Bed 54 | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that during count C/O Kuratnick told him to move his fat black ass, and then came into his cell and acted like he was going top hit him with the flashlight, then left, says when he asked for a grievance C/O Kuratnick said I can't stand fucking muslims.

**Remedy Requested :** C/O Needs to work on his proffessional skills towards inmates. I want an apology.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Searle, David L |
| Grievance Amount : | |

D00075

SCI Sussex Correctional Institution          Date 03/07/2007
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SERPA, JOSE A | SBI# : 00350322 | Institution : SCI |
| Grievance # : 9174 | Grievance Date : 11/24/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 1 | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 11/24/2004 | Incident Time : 23:18 |
| IGC : Atallian, Michael J | Housing Location :KEY SOUTH, Tier D, Bed 54 | |

## INFORMAL RESOLUTION

Investigator Name : Searle, David L        Date of Report 12/08/2004

Investigation Report : After talking to inmate he accepted informal resolution.
I will meet with Officer Kuratnick about his attitude and language.

Reason for Referring: Lt. Searle is C/o kuratknick's current supervisor

Investigator Name : Searle, David L        Date of Report 12/04/2004

Investigation Report :

Reason for Referring: Lt. Searle is C/o Kuratnicks current supervisor.

Offender's Signature: _____

Date : _____

Witness (Officer) : _____

D00076

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/07/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SERPA, JOSE A | SBI# : 00350322 | Institution : SCI |
| Grievance # : 9174 | Grievance Date : 11/24/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 1 | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 11/24/2004 | Incident Time : 23:18 |
| IGC : Atallian, Michael J | Housing Location : KEY SOUTH, Tier D, Bed 54 | |

### IGC

Medical Provider:                                Date Assigned

Comments:

[ ] Forward to MGC           [ ] Forward to Medical Provider        [x] Warden Notified

[ ] Forward to RGC           Date Forwarded to MGC :   12/08/2004

[x] Offender Signature Captured   Date Offender Signed   : 12/08/2004

D00077