# EXHIBIT F

## MEMORANDUM

**TO:**    Deputy Warden Deloy

**FROM:** Staff Lieutenant Earl Messick

**DATE:** May 5, 2006

**SUBJ:** ~~████████████████~~
          I/M James Wilson #00163663 // ~~████████████████~~
          ~~█████ 7/ ██████~~

### Interview with I/M James Wilson

   I met with I/M Wilson in the Key Building. I informed him that I was investigating a matter that took place in the Merit Building and that I was **recording the interview** to maintain accuracy of my report. I/M Wilson informed me that he did not wish to speak with me because his lawyer had advised him not to say anything to anyone. I informed him that I was conducting an institutional investigation and not a criminal investigation at which time he still stated that his lawyer told him not to speak with anyone. To clarify this matter, I asked him if he was refusing to tell me his version of what had happened in the Merit building at which time he again informed me that his lawyer told him not to say anything to anyone. I informed him that the interview was over. I/M Wilson then told me that I could contact his lawyer at which time I told him that I would not and sent him back to his quad.
**NOTE:** Inmate Wilson's refusal to cooperate does not allow me to get his thoughts and perspective on this situation and forces me to rely completely on the testimony of others.

CONFIDENTIAL

D00398

## CONCLUSION
I have no doubt that inmate James Wilson was running tobacco from the Merit building. The listed information as well as a lot of prior information leads me to believe that this is true, however, I have found it impossible to prove because he always uses other inmates to transport and deal for him. The allegations that ████████ is smuggling tobacco for cash has also

Please note that this case will remain open and will continue for as long as it takes to clear up all loose ends.