# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES WILSON, et al )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR, et al. )<br>) | C.A. No. 05-399-JJF |

### AFFIDAVIT OF RICK KEARNEY

I, Rick Kearney, having been duly sworn by law, do hereby depose and state as follows:

1. I am employed by the State of Delaware Department of Correction ("DOC") as the Bureau Chief for the Bureau of Prisons. At all times relevant to the allegations in the Complaint, I held the position of Warden at Sussex Correctional Institution. ("SCI"). I held that position from _January_1994_____ until _February_2007_____.

2. I have read the plaintiffs' complaint and dispute the allegations therein.

**Retaliation Claim**

3. Plaintiff Wilson was transferred from the Merit Building in March of 2006. Wilson was transferred because of an ongoing investigation involving multiple parties. I assigned Staff Lt. Earl Messick to conduct an institutional investigation and report his findings to me.

4. Staff Lt. Messick conducted the investigation and interviewed several parties, including James Wilson. I reviewed the results and made the determination that Wilson could not be returned to the Merit Building.

5. This determination was made because of the findings from the investigation. Wilson was not transferred for writing grievances. Wilson was transferred for legitimate security reasons within the institution.

6. Wilson wrote to me in April of 2006 (letter attached hereto as Exhibit H-1) regarding his classification and status. I responded by memorandum (attached hereto as Exhibit H-2) on May 5, 2006 and informed him that his classification and status would be determined upon conclusion of the investigation.

7. The investigation results were submitted to me in May of 2006 and Wilson was classified by the Multi-disciplinary Team ("MDT") to the Delaware Correctional Center ("DCC.") Greentree program on May 31, 2006 (attached hereto as Exhibit H-3). This classification was approved and Wilson was transferred to DCC on June 6, 2006.

**Equal Protection Claims**

8. SCI. does not maintain policies that racially discriminate. Classification, security level, employment, treatment, programming, education, and disciplinary decisions are all subject to a multi-level process and review within the institution. The process requires approval or denial at several levels, each involving different staff, including treatment workers, correctional officers, and administrative level workers. Race does not play a factor in any decision made at any level.

9. I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

_Rick Kearney_
Rick Kearney

SWORN AND SUBSCRIBED before me this 20th day of July, 2007.

_Christine S. Dulin_
Notary

Christine S. Dulin
My Commission Expires
August 18, 2007

MAR-26 93 21:34 FROM:

RECEIVED
MAY 01 2006
SCI WARDEN'S OFFICE

In the name of Allah, the Beneficent, the Merciful.

As-Salaam-Alaikum     4/29/06
(Peace be unto you)

May this letter find you in the best of health, mentally, physically and spiritually.

This letter is to inquire about why am I still placed in the P.I. build? Also, how long is this investigation?

There is a room in the Merit building open and I request and suggest that I be given this room.

Firstly, I have done nothing wrong to be moved from the merit/building.

Therefore, my rights to procedural due process is being violated, see <u>Brown v. Plaut</u>, 131 F.3d 163, 169 (D.C. Cir. 1997) (Inmate's placement in administrative segregation would violate due process clause if inmate had liberty interest in avoiding segregation and inmate did not receive due process)

Harper v. Young 64 F.3d 563, 566 (10th Cir. 1995) (Inherent constitutional liberty interests arise when prisoner has acquired substantial freedom such that deprivation requires due process protection).

Right to equal treatment: I know that there was a inmate under investigation in the Merit building and his room (cell) was held for him and when he was

D00409

H-1

Exonerated he was given his exact cell back and his investigation did not exceed the exact limits of investigation

SEE Dewalt v. Carter, 224 F.3d 607, 619 (7th Cir. 2000)
Also, Atkinson v. Taylor, 316 F.3d 257, 270, 3d Cir. 2003)

Inmate Wilson is not being equally treated when it comes to investigation as other inmate has been.

Lastly, because I told the truth I should not have been retaliated against. I was moved for speaking the truth not an investigation. Therefore, I was being retaliated against.

SEE Cornell v. Woods, 69 F.3d 1383, 1387, (8th Cir. 1995) (1st amendment implicated because prisoner alleged transfer in retaliation for cooperating with misconduct investigation of prison guard).

Prison officials may not retaliate against a prisoner for exercising his First amendment right.

My liberties has been taken from me and you have the authority to restore them back. I'm asking to be moved back to the merit building and restored all liberties.

James A. Wilson

cc: Deputy Warden
Ben Schwartz Esq.

