# EXHIBIT J

TO: Warden Rick Kearney

FROM: James Johnson - Merit West

RE: Conflicting Treatment Of Inmates

DATE:



Dear Warden Kearney,

    I write with regard to the racisiam that has been taking place here in the Merit building. Because of the potential for retaliation, this issue is continually swept under the rug due to fear. Below is a list of all persons who have been given all that has been requested by them and approved for said requests. Also, a list supplied below is the other side of the scale, those who have been den<u>ied</u> because of race. The <u>retaliation</u> has been shown in many <u>forms</u> to date, one (1) being the movement of Robert Saunders and the second (2) was James Wilson, those are the reasons that <u>no one</u> feels that they can speak up for the continuous misgivings.

- Robert Nichols - Given an Institutional Modification 2 years ago.
- W William Weedon - Put in for an Institutional Modification in 2005 and was put in again on 12-12-06.
- W Michael Clough - Went to the Key program with a Life Sentence.
- W Chester Marvel - Went to the Key program with a Life Sentence.
- Mark Reed - Went to the key program with a Life Sentence.
- Robin Amad - Went from the Kitchen, to the Gym, to Maintenance.
- W Jack Lovett - Got fired from T.E.M.P.O. and was able to remain in the building. He job hopped from the kitchen, to the Gym, then to a paid tutor.
- W Chip Taylor - Got fired from the cart position twice and never moved, then was given a job cleaning offices.
- W Thomas Townsend - Got caught with an open razor by Cpl. Stoltzenbach, which is automatic expulsion from the building, yet all he had to do was clean.
- W D. Mayhew - Got caught with an open razor by c/o Diaz with no consequences.

<u>NEVER OFFERED ANY TYPE OF JOB</u>

B Jerome Greene )
B Timothy Malloy )   **** These individuals were not
B Earnest Washington )   ever put in for any job in the

<u>ALLOWED TO SWITCH JOBS</u>

W Jack Lovett
- Robin Amad
W William Waltman

<u>NO GROUPS FOR THE PAST @ YEARS</u>

W James Clark
W Timothy Goodwin
W William Weedon
W William Waltman
~ Danny Quillen
~~W Tony Tilson~~
W James Conlow
- Robin Amad
W Chip Taylor
W John Lamborne

B George Jackson - Was turned down for the Law Library job, which was given to a person who has no experience at all.

B Pernell Collin - Told that he has too much time to get into the Key Program.

B D. Young - Was told that the Institution can't do another Modification because he already had one.

B Darwin Savage - Was told that an Institutional Modification can't be done in his behalf because he had a Rape charge in 1990.

B James Johnson - Was told that an Institutional Modification won't and wouldn't be done for him because "you would re-offend and people would ask me why I put you in".

B Jerry Weston - Was turned down for a tutors position.

B Craig Ellerby - Was refused a job in the Gym by Merit Counselor, so the Gym Officer had to send a letter to Ms. Ditto requesting him.

Warden Kearney, as you can see, the list included herein has given you an insight into the daily struggles that we must go through in dealing with a racist counselor here in the Merit building. It wouldn't be so much of a problem if in fact it was more on an equal basis, but as you see, it isn't equal by any stretch of the imagination.

Respectfully Submitted,

cc/jj
Internal Affairs
Pat Ditto
Jerry Borga
Commissioners Office
Stacey Xarhoulekos - D.A.G.