# EXHIBIT L

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, et al.,        )
                                )
    Plaintiffs,                 )
                                )
v.                              )   C.A. No. 05-399-JJF
                                )
STANLEY TAYLOR, et al.,         )
                                )
    Defendants.                 )

    Deposition of ANTHONY MORRIS taken pursuant to notice at the Sussex Correctional Institute, Georgetown, Delaware, beginning at 11:30 a.m. on Wednesday, June 20, 2007, before Robert Wayne Wilcox, Jr., Registered Professional Reporter and Notary Public.

APPEARANCES:

    ANTHONY MORRIS (pro se)
    SBI# 00300363
      Sussex Correctional Institute
      Georgetown, Delaware  19947
      for himself,

    STACEY XARHOULAKOS, ESQ.
    STATE OF DELAWARE DEPARTMENT OF JUSTICE
      820 North French Street - 6th Floor
      Wilmington, Delaware  19801
      for the Defendants.

CORBETT & WILCOX
230 North Market Street - Wilmington, Delaware 19801
(302) 571-0510

Corbett & Wilcox is not affiliated
with Wilcox & Fetzer, Court Reporters

Page 50

1  there.
2      A. See, right now, I mean, I don't really have it
3  all written down. I had it written down. But right now
4  I'm actually -- I'm lost right now about what's going on,
5  though.
6      Q. Okay.
7      A. I know you're questioning me, but I know you
8  ain't questioning me for the good. And I know it's for
9  the bad. So...
10     Q. Do you want me to come back to that question?
11     A. It's up to you. But I doubt I'm going to have
12 an answer for it.
13     Q. Okay. So you want me to just leave it?
14     A. It's up to you.
15     Q. Well, let's just move on.
16        So those are the two named defendants
17 left in the case that you have claims against.
18     A. Right.
19     Q. So looking outside of them, just in general,
20 how do you think you were discriminated against?
21     A. Number one, I thought it was a class action.
22 I look at it as being discrimination of being a black man
23 in Merit. That's how I look at it for them, because they
24 was in control of what was going on. Simple as that.

Page 51

1      Q. Okay. So in your view as a class action, you
2  just think that the black race in the prison is being
3  discriminated against?
4      A. Yes.
5      Q. Okay. Is there anything that's happened to
6  you specifically that causes you to think you've been
7  discriminated against?
8      A. Discriminate? Man, I've been getting
9  discriminated. Everything they do is discrimination,
10 man. Like when I was back there, I asked the counselor
11 can I -- well, I asked the sergeant -- the corporal back
12 there about this job. Nobody had the job as a tier man
13 job. He told me, well, he had to check. Then they had
14 this dude that just came from back there when he was back
15 there two months. And they gave the job to a white man.
16 And I been there for almost three years at that time. He
17 gave that job to him who just got back there. And I've
18 been working.
19        Usually you go by the system. If you've
20 been in this spot for a certain amount of time, then you
21 owe for that spot. You don't just come and somebody move
22 back there and you get in the spot before somebody else
23 get back there before you. Many times I've been
24 discriminated against.

Page 52

1      Q. Who was that officer that you asked?
2      A. Carmine. Corporal Carmine. He was a corporal
3  back in Merit, though.
4      Q. Do you know anything about the person who did
5  get the job?
6      A. Well, I know he just came back -- I know he
7  just came from Medium Building. I can't really -- I
8  don't really know his name, but I know they call him
9  "Raz."
10     Q. "Raz"?
11     A. Yeah.
12     Q. Do you know if he had disciplinary write-ups
13 or what kind of inmate he was or what kind of reputation
14 he had?
15     A. No. Not really. I just know he just came
16 from medium back to Merit and ended up getting the job
17 before I did.
18     Q. Do you think that Stan Taylor or Rick Kearney
19 had any role in whether or not you got that job?
20     A. I don't know.
21     Q. Anything else? Any other reasons why you
22 think you were discriminated against?
23     A. Man, it's -- no. Not really offhand.
24     Q. You told me about the most recent disciplinary

Page 53

1  write-up. What other write-ups have you received while
2  incarcerated?
3      A. That was the only write-up -- I beat one. For
4  fighting was the only write-up I had since I've been in
5  incarceration.
6      Q. Okay. So the one you beat we talked about
7  earlier. Then the fighting one recently?
8      A. Right.
9      Q. Okay. You haven't had any other smaller ones?
10     A. Oh. I remember one time once in the kitchen
11 I didn't go to work. But it was my day off, though. But
12 somehow they ended up putting my name on -- something
13 like that -- on my day off. And they ended up suspending
14 me or whatever. But that was it. I went back to the job
15 a couple weeks later.
16     Q. Okay. You didn't lose your job for that one?
17     A. No. Because it was my day off.
18     Q. Was that the one you beat?
19     A. No. This is another write-up that was like a
20 bull crap write-up.
21     Q. Okay.
22     A. I didn't beat it. I just got a little warning
23 for it. Put it like that.
24     Q. So were they a little more lenient, I guess?

