# EXHIBIT N

Jose A. Serpa

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
JAMES A. WILSON, et al.,   )
                           )
     Plaintiffs,           )  C.A. No. 05-399-JJF
                           )
v.                         )
                           )
STANLEY TAYLOR, et al.,    )
                           )
     Defendant.            )
```

Deposition of JOSE A. SERPA taken pursuant to notice before Renee A. Meyers, Certified Realtime Reporter and Notary Public, in the Sussex Correctional Center, Georgetown, Delaware, on Thursday, June 28, 2007, beginning at approximately 11:55 a.m., there being present:

APPEARANCES:

    DEPARTMENT OF JUSTICE
    STACEY XARHOULAKOS, ESQ.
      820 North French Street, 6th Floor
      Wilmington, Delaware  19801
      for Defendants.

CORBETT & WILCOX
Registered Professional Reporters
230 North Market Street     Wilmington, DE 19899
(302) 571-0510
www.corbettreporting.com
Corbett & Wilcox is not affiliated
with Wilcox & Fetzer, Court Reporters

Page 10

1  You know, you might see a lieutenant, he might come and
2  be like, I trashed your grievance; it was
3  non-grieveable.
4      So it was like -- so we filed it through them,
5  sent emergency grievance, sent it straight through the
6  warden's office, and nothing happened.
7      Q. Were the grievances based on religious
8  discrimination or racial discrimination?
9      A. Religious and racial.
10     Q. Did you specifically file a grievance alleging
11  racial discrimination?
12     A. Yes.
13     Q. Do you recall when?
14     A. Let's see. I left -- I left the Merit building
15  in, I think it was like April 7th of last year, and I
16  filed one there because I was going up for another job
17  and I was working at the kitchen, and I was going for a
18  job at the gym and at the medical --
19     Q. I am going to stop you one second. April of last
20  year would have been April of '06?
21     A. I left -- '05 when I left.
22     Q. Go ahead.
23     A. And I filed for, I think it was like '05, I filed
24  for another job and the counselor told me that she is

Page 11

1  going to -- you know, I have a problem with the kitchen
2  job and all that, I cut my finger and got burnt several
3  times, so she was like she was going to help me get
4  another job.
5      So this new guy came to the building, in the
6  tutoring job, so she was like -- well, since I came in
7  and I got a little bit of college education since I have
8  been here taking correspondent courses, so the guy, he
9  came in the building, he been in the building like --
10  you get jobs if you have been here long enough and if
11  you qualify, so I filled resume and all that stuff out.
12  This guy, he come in the building, he been here like a
13  week, you know what I mean, he go talk to her, This is
14  some of my boys, I know them, this and that, back and
15  forth, they are talking.
16     Next thing you know, they telling me, We can't
17  get you the job; we gave the job to him. I am like,
18  What's the reason? She was like, You are not qualified
19  for it. I have -- all you need is a G.E.D. to get a
20  job. I have a G.E.D. I am a credit away from getting
21  my high school diploma and I have college courses under
22  my belt. So she was like, You are not qualified. But
23  this guy, he was working on his G.E.D. and she gave him
24  the job.

Page 12

1      Q. Do you know who that was?
2      A. No. I don't remember his name, ma'am.
3      Q. What race was he?
4      A. He was white, Caucasian.
5      Q. Do you remember what he looked like?
6      A. No. He is still working back in the school. He
7  was an older guy.
8      Q. And, so, what makes you think that that decision
9  was based on your race?
10     A. Because he knew -- I am saying -- it was, like,
11  he knew all the people in the building at the time. He
12  was, like, friends with Stolzenbach and all them, and
13  she was like, I am not a friend of yours, and then she
14  was like, You are not qualified. So if my education
15  don't qualify, what is the reason they don't qualify me?
16  I asked her, and in return for me asking this question,
17  I was threw out the building. They told me, Since now I
18  don't have no job and because, you know, the lawsuit and
19  all that is going on, I was talking to the counselor,
20  she said, You are no longer permitted in this building
21  because you are not working. They kicked me out of the
22  building. The grievance I put in, I never got no answer
23  back.
24     Q. What building are you talking about?

Page 13

1      A. The Merit building.
2      Q. And you said that he was -- the guy who got the
3  job was friends with everybody?
