# EXHIBIT O

## DEPARTMENT OF CORRECTION

### REQUEST FOR INMATE ASSIGNMENT, REASSIGNMENT, OR TERMINATION

Request that Inmate <u>Jose Serpa</u>, SBI # <u>00350322</u>, be classified as follows:

**TYPE OF ACTION:**

☐ New Assignment:  _____
(Starting Date)

☐ Reassignment from:  _____
(Activity and Location)

☒ Termination:  <u>04/01/06</u>     From:  <u>Kitchen</u>
(Date)                    (Location)

Reason:   Class II write up/ failure to obey order, disrespect/ poor work
performance

Is a replacement needed?   ☐        ☐
(Yes)     (No)

**IF NEW / RE-ASSIGNMENT, HIS/ HER ASSIGNMENT WILL BE:**

PROGRAM/ PROJECT  _____
JOB TITLE  _____              CLASS:  _____     STEP:  _____
LOCATION  _____
ACTIVITY POS. #  _____
SECURITY STATUS  _____
SHIFT  _____

<u>Bethany Evans</u>                                                      04/01/06
(Activity Supervisor and/ or Security Monitor)                    (Date)

Distribution:
   Merit Counselor, Merit Lts, Donna Tregoe

| MDT ACTION: | ☐ Recommended | ☐ Not Recommended | Reason: _____ |
|---|---|---|---|
| _____ | _____ | | |
| (Area) | (Date) | | |
| | | Chairperson: _____ | |

| ICC ACTION: | ☐ Recommended | ☐ Not Recommended | Reason: _____ |
|---|---|---|---|
| _____ | _____ | | |
| (Area) | (Date) | | |
| | | Chairperson: _____ | |

FORM # 314

| Disciplinary# 6172 | SCI Sussex Correctional Institution PO Box 500 GEORGETOWN DE, 19947 Phone No. 302-856-5280 | Date: 04/05/2006 |
|---|---|---|

## DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | Housing Unit MERIT | | IR#: 12919 | | |
|---|---|---|---|---|---|---|
| SBI# | Inmate Name | | Inst. Name - | Location Of Incident | Date | Time |
| 00350322 | Serpa, Jose A | | SCI | KITCHEN | 04/01/2006 | 03:00 |

Violations: 2.05 Disrespect, 2.06/200.108 Failing to Obey an Order

Witnesses:1. N/A                         2. N/A                         3. N/A

### Description of Alleged Violation(s)

I/M Serpa Reported To Work Today Without His Sick Call Slip To Be Cleared To Work. Any Inmate That Does Not Report To Work Must Get A Slip From Medical To Be Cleared To Come Back. I/M Serpa Stated That He Didn'T Want To Pay The Cost To Go To Medical, Therefor He Didn'T Have A Sick Slip. R/P White Ordered Serpa To Get To Work While I/M Serpa Stood In Place, Raised His Voice, And Became Argumentative. After Many Write Ups And A Poor Evaluation Recently, Serpa Will Be Terminated From The Kitchen.

Reporting Officer: White, Wenston  (FS Specialist I & II)

### Immediate Action Taken

Immediate action taken by: White, Wenston -FS Specialist I & II

N/A

### Offender Disposition Details

Disposition: N/A                    Date: N/A         Time: N/A        Cell secured?  No

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: [x]    Disapproved: [ ]    Approved By: Flaherty, Gerard C (Shift Commander - Large Inst.)

Comments: To Lt. Hollis

### Shift Supervisor Details

Date Received:              Time:              Received From: __

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

_____
Flaherty, Gerard C (Shift Commander - Large Inst.)

I have received a copy of this notice on DATE:_____ TIME: _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____    Offender: _____
                                                        Serpa, Jose A