# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES WILSON, et al )
)
Plaintiff, )
)
v. ) C.A. No. 05-399-JJF
)
STANLEY TAYLOR, et al. )
)

### AFFIDAVIT OF TOM CARVEN

1. I am employed by the State of Delaware, Department of Correction at the Sussex Correctional Institution ("S.C.I."), in Georgetown, Delaware as a Recreation Program Leader. I have been employed by the Department of Correction for __28.5__ years. My duties include __All phases of security and recreation of the gym area__ and have held this position since ____1997____.

2. A position held by an inmate in the gym at S.C.I. would be as a recreational aide.

3. Jose Serpa was never considered nor did he ever ask to be considered for a position as a recreational aide in the gym during his incarceration at S.C.I.

9. I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

_____
Tom Carven

SWORN AND SUBSCRIBED before me this __19__ day of July, 2007.

_____
JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007