| **JOSEPH R. BIDEN, III**<br>Attorney General |  | **DEPARTMENT OF JUSTICE** |
|---|---|---|

| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19904<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE 19947<br>(302) 856-5353<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

**PLEASE REPLY TO:**

[New Castle County Civil Division]

July 26, 2007

The Honorable Joseph J. Farnan
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

                    Re:  *Wilson, et al. v. Taylor, et al.*
                            C.A. No. 05-399-JJF

Dear Judge Farnan:

      A pretrial conference is scheduled in this matter on October 4, 2007. Counsel for Defendants respectfully requests that this date be postponed until after October as counsel will be on leave for most of the month of October.

                                                         Respectfully,

                                                            /s/ Stacey Xarhoulakos

                                                           Deputy Attorney General

      cc:      Plaintiffs