IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, et al., :
:
      Plaintiffs, :
:
v. : Civil Action No. 05-399 JJF
:
COMM. STANLEY TAYLOR, et al., :
:
      Defendants. :

### O R D E R

WHEREAS, Counsel for Defendants filed a letter (D.I. 189) to request the October 4, 2007 Pretrial Conference be postponed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The October 4, 2007 Pretrial Conference is cancelled.

2) A Pretrial Conference will be held on **Thursday, November 1, 2007 at 2:30 p.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

3) The Attorney General for the State of Delaware shall make all arrangement for guards and transportation to and from place of incarceration of Plaintiffs, who are in State custody, in order for Plaintiffs to attend all stages of trial and pretrial. The Attorney General shall also arrange for all other witnesses in State custody or employed by the State to

attend trial and testify as to the issues set forth above.

    4) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

July 27, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE