IN THE United States District Court
For The District of Delaware

James A. Wilson )  C.A. No. 05-399-JJF
   Plaintiff,      )  Jury Trial Requested
v.              )
Stanley Taylor, et al )

FILED
AUG -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff Answer to Summary Judgment
with Cross motion for Summary Judgment

Comes Now, Plaintiff James A. Wilson, hereby move this Honorable Court to enter an order denying Defendants motion for Summary Judgment and granting Plaintiff motion for Summary Judgment. In support of the motion, Plaintiff states the following:

Wherefore, Plaintiff respectfully request that this Honorable Court enter an order dismissing Defendants motion and granting Plaintiff motion.

Dated: 7/29/07

James A. Wilson
James A. Wilson
1181 Paddock Rd Smyrna DE
19977  D.C.C.

I/M: James Wilson
SBI# 163663   UNIT D-West
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
J. Caleb Boggs building
844 King St.
Lockerbox 18
Wilm, De. 19801