IN THE UNITED STATES District Court
FOR THE District of Delaware

JAMES A. Wilson,
           Plaintiff,

v.

Stanely Taylor, et, al

C.A. No. 05-399-JJF

<u>AFFiDavit of James Akwilsone)</u>

I, JAMES Wilson, having been duly sworn by
LAW, do hereby depose And state As Follows:

1.) I was denied Equal protection, and was discrim-
inated against, Along with Retalitory Actions
From Mike Deloy (Warden) And Rick Kearney
Chief For The Bureau of prisons.

2) % karl Ponline informed me that the institution
was trying to move me because I wrote grievances
my 1st Amesdment to Right.

3) Mike Deloy informed me that I was not
goin) back to merit building And that they
did not know what they was going to do
with me.

4) I informed Corp. V. Watson that an inmate by
Name of Chris Waller told me that % Diaz

told him that if he found any information out about her he would bring him in some food.

5.) Warden Mike Deloy Approved my movement to A.S.U.H.

6.) Corp. Stolezanbach wrote me up a Black inmate and did not write up two white inmate.

7.) I wrote a grievance and talked to LT/Hollis who informed me that Corp. Stolezanbach can write up who he want and not write up who he want (meaning Black and white inmates).

8.) Warden Rick Kearney was notified and nothing was done see grievances.

9.) S.C.I. is practicing unfair policy toward black inmates when it comes to classifications, jobs, and housing.

James a. Wilson

Subscribed to before me this 2nd day of August 2007

Timothy J. Martin
Notary Public

commission expires: June 14, 2008

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JAMES WILSON, et al )
                            )
         Plaintiff,         )
                            )
       v.                  )      C.A. No. 05-399-JJF
                            )
STANLEY TAYLOR, et al.      )
                            )

## AFFIDAVIT OF RICK KEARNEY

I, Rick Kearney, having been duly sworn by law, do hereby depose and state as follows:

1.     I am employed by the State of Delaware Department of Correction ("DOC") as the Bureau Chief for the Bureau of Prisons. At all times relevant to the allegations in the Complaint, I held the position of Warden at Sussex Correctional Institution. ("SCI"). I held that position from _January_1994_____ until _February_2007_____.

2.     I have read the plaintiffs' complaint and dispute the allegations therein.

**Retaliation Claim**

3.     Plaintiff Wilson was transferred from the Merit Building in March of 2006. Wilson was transferred because of an ongoing investigation involving multiple parties. I assigned Staff Lt. Earl Messick to conduct an institutional investigation and report his findings to me.

4.     Staff Lt. Messick conducted the investigation and interviewed several parties, including James Wilson. I reviewed the results and made the determination that Wilson could not be returned to the Merit Building.

5.     This determination was made because of the findings from the investigation. Wilson was not transferred for writing grievances. Wilson was transferred for legitimate security reasons within the institution.

6.      Wilson wrote to me in April of 2006 (letter attached hereto as Exhibit H-1) regarding his classification and status.  I responded by memorandum (attached hereto as Exhibit H-2) on May 5, 2006 and informed him that his classification and status would be determined upon conclusion of the investigation.

7.      The investigation results were submitted to me in May of 2006 and Wilson was classified by the Multi-disciplinary Team ("MDT") to the Delaware Correctional Center ("DCC.") Greentree program on May 31, 2006 (attached hereto as Exhibit H-3).  This classification was approved and Wilson was transferred to DCC on June 6, 2006.

**Equal Protection Claims**

8.      SCI. does not maintain policies that racially discriminate.  Classification, security level, employment, treatment, programming, education, and disciplinary decisions are all subject to a multi-level process and review within the institution.  The process requires approval or denial at several levels, each involving different staff, including treatment workers, correctional officers, and administrative level workers.  Race does not play a factor in any decision made at any level.

9.      I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

_Rick Kearney_
Rick Kearney

**SWORN AND SUBSCRIBED** before me this _20th_ day of July, 2007.

_Christine S. Dulin_
Notary

Christine S. Dulin
My Commission Expires
August 18, 2007

RECEIVED

MAY 0 1 2006

SCI WARDEN'S OFFICE

IN THE Name of AllaH, THE Beneficent, THE merciful,

AS-Salaam-Alaikum                              4/29/06
( Peace be unto you)

        may this letter Find you in the best of health,
mentally, physically and spiritually.

        This letter is to inquire About why am I still placed
in the P.I. build? Also, how long is this investigation?

