IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-399-JJF |
| STANLEY TAYLOR, ET AL., | : |
| Defendants. | : |

### ORDER

WHEREAS, on June 19, 2007, pro se Plaintiff filed a Motion To Depose (D.I. 176) requesting to depose C/O Alesia Hopkins, Corp. Veronica Watson, Lt. Darryl Fisher, Counselor Donna Furhman, and Inmate George Jackson a.k.a. Shahid;

WHEREAS, Defendants filed a Response In Opposition To Plaintiff's Motion to Take Depositions on July 2, 2007 (D.I. 182);

WHEREAS, the Court issued a scheduling order in this matter setting a fact discovery deadline of June 30, 2007;

WHEREAS, the Court finds that Plaintiff's Motion does not provide Defendant with sufficient time to respond before the expiration of the fact discovery deadline.

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion To Depose (D.I. 176) is **DENIED** as untimely.

September 12, 2007

UNITED STATES DISTRICT JUDGE