**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| | | |
|---|---|---|
| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801<br>Criminal Division (302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19904<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE 19947<br>(302) 856-5353<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

**PLEASE REPLY TO:**

[New Castle County Civil Division]

October 2, 2007

The Honorable Joseph J. Farnan
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

          Re:  *Wilson, et al.  v. Taylor, et al.*
               C.A. No. 05-399-JJF

Dear Judge Farnan:

      The above-captioned case is scheduled for a pretrial conference on November 1, 2007 at 2:30 p.m.  The case has six plaintiffs and they are all incarcerated.

      There is currently a standard Order (D.I. 190) in place for transport of the inmates to the federal courthouse for the conference.  In light of the staffing and security concerns, I am writing to bring this to the Court's attention and to confirm that this is how Your Honor would like to proceed.  The Department of Correction can also arrange to have all of the plaintiffs available for a telephonic conference.

      I remain available at the Court's convenience should anything further be required.

                                   Respectfully,

                                   /s/ Stacey Xarhoulakos

                                   Deputy Attorney General

cc:     Plaintiffs