IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-399-JJF |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

**O R D E R**

At Wilmington, this 17 day of October 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion For Summary Judgment (D.I. 186) is **GRANTED** and Plaintiff Wilson's Cross Motion for Summary Judgment (D.I. 191) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE