IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-399-JJF |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

**FINAL JUDGMENT ORDER**

For the reasons set forth in the Court's Memorandum Opinion and Order dated October 17, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against Plaintiffs on all of Plaintiffs' claims.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2007

_____
(By) Deputy Clerk