# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

07-4238

Wilson, et al v. Taylor, et al

05-cv-00399

# O R D E R

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant/petitioner failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: July 23, 2008

A True Copy

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

cc:

Ophelia M. Waters, Esq. /Lisa Barchi, Esq./ Stacey Xarhoulakos, Esq.
Department of Justice
820 North French Street
Carvel Office Building, 6th Floor
Wilmington, DE 19801-0000

Mr. James A. Wilson
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977-0000

| | |
|---|---|
| Mr. Antonio Frisby | Mr. Jose Serpa |
| Mr. Brian Briscoe | Mr. George A. Jackson |
| Mr. H. Richards | Mr. Gilbert Williams |
| Mr. Norman Deshields | Mr. Charles Quillen |
| Mr. Kevin Spivey | Mr. Howard Parker |
| Mr. James Johnson | Mr. Shaun Lee |
| Mr. Charles B. Sanders, Jr. | Mr. Nathan Henry |
| Mr. Cintra | Mr. Tim Soodain |
| Mr. De'Shawn Smith | Mr. Kendall Reed |

DATED: July 23, 2008