OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

MARCIA M. WALDRON
CLERK

TELEPHONE
215-597-2995

Clerk of District Court
(**District of Delaware**)

Date  **July 23, 2008**

__Wilson, et al vs. Taylor, et al__
(Caption)

Appeal No. __07-4238__

**James A. Wilson**
**(Appellant)**

DC Docket No. 05-cv-00399

Enclosures:

__July 23, 2008__   Certified copy of C. of A. Order filed by the Court.

_____   Copy of this form to acknowledge receipt and return to C. of A.

**Carolyn Hicks**   **(267)-299-4926**
Deputy Clerk   Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

N:\recordrelease.wpd