D00410

# Memorandum

**Date:** 5/5/2006
**To:** James Wilson
**From:** Warden Kearney  *R.K.*
**RE:** Correspondence

---

I received your letter dated April 29, 2006. Your classification and housing will be determined at the conclusion of the investigation that is being conducted by S/Lt. Messick.

Cc. S/Lt. Messick
 P. Ditto

5/5/2006                                                                                                 1

H-2                                                                                        D00408

DELAWARE DEPARTMENT OF CORRECTION
RECLASSIFICATION FORM (WOMEN AND MEN)

OFFENDER NAME: Wilson James    SBI #: 163663    DOB: 10/26/64    DATE: 5/18/06
                LAST    FIRST    MIDDLE INITIAL
INSTITUTION: SCI                                          Prior Classification Date: 3/20/06
CURRENT SECURITY: ___ Comm/Minimum ___ Minimum  X  Medium ___ Medium/MPO ___ Maximum ___ Max/MPO
SENTENCE LENGTH: 18/10/0  EFF. DATE: 12/10/99  STRD: 7/15/11  PED: / /  TIS: X  NON-TIS: X

RISK REASSESSMENT

SEVERITY OF CURRENT OFFENSE FOR WHICH INCARCERATED  Rob 1st (VOP x 3) Conspr 2nd, Theft, Resist arrest    Traff Coc. 5-52
- Low Severity ............................................................. 0
- Moderate Severity .................................................. 2
- High Severity ........................................................... 4
- Highest Severity ...................................................... 6    6

OTHER OFFENSES/BAIL STATUS    Other Offenses(s)/Bail Amount: none
- None or pending probation violation, outstanding misdemeanors, or bail below $5,000 ........... 0
- Active Federal, including Immigration and Naturalization Service and/or State warrant or charge(s) with bail of 5,000 to $49,999 .. 2
- Pending charges without bail (not a bailable offense, include Violation of Parole) or bail of $50,000 or more .......... 4    0

ESCAPE/FAILURE TO APPEAR (FTA) HISTORY    Escape History: none
                                            (date and type/class)
- None or one or more incidents of FTA (capias issued) or military AWOL .................. 0
- Walk-off from work release, furlough, Delaware Psychiatric Center, community and/or outside job assignment, courtrooms, police (city, state, military, etc.), Recovery Center within the past 3 years .................. 2
- Attempted escape from a secure correctional institution within the past 5 years or escape from a secure facility ten + years ago .. 3
- Escape from a secure correctional institution within the past ten years .......... 5    0

CURRENT AGE    Current Age: 41
- Age 39+ ................................................... 0
- Age 23 years or less ................................. 1
- Age 28-38 ............................................... 2
- Age 24 - 27 ............................................. 3    0

SEVERITY OF CRIMINAL HISTORY IN THE LAST TEN (10) YEARS    Most Serious Prior Felony Conviction: none
- No prior conviction .....................................
- Low Severity conviction ............................ 0
- Moderate Severity conviction ..................... 2
- High Severity conviction ............................ 3
- Highest Severity conviction ........................ 4    0

NUMBER OF CLASS I/MAJOR DISCIPLINARY FINDINGS OF GUILT (within the past eighteen months) _____
- None ........................................................... 0
- 1 Disciplinary Finding of Guilt ..................... 2
- 2 - 3 Disciplinary Findings of Guilt .............. 3
- 4+ Disciplinary Findings of Guilt .................. 5    0
    Actual Number of Class I Disciplinary Findings: ____

INSTITUTIONAL MISCONDUCT HISTORY (Consider institutional reports during last 5 years)
- First incarceration or no prior Major/Class I Institutional Reports ........ 0
- Major/Class I - Non Predatory Institutional Misconduct Report ≥ 36months .......... 1
- Major/Class I - Non Predatory Institutional Misconduct Report within last 36 months or Predatory/Assaultive ≥ 36 months .......... 3
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report w/in 13 - 36 months .......... 5
- Major/Class I - Predatory/Assaultive Institutional Misconduct Report within past 12 months .......... 7    0
- Most Serious Institutional Misconduct Report: ____
- Date of Most Serious Misconduct Report: ____