Page 58

1  Q. Okay. So because of the presence of the
2  guards you think that it's assumed that it's considered a
3  bad side?
4  A. Man, they know it's the bad side. I mean, the
5  lieutenants and them, they don't actually come out and
6  say it, but they might like try to joke about it and act
7  like they be joking. But the whole time they be dead
8  serious. Like this is the bad side and stuff like that.
9  But it become a joke to them. But they want to think
10 it's a joke. But the whole time it be the truth, though,
11 what they be saying.
12  Q. Are there any other reasons why the east side
13 is better?
14  A. To be honest with you -- why it's better? I
15 guess because there's more white people over there
16 probably.
17  Q. Why does that make it better?
18  A. Why does that make it better?
19  Q. Mm-hmm.
20  A. I'm not saying that it do makes it better.
21 You know what I'm not saying? I'm saying -- it don't
22 matter -- I'm not saying because -- I'm saying what they
23 think.
24  Q. I'm going to go back and ask.

Page 59

1  Why is the east side considered better
2  than the west side? What other reasons?
3  A. I don't know. I guess because you -- to be
4  honest with you, I don't know if they claim they're --
5  basically, really no other reason really, though, except
6  for the simple fact that most of them are white over
7  there than black people. Nine times out of ten, you got
8  like people that have been down there a long time over
9  there anyway. You got like retirement folks over there,
10 so...
11  Q. You have people who are in for a longer period
12 of time --
13  A. Yeah.
14  Q. -- on the east side?
15  A. Yeah.
16  Q. Do those types of inmates have a tendency to
17 stay out of trouble more?
18  A. To be honest with you, not too many people get
19 in trouble back in Merit. You know what I'm saying? So
20 really I can't say that. Just the simple fact they
21 separated it. They want their sides. So they try to
22 like separate us.
23  Q. Is Merit better housing than anywhere else?
24  A. In a way you could say yeah. In a way you

Page 60

1  could say no. It depends on how you want to be.
2  Q. Do most inmates think that Merit is a better
3  place to be housed?
4  A. You got some people. Then you got some people
5  rather go back to the violent way they were living before
6  they went back there. It depends.
7  Q. Do you think it's a better place?
8  A. What: To be back in Merit?
9  Q. Yes.
10  A. The only thing really -- it's a nice better
11 place because it's two people in a cell. You know what
12 I'm saying?
13  Q. Do you personally think that Merit is better?
14  A. Oh, yeah. In a way it is and in a way it
15 ain't. I think, because, you know, you got two people in
16 a cell or whatever, you don't really have to be around a
17 whole bunch of noise and this and that. So, yes, I would
18 say it's probably better. It's supposed to be, anyway.
19  Q. In the complaint one of the paragraphs alleged
20 that prison officials maintain policies that deny black
21 inmates equal protection. Do you know what policies
22 they're referring to?
23  A. Can you say that again?
24  Q. In the complaint, paragraph 26 says Stanley

Page 61

1  Taylor and Warden Rick Kearney maintain policies that
2  deny black inmates equal protection. I was asking: Do
3  you know what policies they're referring to?
4  A. No, I don't.
5  Q. Okay. What damages are you specifically
6  alleging?
7  A. Hold on. Excuse me. My fault.
8  Q. Yeah.
9  A. The question you just asked me, it might be
10 talking about how Merit East and Merit West was being
11 separated in different people. I think that's where the
12 equal protection rights came at.
13  Q. Okay. Do you think there's some written
14 policy they're referring to? I guess what I'm trying to
15 grasp is where this idea of the policy came from.
16  A. I not really sure about that question.
17  Q. Okay. All right. What damages or injury are
18 you alleging?
19  A. Who?
20  Q. What kind of injury are you alleging? What
21 damages?
22  A. Who? Me myself?
23  Q. Yes.
24  A. Man, I'm not really sure about that question