4      A. Yes. Like, he knew most all the C.O.s. He been
5  down a while.
6      Q. You think that's why he got the job?
7      A. Yes.
8      Q. Do you think that this decision about whether or
9  not you got the job made its way up to the warden or the
10  commissioner?
11     A. I put an emergency grievance in and I know that
12  goes straight to the warden's office. And if you left
13  the building, I don't know, but I had filed another
14  grievance and they told me it will take six months to
15  hear back and it's been two years since I heard. I
16  haven't heard nothing back and it been over two years.
17     Q. Do you remember the dates of these grievances?
18     A. No, ma'am.
19     Q. Do you recall that I requested those grievances
20  in the requests I sent you?
21     A. Yes.
22     Q. Do you have copies of them?
23     A. The grievances? No. You are not allowed to
24  photocopy. We are not -- we don't have photocopy and

Jose A. Serpa

5 (Pages 14 to 17)

Page 14

1  the staff won't photocopy nothing for us.
2     Q. And these were all related to your job?
3     A. Yes.
4     Q. And did you say, in the grievance, that you -- I
5  mean, what did you grieve? What did you ask for? What
6  remedy did you ask for?
7     A. I just grieved on there about how I be getting
8  judged by what job I am qualified for and what jobs I am
9  not qualified for. When they, like, when they post the
10 jobs on the board, they put everything what you need to
11 qualify and how you need to go about doing it, so I did
12 all this. I even have some of the people that was there
13 help me out, you know what I mean, make sure my thing
14 was all right. I sent it in, they told me I wasn't
15 qualified or whatever. They told me, Because I didn't
16 have a job, I could no longer be in the building, and
17 that's, like, un-qualifying me for my job because I am
18 no longer Merit status.
19    Q. What job did you have before that?
20    A. I worked in the kitchen.
21    Q. Did you lose that job?
22    A. I was sick. I cut my hand. They said they was
23 having too many medical problems with me. You can see
24 on my hand, I got a big gash. It was wrapped up. And

Page 15

1  you don't -- me, personally, I am not going to let
2  nobody work over my food with open cuts on my hand. So
3  I was sick and then I showed them my hand and it was
4  still, like, pussing, and the C.O. at the time who was
5  working in the kitchen said, Well, if you can't work
6  today, because we need you because we are short of
7  staff, ain't no need for you to come back. Contact the
8  building, told the sergeant, and I think his name was
9  Sergeant Yuengling, contact him, and then sent a file to
10 -- a note to my counselor on the file, and said I am
11 terminated.
12    Q. Because of your injury?
13    A. Yes.
14    Q. And, at that time, is that when you applied for
15 the tutoring job?
16    A. I applied for it before that.
17    Q. At what point were you moved out of the Merit
18 building?
19    A. Probably like three days after I lost my other
20 job.
21    Q. Was this before you had the final decision on the
22 tutoring job?
23    A. Yes.
24    Q. So, it sounds like you were moved out of Merit

Page 16

1  because you lost the kitchen job?
2     A. That's what they said, but I didn't have my -- I
3  heard my hearing for the write-up -- you get your
4  hearing for the write-up and then you go appeal it, you
5  know what I mean, so when Lieutenant Hollis came and
6  talked to me, he was like, you know, he is going to talk
7  to you and find out what's going on. He asked me, Have
8  I been to medical? I am like, Yes. They contacted
9  medical.
10       Come to find out that I had a medical slip in to
11 go to medical -- this is April 1st, it was on a
12 Saturday. I went to medical and I filed a grievance
13 about the situation. I go to medical, they tell me -- I
14 come back to the building, Pack up, you are moving.
15 They moved me. And then I am like, What happened? I
16 never finished my write-up. I said, I will at least get
17 a chance to put an appeal in. They said, You no longer
18 hold a job and you are taking up bed space, and moved me
19 out of the building.
20    Q. So it sounds to me, from what you have told me,
21 that you have a lot of issues about whether or not you
22 should have gotten the tutoring job, you feel someone
23 else got it because of favoritism, and then you are
24 concerned about that you lost the kitchen job and were

Page 17

1  moved out of Merit even though you were grieving that
2  loss of that job.
3        I'd like you to just tell me how this ties into
4  race.