        THere is a room in the merit building open and I
request and suggest that I be given this room

        Firstly, I have done nothing wrong to be moved from the
merit/building.

        Therefore, my Rights to procedural Due Process is being
violated, see Brown v. Plaut, 131 F.3d 163, 169 (D.C.Cir 1997)
inmate's placement in Administrative segregation would violate
due process clause if inmate had liberty interest in avoiding
segregation and inmate did not receive due process)

        Harper v. Young 64 F.3d 563, 566 (10th Cir. 1995)(inherent constitution.
liberty interests arise when prisoner has acquired substantial
freedom such that deprivation requires due process protection).

        Right to Equal treatment: I know that there was a
inmate under investigation in the merit building and
his room (cell) was held for him and when he was

                                                        D00409

                    H-1

Exonerated he was given his exact cell back and his investigation did not exceed the exact limits of investigation

See Dewalt v. Carter, 224 F.3d 607, 619 (7th Cir. 2000)
Also, Atkinson v. Taylor, 316 F.3d 257, 270, 3d Cir. 2003)

Inmate Wilson is not being equally Treated when it comes to investigation as other inmate has been.

Lastly, because I told the truth I should not have been Retaliated Against. I was moved for speaking the Truth not an investigation, Therefore, I was being Retaliated against.

See Cornell v. Woods, 69 F.3d 1383, 1387, (8th Cir. 1995)
(1st amendment implicated because prisoner Alleged Transfer in Retaliation for cooperating with misconduct investigation of prison guard).

Prison officials may not retaliate Against a prisoner for exercising his First amendment Right.

My liberties has been taken from me and you have the authority to Restore them back. I'm asking to be moved back to the merit building And restored All liberties.

James A. Wilson
cc: Deputy Warden
    Ben Schwartz Esq.

D00410

# Memorandum

**Date:** 5/5/2006

**To:** James Wilson

**From:** Warden Kearney  *R. K.*

**RE:** Correspondence

I received your letter dated April 29, 2006. Your classification and housing will be determined at the conclusion of the investigation that is being conducted by S/Lt. Messick.

Cc. S/Lt. Messick

P. Ditto

5/5/2006                                                                                    1

H-2                                                    D00408

PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** WILSON, JAMES A J | | **SBI#** : 00163663 | | **Institution** : SCI | |
| **Grievance #** : 17639 | | **Grievance Date** : 09/19/2005 | | **Category** : Individual | |
| **Status** : Non Grievable | | **Resolution Status :** | | **Resol. Date** : | |
| **Grievance Type:** Staff Issues | | **Incident Date** : 09/19/2005 | | **Incident Time :** 00:01 | |
| **IGC** : Atallian, Michael J | | **Housing Location :** Bldg V, Tier C, Cell 6, Top | | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that Cpl. Stolzenbach pulled his mace on him for no reason. Says he yelled in his face for no reason. He is constantly harrassing me about the clasroom, last time told me to shut up. It appears nothing is being done by his continued harrassement, and I'm beginning to believe that his disrespectful actions towards me is because I am black or a muslim. I have yet to see him get loud with a white inmate or show disrespect towards them.

**Remedy Requested** : I want harrassement charges filed against him immediately and I want a restraining order against this officer.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Hollis, James W |
| **Grievance Amount :** | |

D00089

SCI  Sussex Correctional Institution                                      Date: 03/07/2007
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 17639 | **Grievance Date** : 09/19/2005 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 09/19/2005 | **Incident Time :** 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | |

### INFORMAL RESOLUTION

**Investigator Name** : Hollis, James W                    **Date of Report** 09/22/2005

**Investigation Report :** action is beyond the scope of my power, however, Cpl. Stolzenbach has been told when he has a
problem with an inmate to write him up.

**Reason for Referring:**

**Offender's Signature:**_____

**Date** :_____

**Witness (Officer)** :_____

D00090

SCI Sussex Correctional Institution    Date: 03/07/2007
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WILSON, JAMES A J | SBI# : 00163663 | Institution : SCI |
| Grievance # : 17639 | Grievance Date : 09/19/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 09/19/2005 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : Bldg V, Tier C, Cell 6, Top | |

### IGC

Medical Provider:                        Date Assigned

Comments:
Supervisor made aware of complaint.

Action requested is not withing scope of grievance procedure.
4.4 is an administrative remedy only.