H-3

D000001

PERFORMANCE IN TREATMENT PROGRAMS/WORK ASSIGNMENTS                                    Program Status: _____
    Completed all recommended program(s) AND is currently working ............................................... -2
    Completed some programs, is working and on waiting list for other recommended programs ... -1
    Enrolled in recommended program or no treatment recommended and is working .................. 0
    Medically discharged/excused or successfully completed all recommended programs ............ 0
    On waiting list for recommended program and work, due to lack of availability ...................... 0
    Dropped out or failed to complete or was dismissed from program and/or work prior to completion ... 2
    Unsuccessful (refused work and/or program participation) ..................................................... 3     __<u>  </u>__

RISK ASSESSMENT SCORE SUBTOTAL: __6__

SUPPLEMENTAL SCORING/TIME REMAINING: (to be applied in all cases where less than ten (10) years have been served)
    Has served at least 10 years ................................................................................................... 0
    Up to 4.99 years remaining to be served................................................................................ 1
    5 to 9.99 years remaining to be served .................................................................................. 2
    10 to 14.99 years remaining to be served .............................................................................. 3
    15 or more years remaining to be served .............................................................................. 4   __2__

FINAL RISK ASSESSMENT SCORE TOTAL: (Risk Assessment Score Subtotal plus Supplemental Score)   [ 8 ]

Risk Assessment Scale:  <u>Community/Minimum</u>   <u>Minimum</u>   <u>Medium</u>   <u>Maximum</u>
                             02 to 04         05 - 08        09 – 16      17 or more

Preliminary Security Level (Check scored security level)
_____ Community/Minimum     __✓__ Minimum     _____ Medium     _____ Maximum

OVERRIDES:
Mandatory Policy Overrides (MPO)
_____ Prior escapes (requires Maximum Security placement)
_____ Prior staff assaults (requires Maximum Security placement)
_____ 240 or more months remaining to serve (placement cannot go below Medium)
__X__ Offense is rated Highest Severity (placement cannot go below Medium)

Discretionary Overrides (increase level)                                  Discretionary Overrides (decrease level)
_____ Pattern of assaultive/predatory behavior in institutions and/or the community     _____ Time remaining to serve
_____ Documented membership in security threat group                     _____ Need for transition
_____ Protective Custody/Need for separation                             _____ Other
_____ Pending disciplinary actions
_____ Mental/Medical issues
_____ Other

Justification for override(s): __MPO__

_____
_____
_____

Recommended Security Level (Check recommended security level)
_____ Community/Minimum   _____ Minimum   _____ Medium   __X__ Medium/MPO   _____ Maximum   _____ Maximum/MPO

Comments: _____
_____
_____

_____                                  _____
Correctional Worker                                                 Date

Supervisor Signature and Comments
                              MAY 19 2006
_____                                  _____
Classification Officer/Unit Supervisor    Treatment Administrator    Date
Comments: _____

## CLASSIFICATION DECISION PAGE

Name: Wilson James                                SBI: 163663

RISK ASSESSMENT SCALE:
| | Community/Minimum −2 to 04 | Minimum 05 − 08 | Medium 09 − 16 | Maximum 17 or more |
|---|---|---|---|---|
| Enter Numeric Score | | 8 | | |

Override: [X] Yes [ ] No   If yes, briefly specify reason: MPO

Mandatory Policy Override Removal Approved By Warden/Designee _____   Date: _____

| | Present Classification | ICB or MDT Recommendation | IBCC Recommendation/ Decision | CICB Recommendation/ Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Med | con't | Appr | | |
| Housing | Merit | DCC | Rec. Appr | appd | |
| Job | Ed. Aide | W/A | Appr | | |
| Education | Acad | con't | Appr | | |
| Therapy | MHG | Greentree | Rec. Appr | appd | |
| Other | | | | | |
| Other | | | | | |
| Next Review Date | | Month Year 5/07 | Month Year 5/07 | Month Year 5/07 | |

MDT or ICB Members Present: Anderson   LT. Howard  Fisher       Vote: 2−0  Abstention: 0

MDT or ICB Chairperson: _____                                Date: 5/16/06

Comments: Due to MPO, security remains medium. The MDT recommends w/a job, Greentree North, and DCC housing.

IBCC Chairperson: _____                       Date: 5/30/06    Vote: 3−0  Abstention: 0
Override (include justification in comments) __ Comments:
Mr. Wilson has been requesting Greentree. Has too much time remaining for SCI. Greentree.

CICB Chairperson: _____                       Date: 5/31/06    Vote: 2−0  Abstention: 0
Override (include justification in comments) __ Comments:

IRCB Chairperson: _____                       Date: _____     Approved: ___  Disapproved: ___
Override (include justification in comments) __ Comments:

D00003