5     A. Because it's on the west side. The west side is
6  where they put all, like, the blacks and Hispanics. You
7  are -- and the -- they call them the rejects from the
8  east side. If you was on the east side and you was
9  Caucasian and you started trouble or if you had, like, a
10 problem with the other C.O.s, like we had one guy got
11 caught with a cigarette lighter, so they took him and
12 moved him over here. Well, you go live with them. And
13 then our side was called the hood. So that's how they,
14 like, basically, like, name of the buildings, east side,
15 which was mainly whites, you know, the west side was
16 mainly black and Hispanics and whoever, like, was the
17 trouble on the east side. And if you get in trouble
18 over there -- whatever happened, you get in trouble over
19 there, that's what happened, you get kicked out of the
20 building. You get in trouble over that side, you know,
21 on the other side, which is mainly all Caucasians,
22 nothing happen to you. So it was like --
23    Q. What I am trying to do is tie in specifically
24 what we were talking about -- we are getting a little

Page 18

far now. We were talking about your kitchen job and your tutoring job that you were applied for. And I am trying to tie that into how you think that all means you were discriminated against.

A. Because it never happened to other people. People, they lost their job and they get another job. Like, for instance, a guy Jackie Lovett, he lost his job as a Tempo tutor. He live on the east side. He is Caucasian. They give him a job in the kitchen, kept him in there for like two weeks, and then they gave him another job. So if they get treated -- he get treated one way and I get treated another way, so that's basically telling you right there how things are going. If a Caucasian lose their job, they put them in another spot. Well, we will put you here and then we will move you here.

Q. Do you know what the circumstances were that -- why Jackie got the job?

A. I think he got caught stealing.

Q. So, he lost his job for stealing?

A. Yes. I think he got caught stealing folders, if I recall that right.

Q. And do you know why -- he lost his job from the kitchen because of stealing?

Page 19

A. He lost his job from the Tempo program.

Q. And then he was moved to the kitchen?

A. Moved to the kitchen and then he was given a gym job.

Q. And that gym job, did you apply for that job?

A. Yes.

Q. At the same time that he did?

A. No. Way before he did.

Q. Why were you told you didn't get the job?

A. I was still on hold. I was still waiting to go through an interview.

Q. Do you have reason to believe that if a white inmate worked in the kitchen and had his hand cut, that he wouldn't have lost his job?

A. Yeah.

Q. Why?

A. Because it happened.

Q. Who?

A. I seen Jackie Lovett, same guy, burn his hand, and he got the gym job.

Q. No, I mean from the kitchen.

A. Yeah. He was in the kitchen. He was the baker. When he was there, he burned his hand. Then they took him out of the kitchen and gave him the Tempo job. I

Page 20

cut my hand on the slicer, it took me almost two months to heal it, and they still tell me I had to work in the kitchen and I am not qualified for the tutoring job. How? I don't know.

Q. Did you apply for the gym job before your kitchen job or after? When was that?

A. After. You are only allowed to get the jobs when the openings come. And being in the building where, like, the Merit building, this is like lifers, you know, they got to have a lot of time. Like, Merit building was for if you got over two years, you can go. But now they done broke it up where if you have a year or less -- if you have a year or more, you can go. It's not just a lifer building anymore. It was first for lifers. And all the guys, like Jackie Lovett and all them was lifers, so they try to keep them, you know, pacified by giving them what jobs they need.

Q. What if I told you that three of the plaintiffs in this case I deposed already told me that they were housed on the east side and they were all African-American.

A. That was probably after the grievance was put in, after the grievance and all this motions, that they were probably housed on the east side. I can name people --

Page 21

James Williams was housed on the east side, the guy who started the lawsuit. He was housed on the east side. So he know firsthand what was going on. I was housed on the west side.

I know several other guys who signed off was housed on the east side, and, mainly, the reason why they signed off was because there was fear of retaliation from the guards, from getting set up, finding some "Top" in your room, you know, finding C.O's come shake you down and they might find a magazine you get through the mail and say it's too revealing, write you up for a Class I, send you to the hole. Now you done lost your bed space. After you are found not guilty, you lose your bed space and you can't come back to Merit because of that write-up.