[ ] Forward to MGC          [ ]    Forward to Medical Provider      [x]    Warden Notified

[ ] Forward to RGC          Date Forwarded to MGC :      09/25/2005

[ ] Offender Signature Captured      Date Offender Signed      :

D00091

SCI Sussex Correctional Institution                                    Date:03/07/2007
P.O. Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 17878 | **Grievance Date** : 09/19/2005 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 09/19/2005 | **Incident Time :** 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that Cpl. Stolenbach pulled his mace on him and yelled in his face for no reason. Says he constantly harrasses him, and last time told him to shut up. Says he believes he is picking on him because he is black or a muslim. Says he does not yell at white inmates.

**Remedy Requested** : I want harrassement charges filed against him immediately, and I want a restraining order against this officer.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : |
| **Grievance Amount :** | |

D00094

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WILSON, JAMES A J | SBI# : 00163663 | Institution : SCI |
| Grievance # : 17878 | Grievance Date : 09/19/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 09/19/2005 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : Bldg V, Tier C, Cell 6, Top | |

### IGC

Medical Provider:                             Date Assigned

Comments:
Duplicate issue see case #17639

[ ] Forward to MGC            [ ]    Forward to Medical Provider      [x]    Warden Notified

[ ] Forward to RGC            Date Forwarded to MGC :        09/27/2005

[ ] Offender Signature Captured        Date Offender Signed        :

D00096

GEORGETOWN DE, 19947
Phone No. 302-856-5280

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

Offender Name : WILSON, JAMES A J

SBI# : 00163663

Institution : SCI

Grievance # : 17878

Grievance Date : 09/19/2005

Category : Individual

Status : Non Grievable

Resolution Status:

Inmate Status :

Grievance Type: Staff Issues

Incident Date : 09/19/2005

Incident Time : 00:01

IGC : Atallian, Michael J

Housing Location :Bldg V, Tier C, Cell 6, Top

### INFORMAL RESOLUTION

Offender's Signature:_____

Date : _____

Witness (Officer) : _____

Page 2 of 3

D00095

FORM  #584

## GRIEVANCE FORM

RECEIVED

NOV 1 7 2005

SCI GRIEVANCE CHAIRMAN

FACILITY: Georgetown (S.C.I.)        DATE: 11/07/05

GRIEVANT'S NAME:   James Wilson      SBI#: 163663

CASE#:    20008                      TIME OF INCIDENT:

HOUSING UNIT: Merit/East

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

on the above date I received a write-up for non-dangerous contraband
However, there were two other inmates whom are white who did not receive write-ups
for the contraband that was found in there room.
It was Cpl. Stolzenbach who wrote me and my cell-mate up. This officer
has been Grieved by me in the past for harassment because I"m a Muslim
and because I'm black. This only gives credence to my last grievance which
stated that I'm yet to see Cpl. Stolzenbach write up, yell or disrespect a
white inmate. All of this has been done under the acceptance of other
Superiors. Cpl. Stolzenbach has demonstrated bias and racial profiling and
nothing has been done about it. This is my second Grievance concerning this iss:

ACTION REQUESTED BY GRIEVANT: Would like for officer to take Racial Discrimination (
ıss along with his superiors who allow him to display such behavior. His action
reflects the Departments Mentality when it comes to black Inmates.

GRIEVANT'S SIGNATURE: James a. Wilson        DATE: 11/0 /05

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____ (YES)    _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: 11/07/05

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

INSTITUTION FILE
GRIEVANT

April '97 REV

B-00101

SCI Sussex Correctional Institution
P.O. Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/07/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 20008 | **Grievance Date** : 11/07/2005 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Disciplinary | **Incident Date** : 11/07/2005 | **Incident Time** : 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location** : Bldg V, Tier C, Cell 6, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate states that he was shookdown by Cpl. Stolzenback, along with two other cells, says that contraband was found in all 3 cells, but only him and his cellmate were written up, says the other inmate were white.

**Remedy Requested** : Would like for officer to take racial discrimination class along with his superiors who allow him to display such behaviors.

## INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO          **Date Received by Medical Unit :**

**Investigation Sent :**          **Investigation Sent To** :

**Grievance Amount :**

**Page 1 of 3**

B00102

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 20008 | **Grievance Date** : 11/07/2005 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Disciplinary | **Incident Date** : 11/07/2005 | **Incident Time :** 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | |

| INFORMAL RESOLUTION |
|---|

Offender's Signature:_____

Date              :_____

Witness (Officer)  :_____

D00103

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 20008 | **Grievance Date** : 11/07/2005 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Disciplinary | **Incident Date** : 11/07/2005 | **Incident Time :** 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | |

### IGC

**Medical Provider:**  **Date Assigned**

**Comments:**
Discipline is not grievable.

[ ] **Forward to MGC**   [ ]  **Forward to Medical Provider**   [x]  **Warden Notified**

[ ] **Forward to RGC**   **Date Forwarded to MGC :**  11/13/2005

[ ] **Offender Signature Captured**   **Date Offender Signed**  :

D00104

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI | |
| **Grievance #** : 23696 | **Grievance Date** : 02/05/2006 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 2 | **Resol. Date** : 03/03/2006 | |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/05/2006 | **Incident Time :** 00:01 | |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I was informed by Cpl. Stolzenback that I can not read a newspaper in the classroom, However I could write a letter or use the typewriter. They do a number of things in the classroom, write letters, read books, play guitar, repair glasses, then he divides us.

**Remedy Requested** : He is showing discriminating actions toward me.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Hollis, James W |
| **Grievance Amount :** | |

000056

SCI  Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 23696 | **Grievance Date** : 02/05/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 2 | **Inmate Status** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/05/2006 | **Incident Time** : 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location :**Bldg V, Tier C, Cell 6, Top | |

## INFORMAL RESOLUTION

**Investigator Name** : Hollis, James W                **Date of Report** 02/17/2006

**Investigation Report :** I have never noticed any other inmate in the classroom only reading a newspaper.  This room is intended for inmates to work on legal work or letters or other projects.

**Reason for Referring:**

**Offender's Signature:**_____

**Date**              :_____

**Witness (Officer)** :_____

D00057

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 23696 | **Grievance Date** : 02/05/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 2 | **Inmate Status** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/05/2006 | **Incident Time** : 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location** : Bldg V, Tier C, Cell 6, Top | |

### IGC

**Medical Provider:**                    **Date Assigned**

**Comments:**
Inmate will not appeal Wardens decision.

[ ] **Forward to MGC**          [ ]  **Forward to Medical Provider**     [x]   **Warden Notified**

[x] **Forward to RGC**          **Date Forwarded to MGC :**     02/24/2006

[x] **Offender Signature Captured**     **Date Offender Signed**     : 03/03/2006

D00058

SCI Sussex Correctional Institution          Date: 03/07/2007
P.O. Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** : WILSON, JAMES A J | | **SBI#** : 00163663 | | **Institution** : SCI | |
| **Grievance #** : 23696 | | **Grievance Date** : 02/05/2006 | | **Category** : Individual | |
| **Status** : Resolved | | **Resolution Status** : Level 2 | | **Inmate Status** : | |
| **Grievance Type:** Staff Issues | | **Incident Date** : 02/05/2006 | | **Incident Time** : 00:01 | |
| **IGC** : Atallian, Michael J | | **Housing Location** : Bldg V, Tier C, Cell 6, Top | | | |

## RGC

**Date Received** : 02/24/2006          **Date of Recommendation:** 03/02/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00362115 | PATTERSON, ROB L J | Deny |
| Inmate | 00092096 | ANDREWS, DAVID P | Deny |
| Staff | | Deel, James E | Deny |
| Staff | | Cordrey, Gerald M Jr | Deny |
| Staff | | West, Darrick E | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| **Uphold** : 0 | **Deny** : 4 | **Abstain** : 1 |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Committee denies request, because this is not within our power.

D00059

**Sussex Correctional Institution**
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - WARDEN

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WILSON, JAMES A J | SBI# : 00163663 | Institution : SCI |
| Grievance # : 23696 | Grievance Date : 02/05/2006 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 02/05/2006 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : MERIT, EAST, Cell 212, Bed B | |

### REFERRED TO

Due Date :      Referred to:      Name:

Type of Information Requested :

### DECISION

Date Received : 03/02/2006
Decision Date : 03/02/2006      Vote : Deny
Comments :

_____
.RDEN / WARDEN'S DESIGNEE SIGNATURE      DATE

I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)    YES:_____    NO:_____

_____
GRIEVANT'S SIGNATURE      DATE 3/3/06

_____
I.G.C. SIGNATURE      DATE 3-3-06

D00052

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date:03/07/2007

D00061

**PO Box 500**
**GEORGETOWN DE, 19947**
**Phone No. 302-856-5280**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 23695 | **Grievance Date** : 02/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 2 | **Resol. Date** : 03/03/2006 |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/08/2006 | **Incident Time :** 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Cpl. Stolzenback came into the classroom abd had me move to the other side of the classroom for no reason but to harass me. He has never put up the divider to seperate the sides or have the inmates split up while in the area.