Q. Now, Mr. Wilson was in the east side before the litigation.

A. Yes.

Q. Now, who calls the west side the hood?

A. The staff.

Q. Do the inmates?

A. No.

Q. Do they have other nicknames?

A. No. It's just the west side. The staff call it

Jose A. Serpa

7 (Pages 22 to 25)

Page 22

1  the hood.
2  Q. And who calls the east side what?
3  A. The suburbs. He is retired. He was an older
4  guy. He used to call it suburbans because he would go
5  over there and it's peaceful and it's quiet. And then
6  he come over there -- he used to call it the west side,
7  he used to be like, the hood.
8  Q. Is that one guard?
9  A. No. I know Diaz, but I don't know where he at,
10 and I know Stolzenbach, but I am saying the main guy who
11 said that every time he come over, like, Oh, they got me
12 working the hood today. We have staff members, security
13 staff, who they bicker amongst each other because they
14 don't want to work there. So now they just got -- the
15 regular staff who work the west side is Miss Brown and
16 -- I forgot the other guard name, but it's all black
17 guards working that side. Where only, like, on their
18 day off, we get, like, one Caucasian staff and that was
19 C.O. Fink. Diaz might fill in every now and again, and
20 he will come over there, shake your tier down because he
21 got issues. I think he was part of the lawsuit. I
22 don't know.
23 Q. Are you saying the correctional officers are
24 discriminated against, too?

Page 23

1  A. Yes.
2  Q. By who?
3  A. Are discriminating against us. They come on and
4  they, like, discriminate, calling, Yo, this is the hood
5  and all that, so they treat us how they see us.
6  Q. You are just saying that there is only black
7  officers?
8  A. Yeah. The west side block, when I was back
9  there, was only ran by black staff members.
10 Q. So why does that matter?
11 A. The Caucasian staff don't want to work the west
12 side. They said they don't want to work the hood.
13 Q. Did they tell you that?
14 A. Yes.
15 Q. Who?
16 A. Corporal Diaz.
17 Q. Corporal Diaz told you that he doesn't want to
18 work in the hood?
19 A. Yes.
20 Q. Did he tell you that that was because of race?
21 A. He said because he don't like working over there.
22 And we asked him why. He said, Because you all don't
23 know how to act. Like I said, the west side is just all
24 the black people or whites who have been rejected from

Page 24

1  the east side because they got caught up in stuff.
2  Q. But there are black inmates on the east side,
3  too. We just talked about that.
4  A. Yes. I said the ones that was in the lawsuit
5  that got signed off because they feared retaliation
6  because they don't want to go back to the medium
7  building. So they signed off, because if they don't,
8  then they fear retaliation by shake downs and getting
9  set up or getting moved out for a bunch of nothing.
10 Q. Did Corporal Diaz ever say that he didn't want to
11 work there because there were black inmates there?
12 A. No, not personally. He never personally told me
13 that he never want to work there because of blacks. He
14 said he don't like working in the hood.
15 Q. The complaint alleges that there are policies --
16 let me read the complaint. As I told you before, the
17 defendants that are left are Stan Taylor and Warden
18 Kearney. And it says, in reference to them, that they
19 maintained policies that denied black inmates equal
20 protection, due process, classification, and job
21 opportunity. Now, as I already told you, all those
22 other claims have been dismissed except for the equal
23 protection.
24    So my question is: Do you know what policies the

Page 25

1  complaint is referring to?
2  A. No.
3  Q. Have you ever met Stan Taylor or Rick Kearney?
4  A. I seen them pass through on the compound.
5  Q. Have you ever talked to them?
6  A. No. If you talk to anybody higher than a C.O.,
7  you are getting a write-up for unauthorized
8  communication.
9  Q. Well, some other plaintiffs have told me that
10 they have initiated conversations, so in any context,
11 have you --
12 A. Never.
13 Q. Do you know why -- we might have touched base on
14 this a little bit -- do you know why they might have
15 been named in the lawsuit?
16 A. No.
17 Q. This is something that I am asking everyone
18 because after some plaintiffs become aware of where the
19 lawsuit stands and that a lot of defendants are out,
20 they no longer want to participate in it, so my question
21 to you is whether you still want to pursue the
22 litigation as it stands?
23 A. Yes.
24 Q. We talked about grievances.