**Remedy Requested** : For him to stop harrassing me and demonstrating bias and racial actions towards black inmates.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Hollis, James W |
| **Grievance Amount :** | |

Page 1 of 6

D00066

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/07/2007

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 23695 | **Grievance Date** : 02/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 2 | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/08/2006 | **Incident Time :** 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | |

### INFORMAL RESOLUTION

**Investigator Name** : Hollis, James W                          **Date of Report** 02/17/2006

**Investigation Report :** Cpl. Stolzenbach stated that I/M Wilson was only having a meeting with another inmate, he was not working on anything resembeling any project that any other inmate has mever been working on.

**Reason for Referring:**

**Offender's Signature:**_____

**Date**          :_____

**Witness (Officer)**   :_____

**Page 2 of 6**

D00067

SCI  Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : WILSON, JAMES A J | SBI# : 00163663 | Institution : SCI |
| Grievance # : 23695 | Grievance Date : 02/08/2006 | Category : Individual |
| Status : Resolved | Resolution Status : Level 2 | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 02/08/2006 | Incident Time : 00:01 |
| IGC : Atallian, Michael J | Housing Location : Bldg V, Tier C, Cell 6, Top | |

### IGC

**Medical Provider:** **Date Assigned**

**Comments:**
Inmate will not appeal Wardens decision.

[ ] Forward to MGC      [ ]    Forward to Medical Provider    [x]   **Warden Notified**

[x] Forward to RGC      **Date Forwarded to MGC :**    02/24/2006

[x] Offender Signature Captured     **Date Offender Signed**   : 03/03/2006

000068

SCI Sussex Correctional Institution,
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date:03/07/2007

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 23695 | **Grievance Date** : 02/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 2 | **Inmate Status** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/08/2006 | **Incident Time :** 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location :** Bldg V, Tier C, Cell 6, Top | |

### RGC

| | |
|---|---|
| **Date Received :** 02/24/2006 | **Date of Recommendation:** 03/02/2006 |

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00362115 | PATTERSON, ROB L J | Deny |
| Inmate | 00092096 | ANDREWS, DAVID P | Deny |
| Staff | | Deel, James E | Deny |
| Staff | | Cordrey, Gerald M Jr | Deny |
| Staff | | West, Darrick E | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| **Uphold :** 0 | **Deny :** 4 | **Abstain :** 1 |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Committee recommends denial, because this is not within our power.

000069

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/02/2006

## GRIEVANCE INFORMATION - WARDEN

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** WILSON, JAMES A J | **SBI#** : 00163663 | **Institution** : SCI |
| **Grievance #** : 23695 | **Grievance Date** : 02/08/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/08/2006 | **Incident Time :** 00:01 |
| **IGC** : Atallian, Michael J | **Housing Location :** MERIT, EAST, Cell 212, Bed B | |

### REFERRED TO

**Due Date :**  **Referred to:**  **Name:**

**Type of Information Requested :**

### DECISION

**Date Received** : 03/02/2006

**Decision Date** : 03/02/2006  **Vote :** Deny

**Comments** :

_Rick Kramp_

**ARDEN / WARDEN'S DESIGNEE SIGNATURE**  **DATE**

**I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)**  YES:  NO:

_James A. Wilson_

**GRIEVANT'S SIGNATURE**  3/3/06  **DATE**

**I.G.C. SIGNATURE**  3-3-06  **DATE**

D00062

## Certificate of Service

I, _James W. Kron_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Answer to States_

_Summary Judgment / Cross motion Summon Judgment_ upon the following

parties/person (s):

TO: _U. S. District Court_       TO: _office of Attorney_

_J. Caleb Biggs building_        _General_

_844 King st._                   _STACEY XARhoulAKos_

_Locker Box 18_                  _820 N. French St_

_W. l m De. 19807_               _W. l m DE. 19801_


TO:_____       TO:_____

_____          _____

_____          _____

_____          _____


BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.


On this ___2___ day of _August_ ___,200_7_

_James a. Wilson_